# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Rich Whitney**, Green Party candidate for Illinois Governor, **LeAlan Jones**, Green Party candidate for U.S. Senator from Illinois, **Illinois Green Party**, an established political party in Illinois, | Case: **2010-cv-7003** |
| Plaintiffs, | Judge: Honorable Robert W. Gettleman |
| v. | |
| **Window To The World Communications, Inc.**, a/k/a WTTW-11 Chicago, **Corporation for Public Broadcasting, Public Broadcasting Service, Daniel J. Schmidt** (Indiv. & Official Capacities ) | Magistrate: Honorable Sidney I. Schenkier |
| Defendants. | |

## NOTICE OF DISMISSAL OF DEFENDANT PUBLIC BROADCAST SYSTEM – "PBS" WITH PREJUDICE PURSUANT TO RULE 41(A)&(B)

Pursuant to the provisions of Fed. R. Civ. Pro. 41(A)&(B), Plaintiffs dismiss, with prejudice, all claims against Defendant Public Broadcast Service "PBS", only.

Respectfully submitted,

s/ Christopher Kruger
LAW OFFICES OF CHRISTOPHER KRUGER
2022 Dodge Avenue
Evanston, IL 60201
Phone: 847-420-1763
Fax: 847 733 9537
ckruger@ameritech.net
Atty. No. 6281923

s/ Andrew Finko
P.O. Box 2249
Chicago, IL 60690
Phone: 773 480 0616
Fax: 773 453 3266
Green.Attorney@yahoo.com

s/ Christopher Cooper
3620 West 80th Lane
Merrillville, IN 46410
Phone: 312 371 6752
Fax 219 228 4396
cooperlaw3234@gmail.com