IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICH WHITNEY, LE ALAN JONES, and ILLINOIS GREEN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>WINDOW TO THE WORLD COMMUNICATIONS, INC. a/k/a WTTW-11 Chicago, CORPORATION FOR PUBLIC BROADCASTING, PUBLIC BROADCASTING SERVICE, and DANIEL J. SCHMIDT (Indiv. & Professional Capacities),<br><br>Defendants. | No. 10 C 7003<br><br>Judge: Robert W. Gettleman<br>Magistrate: Judge Sidney Schenkier |

## CORPORATION FOR PUBLIC BROADCASTING'S
## MOTION TO DISMISS AND FOR RULE 11 SANCTIONS

Defendant Corporation for Public Broadcasting, by and through its counsel, respectfully moves the Court to dismiss Plaintiffs' Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for Rule 11 Sanctions for the reasons set forth in its Memorandum of Law in Support of its Motion to Dismiss and for Rule 11 Sanctions, filed contemporaneously herewith.

Respectfully submitted,

CORPORATION FOR PUBLIC
BROADCASTING

By:   s/ David L. Doyle
       One of Their Attorneys

David L. Doyle, Bar No. 00671827
Joshua A. Dunn
Vedder Price P.C.
222 North LaSalle Street
Suite 2600

Chicago, Illinois 60601-1003
(312) 609-7500

Dated: February 7, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing MOTION TO DISMISS AND FOR RULE 11 SANCTIONS were served on:

Christopher D. Kruger, Esq.
The Law Offices of Christopher Kruger
2022 Dodge Avenue
Evanston, Illinois 60201
CKruger@Ameritech.net

Christopher C. Cooper, Esq., Ph.D.
3620 West 80th Lane
Merrillville, IN 46410
Cooperlaw3234@gmail.com

Andrew Finko
PO Box 2249
Chicago, IL 60690
Green.Attorney@yahoo.com

by ECF Electronic Mail on February 7, 2011.

*/s/ David L. Doyle*
David L. Doyle