IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICH WHITNEY, LE ALAN JONES, and
ILLINOIS GREEN PARTY,

      Plaintiffs,

v.

WINDOW TO THE WORLD
COMMUNICATIONS, INC. a/k/a WTTW-
11 CHICAGO, CORPORATION FOR
PUBLIC BROADCASTING, PUBLIC
BROADCASTING SERVICE, and DANIEL
J. SCHMIDT (Indiv. & Professional
Capacities),

      Defendants.

No. 10 C 7003

Judge   Robert W. Gettleman

Magistrate   Judge Sidney Schenkier

## NOTICE OF MOTION

To:    Christopher D. Kruger, Esq.
       The Law Offices of Christopher Kruger
       2022 Dodge Avenue
       Evanston, Illinois 60201
       CKruger@Ameritech.net

Christopher C. Cooper, Esq., Ph.D.
3620 West 80th Lane
Merrillville, IN 46410
Cooperlaw3234@gmail.com

       Andrew Finko
       PO Box 2249
       Chicago, Illinois 60690
       Greenattorney@yahoo.com

On February 15, 2011, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1703, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached MOTION TO DISMISS AND FOR RULE 11 SANCTIONS.

Respectfully submitted,

CORPORATION FOR PUBLIC
BROADCASTING

By:    s/ David L. Doyle

       One of Its Attorneys

David L. Doyle
Joshua Dunn
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois  60601-1003
(312) 609-7500
Dated:  February 7, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing MEMORANDUM

OF LAW IN SUPPORT OF ITS MOTION TO DISMISS AND FOR RULE 11 SANCTIONS

were served on:

Christopher D. Kruger, Esq.                    Christopher C. Cooper, Esq., Ph.D.
The Law Offices of Christopher Kruger          3620 West 80th Lane
2022 Dodge Avenue                              Merrillville, IN 46410
Evanston, Illinois 60201                       Cooperlaw3234@gmail.com
CKruger@Ameritech.net


Andrew Finko
PO Box 2249
Chicago, IL 60690
Green.Attorney@yahoo.com


by ECF Electronic Mail on February 7, 2011.


                              /s/ David L. Doyle
                              David L. Doyle