IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Rich Whitney**, Green Party candidate for Illinois Governor, **LeAlan Jones**, Green Party candidate for U.S. Senator from Illinois, **Illinois Green Party**, an established political party in Illinois, <br>             Plaintiffs, <br> v. <br><br> **Window To The World Communications, Inc.**, a/k/a WTTW-11 Chicago, **Daniel J. Schmidt**, individually and in his professional capacities, and **Mary Field,** <br>             Defendants. | Court No.: **2010-cv-7003** <br><br> Honorable Robert W. Gettleman <br><br> Magistrate Judge: Sidney Schenkier |

### Notice of Filing

To:    David Doyle                                             Richard O'Brien
           Joshua Dunn                                        Linda Friedlieb, Robert Leighton
           **Vedder Price P.C.**                          **Sidley Austin LLP**
           222 North LaSalle Street               One South Dearborn Street
           Chicago, Illinois 60601                 Chicago, IL  60603

       Please take notice that on April 5, 2011, the undersigned caused to be filed with the Clerk of the United Stated District Court for the Northern District of Illinois, *Plaintiffs' First Amended Complaint*, and *Plaintiffs' Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)*, copies of which are attached hereto and served upon you.

Date:   April 5, 2011                     Respectfully submitted:

                                       By:     /s/_____
                                                 Christopher D. Kruger, counsel for Plaintiffs

Christopher D. Kruger
THE LAW OFFICES OF CHRISTOPHER KRUGER
2022 Dodge Avenue
Evanston, IL 60201
Tel:  (847) 420 1763
Fax:  (847) 733-9537

| | |
|---|---|
| Christopher C. Cooper <br> 3620 West 80th Lane <br> Merrillville, IN 46410 <br> Tel: (312) 371-6752 <br> Fax: (219) 228-4396 | Andrew Finko <br> P.O. Box 2249 <br> Chicago, IL  60690-2249 <br> Tel:  (773) 480-0616 <br> Fax:  (773) 453-2366 |