## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Rich Whitney**, Green Party candidate for Illinois Governor, **LeAlan Jones**, Green Party candidate for U.S. Senator from Illinois, **Illinois Green Party**, an established political party in Illinois, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| **Window To The World Communications, Inc.**, a/k/a WTTW-11 Chicago, **Daniel J. Schmidt**, individually and in his professional capacities, **Corporation for Public Broadcasting**, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Court No.: **2010-cv-7003**

Honorable Robert W. Gettleman

Magistrate Judge:  Sidney Schenkier

## NOTICE OF MOTION

To:   Richard O'Brien, Linda Friedlieb, Robert Leighton
**Sidley Austin LLP,** One South Dearborn Street, Chicago, Illinois 60603

Please take notice that on **June 28, 2011, at 9:15 a.m.**, the undersigned counsel for Plaintiffs will appear before the Honorable Robert W. Gettleman, in Courtroom 1703 in the Northern District of Illinois Courthouse located at 219 S. Dearborn St., Chicago, Illinois, and then and there present Plaintiffs' *Uncontested Motion for Enlargement of Time*, a copy of which is served upon you by ECF electronic mail service on June 20, 2011.

Date:   June 20, 2011

\_\_\_\_\_/s/_____
Christopher D. Kruger, counsel for Plaintiffs

Christopher D. Kruger
THE LAW OFFICES OF CHRISTOPHER KRUGER
2022 Dodge Avenue
Evanston, IL 60201
Tel:  (847) 420 1763
Fax:  (847) 733-9537
Email:  ckruger@ameritech.net

| | |
|---|---|
| Christopher C. Cooper<br>3620 West 80th Lane<br>Merrillville, IN 46410<br>Tel: (312) 371-6752<br>Fax: (219) 228-4396<br>Email:  cooperlaw3234@gmail.com | Andrew Finko<br>P.O. Box 2249<br>Chicago, IL  60690-2249<br>Tel:  (773) 480-0616<br>Fax:  (773) 453-2366<br>Email:  Green.Attorney@yahoo.com |