## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Rich Whitney**, Green Party candidate for Illinois Governor, **LeAlan Jones**, Green Party candidate for U.S. Senator from Illinois, **Illinois Green Party**, an established political party in Illinois, <br> Plaintiffs, <br> v. <br> **Window To The World Communications, Inc.**, a/k/a WTTW-11 Chicago, **Daniel J. Schmidt**, individually and in his professional capacities, **Corporation for Public Broadcasting**, <br> Defendants. | Court No.: **2010-cv-7003** <br><br> Honorable Robert W. Gettleman <br><br> Magistrate Judge: Sidney Schenkier |

### Notice of Filing

To: Richard O'Brien, Linda Friedlieb, Robert Leighton – **Sidley Austin LLP**
One South Dearborn Street, Chicago, Illinois 60603

Please take notice that on July 6, 2011, the undersigned caused to be filed with the Clerk of the United Stated District Court for the Northern District of Illinois, *Appendix to Plaintiffs' Response Brief in Opposition to Defendants' Motion to Dismiss [corrected exhibits to Motion for Leave to File Appendix Document 43]*, copies of which are attached hereto and served upon you electronically through the ECF case filing system.

Date: July 6, 2011                                         Respectfully submitted:

By:     /s/_____
Andrew Finko

Christopher D. Kruger
THE LAW OFFICES OF CHRISTOPHER KRUGER
2022 Dodge Avenue
Evanston, IL 60201
Tel: (847) 420 1763
Fax: (847) 733-9537

Christopher C. Cooper                        Andrew Finko
3620 West 80th Lane                           P.O. Box 2249
Merrillville, IN 46410                            Chicago, IL 60690-2249
Tel: (312) 371-6752                              Tel: (773) 480-0616
Fax: (219) 228-4396                              Fax: (773) 453-2366