Appendix – Section Two

WTTW's Status as a "Public" Institution and Its Relations with Governmental Institutions

Pages A141 – A467

APPENDIX – Section Two
Table of Contents

_____

## WTTW's Status as a "Public Institution"
## and its
## Relations With Governmental Institutions

*Documents regarding situs of Defendant, WTTW*

**Cook County Recorder of Deeds, copy of Torrens system pg. 144 for Lots 12 & 13**
   Photocopy of page 144 (Torrens system) reflecting transfers of real estate to City
   of Chicago and/or State through Doc. Nos. 4286273 (Aug. 21, 1908), 4285941
   (Nov. 9, 1908), 4328687 (Feb. 4, 1909), 4389058 (Apr. 9, 1909), 4417117
   (June 26, 1909), 4421494 (Apr. 24, 1909), 4421471 (June 22, 1909), **19 835 082**
   (June 6, 1966), **22 193 580** (Dec. 27, 1972), **22 664 112** (Mar. 5, 1974).................... A141

**Quitclaim Deed, June 9, 1966 (Cook County Recorder of Deeds Doc. No. 19 853 082)**
   City of Chicago, a municipal corporation, in trust for the use of schools,
   conveys and quitclaims to the Illinois Building Authority, a body politic
   and corporate, real estate in Chicago, Illinois (1966) ..................................... A142 - A143

**Deed, December 27, 1972 (Cook County Recorder of Deeds Doc. No. 22 193 580)**
   Illinois Building Authority, a body corporate and politic of the State of Illinois
   conveys and grants to the Board of Governors of State Colleges and Universities
   for Northeastern Illinois University, real estate incl. Lots 12, 13 (1972) ....... A144 - A145

**Grant of Right-of-Way, Mar. 5, 1974 (Cook County Recorder of Deeds Doc.**
   **No. 22 664 112)** Illinois Building Authority, a body corporate and politic of the
   State of Illinois conveys and grants to the Board of Governors of State Colleges
   and Universities for Northeastern Illinois University, a right of way for
   ingress/egress (1974)....................................................................................... A146 - A148

**Map Dept. Legal Description Records** (Cook County Recorder of Deeds)
   PIN 13-11-101-005-8001 (Sec. 11, Twshp. 40, Range 13, Lots 12 & 13)
   PIN 13-11-101-005-8002 (Sec. 11, Twshp. 40, Range 13, Lots 12 & 13)
   Survey plat – E ½ NW ¼ Sec. 11-40-13 ..................................................... A149 - A151

**Letter from Defendant, WTTW to Cook County Assessor's Office**, December 1, 2010
   Reese Marcuson, Exec. VP and CFO for WTTW letter to Cook County Assessor's
   Office, confirming that Window To The World Communications, Inc. (WWCI)
   leases its property from the State of Illinois ............................................................. A152

**Map, NEIU Campus and WTTW facilities**
   from website http://www.neiu.edu .............................................................. A153 - A154

*Documents regarding Defendant, WTTW f/k/a Chicago Educational Television Association, lease of property from Board of Education / State of Illinois*

**Ninety Eight Year Lease**, *November 27, 1963 (copy provided by WTTW)*
  Board of Education of the City of Chicago leased "School Land" at WTTW situs
  to Chicago Educational Television Association, at initial rate of $7,500 per year
  and thereafter at 4% of a mutually determined fair market value (1963)........ A155 - A195

**Lease for Additional Property**, *January 1, 2004 (executed in 2006)*
  Board of Trustees NEIU to Window To The World Communications, Inc.
  leasing property for additional parking …...................................................... A196 - A201

**Addendum to Lease**, *January 1, 2004 (executed in 2006)*
  Board of Trustees NEIU to Window To The World Communications, Inc. joint
  agreement to reduced rental rate as follows: 1/1/2004 - 3/31/2006 at $28,000 lump
  sum payment; from 4/1/2006 - 1/1/2014 at $41,906 annually which is represented
  to be 4% of fair market value; 3% annual increases begin 1/1/2007.............. A202 - A206

*Documents regarding formation and operation of Defendant, WTTW*

**"Educational TV Station Still A 'Blueprint' "** *Chicago Daily Tribune, Mar. 14, 1954*
  *Article confirming that $150,000 earmarked by Chicago Board of*
  *Education toward educational television channel WTTW)* .................................. A207

**"Educational TV Center to Open Oct. 24"** *Chicago Tribune, Oct. 15, 1965*
  *Article confirming that $6,650,000 funded through contracts with*
  *the Chicago Board of Education, National Educational Television network, and*
  *Chicago Area School Television, Inc.)* …................................................................... A208

**"Our History"** *website page from http://www.wttw.com/main.taf?p=7,2* …........... A209 - A214

**Community Service Grant General Provisions and Eligibility Criteria**
  Published by Corporation for Public Broadcasting, FY2011.......................... A215 - A228

**"Decisions... Decisions... – A Guide to Developing Standards of Editorial Integrity**
  **and Responsibility for Public Broadcasting Stations,"** The Corporation for
  Public Broadcasting, September 1994............................................................ A229 - A268

**Name Change**, *Dept. of Treasury, IRS, November 13, 1995*
  Change of name from "Chicago Educational Television Association" to
  "Window To The World Communications, Inc.".......................................................... A269

**Real Estate Exemption Certificate**, *Illinois Dept. of Revenue, November 13, 1995*
  Chicago Educational Television Association - Exemption for 100% of 1989
  assessment year and for 100% of the year for all subsequent years........................... A270

*IRS Form 990, "Return of Organization Exempt From Income Tax"*
    Window To The World Communications, Inc., TY 7/1/2006 – 6/30/2007...... A271 - A315

*IRS Form 990, "Return of Organization Exempt From Income Tax"*
    Window To The World Communications, Inc., TY 7/1/2007 – 6/30/2008..... A316 - A360

*IRS Form 990, "Return of Organization Exempt From Income Tax"*
    Window To The World Communications, Inc., TY 7/1/2008 – 6/30/2009.... A361 - A397

*U.S. Dept. of Education Grant Award Notification, 9/30/2010 – 9/29/2011*
    Window To The World Communications, Inc. .............................................. A398 - A403

*Television Community Service Grant Agreement (2011), 10/1/2010 – 9/30/2012*
    Corporation For Public Broadcasting (CPB) offers Defendant, WTTW, a
    FY2011 Television Community Service Grant in the amount of $3,565,470;
    applicant must "comply with all terms and conditions set forth in FY2011
    *Television Community Service Grant General Provisions and Eligibility
    Criteria* which are expressly made a part of this offer."............................................ A404

*FCC Application Renewal of Broadcast License, March 2011*
    Window To The World Communications, Inc. .............................................. A405 - A410

*Illinois Arts Council, Grant Agreement, 3/15/2011 – 8/31/2011*
    Window To The World Communications, Inc. .............................................. A411 - A413

*Perspective - "From wasteland to broadband in 50 years" Chicago Tribune, May 8, 2011*
    Editorial by Newton N. Minow, Former FCC Chair, currently WTTW
    Board Member and Senior Counsel at Sidley Austin, LLP.............................. A414 - A415


*Documents regarding NEIU – WTTW partnerships*

*"History & Mission" from NEIU website*
    *Chronicles important dates in Northeastern's history…*.................................. A416 - A417

*"Programs for Channel 11 – What Chicago Will See On Educational Television"*
    Article from Chicago Schools Journal, Sept.-Oct. 1955, pgs. 11-16 ….......... A418 - A423

*"Use of Technical Aids in Education"*
    Article from Chicago Schools Journal, Nov.-Dec. 1956, pg. 69 …............................. A424

*"Educational Television Programs in Chicago"*
    Article from Chicago Schools Journal, Nov.-Dec. 1956, pgs. 102-103 …........ A425 - A426

*"TV College Students Earn Higher Grades"*
   Article from Chicago Schools Journal, Mar.-Apr. 1957, pgs. 225-226 ........... A427 - A428

*"Consolidated Ford Foundation Education Activities"*
   Article from Chicago Schools Journal, Mar.-Apr. 1957, pgs. 226-227............ A429 -A430

*"Educational Programs on Commercial Television"*
   Article from Chicago Schools Journal, Mar.-Apr. 1957, pg. 230 ……....................... A431

*"Three Developments at Chicago Teachers College"*
   Article from Chicago Schools Journal, Sept.-Oct. 1957, pgs. 35-36 …........... A431 - A432

*"New Ford Fund Group Gives Grant for CTC Planning"*
   Article from Chicago Schools Journal, May-June 1958, pg. 283 ……....................... A433

*"View Plans for North Side Teachers College Campus"*
   Article from Chicago Schools Journal, Sept.-Oct. 1958, pg. 94 ……....................... A434

*"Three Years of Educational Television – A Progress Report on Chicago's
   College TV"* article from Chicago Schools Journal, Nov. 1959, pgs. 62-66... A435 - A439

*"Complete Plans for Airborne TV Network"*
   Article from Chicago Schools Journal, Oct. 1960, pgs. 36-37......................... A440- A441

*"Survey of TV Instruction in Chicago"*
   *Article* from Chicago Schools Journal, Nov. 1960, pg. 95......................................... A442

*Article (excerpt),* *"2. Schoolmen completed plans for launching the Midwest
   Program on Airborne Television Instruction, the nation's first mass
   experiment with educational TV"* from Chicago Schools Journal,
   Jan. 1961, pg. 189 …................................................................................................. A443

*"Highlights of the 1961-62 School Year" par. 8 "Airborne TV will start
   its first regular programming."* Article from Chicago Schools Journal,
   Nov. 1961, pg. 91 ...................................................................................................... A444

 *"Airborne TV in Operation"*
   Article from Chicago Schools Journal, Nov. 1961, pg. 93......................... A445

*"Airborne TV Adds Courses"*
   Article from Chicago Schools Journal, Feb. 1962, pg. 237......................... A446

*"Airborne TV Goes on Permanent Footing"*
   Article from Chicago Schools Journal, Mar. 1962, pgs. 285-286 ......................A447 - A448

*"Advanced Placement via TV for Gifted Students"*
      Article from Chicago Schools Journal, Jan. 1964, pgs. 181-185..................... A449 - A453

*"New TV Channel for Chicago Education"*
      Article from Chicago Schools Journal, Feb. 1964, pgs. 234-235................... A454 - A455

*Press Release, Groundbreaking NEIU March 31, 1960*..................................................... A456

**_Reminiscences about Northeastern Illinois University_** *by Jerome Sachs*
      (book excerpt) Ch. 1 "The First Year" pages 6, 7, author biography.............. A457 - A460

**_Early Times at Northeastern_** *by Duke Frederick*
      (book excerpt) pages 20, 46, 47.................................................................... A461 - A463

*"Educational Television Takes Off," Interim, September 22, 1961*
      Article from "Interim – Chicago Teachers College-North"
      Vol. 1, No. 2, pg. 6 …................................................................................... A464 - A465

*"TV College Films Shown in Theatre," Interim, October 12, 1961*
      Article from "Interim – Chicago Teachers College-North"
      Vol. 1, No. 3, pg. 11...................................................................................... A466 - A467

*Cook County Recorder of Deeds,*
*copy of Torrens system pg. 144 for Lots 12 & 13*

Photocopy of page 144 (Torrens system) reflecting transfers of real estate to City of Chicago and/or State of Illinois through Doc. Nos. 4286273 (Aug. 21, 1908), 4285941 (Nov. 9, 1908), 4328687 (Feb. 4, 1909), 4389058 (Apr. 9, 1909), 4417117 (June 26, 1909), 4421494 (Apr. 24, 1909), 4421471 (June 22, 1909), **19 835 082** (June 6, 1966), **22 193 580** (Dec. 27, 1972), **22 664 112** (Mar. 5, 1974)

# 144

## LOTS 12 & 13

| DOCUMENT | GRANTOR | GRANTEE | INST. | DATE OF INSTRUMENT | DATE OF FILING | DESCRIPTION |
|---|---|---|---|---|---|---|
| | Nettie K. Manning | George Merlow et al | W.D. | Jany 17 '63 | Jany 27 '73 | |
| | W.K. Manning | Jacob Kirchner, by Agt | Assgt | Apl 16 '68 | Jany 27 '73 | |
| | Jacob Kirchner, et al | Richard Merlow et al | Asst | Feb 10 '68 | Jany 27 '70 | |
| | John Chrouski | Jacob Kirchner | W.D. | Mch 16 '67 | Apl 11 '73 | |
| | George Merlow suf | Richard Merlow | W.D. | July 7 '85 | Aug 18 '85 | |
| | Richard Merlow et al | Henry Osborne et al | | | Feb 8 '86 | |
| | Abraham Stronheim wf | William B Cunningham | T.D. | Jany 31 '87 | Feb 1 '87 | |
| | Richard Merlow | Abraham Stronheim et al | W.D. | Jany 31 '87 | Feb 1 '87 | |
| | William B Cunningham | John C. Parker et al | R.D. | Feb 4 '88 | Feb 6 '88 | |
| | Sarah D. Stronheim | Max Pam | T.D. | Dec 19 '93 | Jany 17 '94 | Und. 1/4 13 |
| | Abraham Stronheim | (4) | Sat'n | | Feb 11 '96 | |
| | Sarah D. Stronheim | Lena Stronheim | W.D. | Jany 24 '95 | Aug 6 '96 | Und. 1/2 13 |
| | Lena Stronheim | John C. Parker | R.C. | Sep 16 '98 | Sep 17 '98 | N 1/2 13 |
| | same | Morty Rosenthal | T.D. | Sep 16 '98 | Oct 21 '98 | N 1/2 S 1/2 |
| | Max Pam | Sarah D. Stronheim | Rel Mtg | Sep 13 '98 | Oct 21 '98 | Und 1/2 |
| | John C. Parker wf | Lena Stronheim | R.C. | Sep 16 '98 | Oct 21 '98 | S 1/2 |
| | Lena Stronheim | George Reinberg | W.D. | Sep 19 '99 | Sep 20 '99 | S. N 1/2 |
| | Morty Rosenthal | Lena Stronheim | Rel | Dec 19 1900 | Dec 19 1900 | N 1/2 S 1/2 |
| | Lena Stronheim | Julius C. Stronheim | W.D. | Apr 10 '01 | Apl 10 '01 | S E 1/2 |
| | John C. Parker | (4) | Sat'y | | Apl 27 '02 | N 1/2 |
| | Max Pam | Sarah D. Stronheim | Rel Mtg | Jany 28 '03 | Feb 6 '03 | Und 1/2 int |
| | John Hollbich | | aff | Feb 23 '07 | Feb 23 '07 | N 1/2 |
| | same | | aff | Feb 23 '07 | Feb 23 '07 | N 1/2 |
| | same | Mary V. Parker | Q.C. | Feb 23 '07 | Mch 15 '07 | N 1/2 |
| | Mary V. Parker | Hannah Stronheim | W.D. | Mch 23 '07 | Mch 15 '07 | N 1/2 |
| | City of Chicago in Trust for schools | same et al | Contract | | Aug 21 '08 | all of Bth 13? |
| | Cir Ct # 786773 City of Chicago | same | Condm | Oct 31 '08 | Nov 9 '08 | same |
| | same | same | Order | Feb 4 '09 | Feb 15 '09 | same |
| | same | | Frump | Apl 9 '09 | June 10 '09 | |
| | George Reinberg wf | City of Chicago in Trust for schools | R.C. | June 16 '09 | Aug 7 '09 | N 3/4 with Easement over S E 1/2 |
| | Julius C. Stronheim et al | same | R.C. | Apl 24 '09 | Aug 10 '09 | S.E 1/2 exc 1/2 13 |
| | Cir Ct # 786773 | | Order | June 25 '09 | Aug 15 '09 | S W 1/4 with Easement over $33 ft. of S E 1/2 |
| | City of Chicago | Chi. Sty Auth | D | Q 6 '66 | 6 10 '66 | 12 13 |
| | Chi. Blg Auth | Pub Gov R E Dee Cl | Trust | 12 7 '22 | 11 9 '73 | same |
| | same | same | Trust | 3 5 '74 | 3 25 '74 | same w.o.P |
| | United States | Glen Bennett Cmty | Lease | | 6 25 '76 | same w.o.P |
| | Ill. Title Co | Glen Bennett Cmty G. Etd Lien | | | 8 26 '76 | 12 13 |

*__Quitclaim Deed__, June 9, 1966*
*(Cook County Recorder of Deeds Doc. No. __19 853 082__)*

City of Chicago, a municipal corporation, in trust for the use of schools,
conveys and quitclaims to the Illinois Building Authority,
a body politic and corporate, real estate located in Chicago, Illinois (1966)

19 853 082

THE GRANTOR, the CITY OF CHICAGO, a municipal corporation, IN TRUST FOR THE USE OF SCHOOLS, of the County of Cook and the State of Illinois, for the consideration of Eight Million Seven Hundred Forty-five Thousand Nine Hundred Eighteen Dollars ($8,745,918.00) conveys and quitclaims to the ILLINOIS BUILDING AUTHORITY, a body politic and corporate, the following described real estate, to-wit:

> That part of Lots 4, 5, 12 and 13 (taken as a tract) in the subdivision of the North half of Section 11, Township 40 North, Range 13 East of the Third Principal Meridian which lies South of the South line of West Bryn Mawr Avenue and West of the West line of North St. Louis Avenue and North of a line which 1018.30 feet South of and parallel with the South line of Bryn Mawr Avenue, in Cook County, Illinois.

IN WITNESS WHEREOF, the CITY OF CHICAGO, a municipal corporation, IN TRUST FOR THE USE OF SCHOOLS, has caused this instrument to be executed in the name of the CITY OF CHICAGO, IN TRUST FOR THE USE OF SCHOOLS, by the Mayor and the City Clerk of the City of Chicago.

Dated this ___9th___ day of ___June___, 1966.

CITY OF CHICAGO IN TRUST FOR THE USE OF SCHOOLS

By _____

Approved:
City Comptroller
of the City of Chicago

Approved as to Form:
Assistant Corporation Counsel
of the City of Chicago

Approved:
Division of Real Estate
Board of Education of the
City of Chicago



19 853 082

A142

STATE OF ILLINOIS)
                  (SS
COUNTY OF C O O K)

I, _____ROBERT F. CAMPBELL_____ , a Notary Public
in and for the County and State aforesaid, do hereby certify
that RICHARD J. DALEY, Mayor of the City of Chicago and
JOHN C. MARCIN, City Clerk of the City of Chicago, personally
known to me to be the same persons whose names are subscribed
to the foregoing instrument as such Mayor and City Clerk,
respectively, appeared before me this day in person and
acknowledged that they signed and delivered the said instru-
ment as their free and voluntary act and as the free and
voluntary act of the City of Chicago, In Trust for the Use of
Schools, for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and
affixed my seal this 9th day of June, 1966.

_____
                Notary Public.

My commission expires Sept. 17, 1969

My commission expires: __9-17-69__ .

COOK COUNTY
FILED FOR RECORD

JUN 10 '66   12 21 PM

RECORDER OF DEEDS

*19853082

*A*143

*Deed*, *December 27, 1972*
*(Cook County Recorder of Deeds Doc. No.* **22 193 580***)*

Illinois Building Authority, a body corporate and politic of the State of Illinois
conveys and grants to the Board of Governors of State Colleges and Universities
for Northeastern Illinois University, real estate incl. Lots 12, 13 (1972)



22 193 580

DEED

THIS INDENTURE WITNESSETH, That the Grantor, ILLINOIS BUILDING AUTHORITY, a body corporate and politic of the State of Illinois, for and in consideration of the sum of TEN DOLLARS and other good and valuable consideration in hand paid, conveys and grants to the BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES, for NORTHEASTERN ILLINOIS UNIVERSITY, in Chicago, Illinois, the following described real estate, to wit:

> That part of Lots 4, 5, 12 & 13 (taken as a tract) in the subdivision of the North ½ of Section 11, Township 40 North, Range 13 East of the 3rd Principal Meridian, bounded and described as follows: Commencing at the point of intersection of the south line of West Bryn Mawr Avenue with the west line of North St. Louis Avenue; thence west in said south line of West Bryn Mawr Avenue 514.60 feet; thence south perpendicular to said south line of West Bryn Mawr Avenue 460.48 feet for a point of beginning of the tract of land to hereby be described: Thence West parallel with said south line 190.60 feet; thence South perpendicular to said south line 175.00 feet; thence East 150.00 feet; thence North 146.12 feet; thence East 40.60 feet; thence North 28.88 feet to the point of beginning, in Cook County, Illinois.

This deed is made, executed and delivered pursuant to the authority given by the members of the Illinois Building Authority.

IN TESTIMONY Whereof, the said Illinois Building Authority has hereunto caused its corporate seal to be affixed and these presents to be signed by its Chairman and attested by its Secretary, this 27ᵀᴴ day of December, 1972.

ILLINOIS BUILDING AUTHORITY
By Belmick

ATTEST:

_____
Assistant Secretary

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF          )

On this 28ᵀᴴ day of December, 1972, before me, the undersigned authority, a Notary Public in and for the State of Illinois, personally appeared F. B. Schmick, who acknowledges himself to be the Chairman of the Illinois Building Authority of the State of Illinois, and W. P. Ford who acknowledges himself to be the Assistant Secretary of the Illinois Building Authority of the State of Illinois, being authorized to do so, executed and attested the foregoing instrument as the above described officers of said Illinois Building Authority for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

M. Hughes
Notary Public

My Commission expires

address of Grantee Board of Governors
c/o RICHARD T. DUNN
P. O. BOX 476
BLOOMINGTON, ILL. 61701

BOX 533

NO TAXABLE CONSIDERATION

22 193 580

A 144



*Grant of Right-of-Way*, *Mar. 5, 1974*
*(Cook County Recorder of Deeds Doc. No. **22 664 112**)*

Illinois Building Authority, a body corporate and politic of the State of Illinois
conveys and grants to the Board of Governors of State Colleges and Universities
for Northeastern Illinois University, a right of way for ingress/egress (1974)

22 664 112

### GRANT OF RIGHTS-OF-WAY

THIS INDENTURE WITNESSETH That the Grantor, Illinois Build-
ing Authority, a body corporate and politic of the State of Illinois,
for and in consideration of the sum of ONE DOLLAR and other good and
valuable consideration in hand paid, conveys and grants unto the
Grantee, Board of Governors of State Colleges and Universities, for
Northeastern Illinois University in Chicago, Illinois, certain rights
of way hereinafter described, for the purpose of pedestrian or
vehicular ingress and egress to the following described real estate,
to-wit:

> That part of Lots 4, 5, 12 & 13 (taken as a tract) in
> the subdivision of the North ½ of Section 11, Township
> 40 North, Range 13 East of the 3rd Principal Meridian,
> bounded and described as follows: Commencing at the
> point of intersection of the south line of West Bryn
> Mawr Avenue with the west line of North St. Louis Avenue;
> thence west in said south line of West Bryn Mawr Avenue
> 514.60 feet; thence south perpendicular to said south
> line of West Bryn Mawr Avenue 460.48 feet for a point of
> beginning of the tract of land to hereby be described:
> Thence West parallel with said south line 190.60 feet;
> thence South perpendicular to said south line 175.00
> feet; thence East 150.00 feet; thence North 146.12 feet;
> thence East 40.60 feet; thence North 28.88 feet to the
> point of beginning, in Cook County, Illinois.

The pedestrian rights of way for ingress and egress to and
from the aforesaid real estate are 12 feet in width extending 6 feet
on either side of two center lines described as follows:

#### Center Line No. 1

> Commencing at a point on the west line of North St. Louis
> Avenue, which point is 760 feet more or less south of the
> point of intersection of the west line of North St. Louis
> Avenue and the South line of West Bryn Mawr Avenue; from
> said point thence West 622 feet; and thence North 144
> feet to the point of termination.

#### Center Line No. 2

> Commencing at a point on the south line of West Bryn
> Mawr Avenue, which point is 528 feet more or less west
> of the point of intersection of the south line of West
> Bryn Mawr Avenue and the west line of North St. Louis
> Avenue; from said point thence South 462 feet; thence
> West 94 feet; and thence South 10 feet to the point of
> termination.

The vehicular right of way for ingress and egress to and from the
aforesaid real estate is 24 feet in width extending 12 feet on either
side of a center line described as follows:

22 664 112

<u>Center Line No. 3</u>

Commencing at a point on the south line of West Bryn
Mawr Avenue which point is 1250 feet more or less west
of the point of intersection of the south line of West
Bryn Mawr Avenue with the west line of North St. Louis
Avenue; from said point thence South 368 feet; thence
East 348 feet; and thence South 80 feet to the point of
termination;

and said vehicular right of way may also be used as a pedestrian

right of way. From the point of termination of Center Line No. 3,

a further pedestrian right of way, for ingress and egress to and

from the aforesaid real estate, which is 12 feet in width extending

6 feet on either side of a center line is described as follows:

<u>Center Line No. 4</u>

From said point of termination thence East 202 feet;
and thence South 10 feet to a point of termination.

The aforesaid easements shall be perpetual and the Grantee

shall have the right, privilege and authority to construct, recon-

struct, repair and maintain sidewalks and driveways upon and over

said easements.

This instrument is made, executed and delivered pursuant

to the authority given by the members of the Illinois Building

Authority.

IN TESTIMONY WHEREOF, the said Illinois Building Authority

has hereunto caused its corporate seal to be affixed and these

presents to be signed by its Chairman and attested by its Secretary,

this  5th  day of  March , 1974.

ILLINOIS BUILDING AUTHORITY

By

Executive Director

ATTEST:

Assistant Secretary

STATE OF ILLINOIS )
) SS.
COUNTY OF )

On this _5th_ day of _March_, 1974, before me,
the undersigned authority, a Notary Public in and for the State
of Illinois, personally appeared _W. P. Tash_
who acknowledges himself to be the Executive Director of the Illinois
Building Authority of the state of Illinois, and J. J. Gallagher who
acknowledges himself to be the Assistant Secretary of the Illinois
Building Authority of the State of Illinois, being authorized to do
so, executed and attested the foregoing instrument as the above described
officers of said Illinois Building Authority for the uses and
purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and
official seal.

_Edward D. Doyle_
Notary Public

My commission expires _January 22, 1978_

1974 MAR 25 PM 12 43
MAR-25-74 775949 • 22664112 • A — Rec          6.10

MAIL

22664112

**END OF RECORDED DOCUMENT**

A 148

## *Map Dept. Legal Description Records*
### *(Cook County Recorder of Deeds)*

PIN 13-11-101-005-8001 (Sec. 11, Twshp. 40, Range 13, Lots 12 & 13)
PIN 13-11-101-005-8002 (Sec. 11, Twshp. 40, Range 13, Lots 12 & 13)
Survey plat – E ½ NW ¼ Sec. 11-40-13



# Office of the Cook County Clerk

## Map Department Legal Description Records

**P.I.N. Number: 13111010058001**

The legal description card(s) below is prepared in a format used for official county record-keeping, and can be used by the Cook County Recorder's Office to access their tract books.

If you need assistance interpreting this description, please obtain a copy of our instruction sheet "How to Read a Legal Description Card", available from the counter clerk or at our website www.cookctyclerk.com

Please verify the Property Identification Number or P.I.N. (also known as the "Permanent Real Estate Index Number"). If this is not the item you requested, please notify the counter clerk.

| 13 | 11 | 101 | 005 | 8001 | 331 | 71001 |
|---|---|---|---|---|---|---|
| AREA | SUB AREA | BLOCK | PARCEL | UNIT | WARRANT | CODE |

**OFFICE OF THE CLERK OF COOK COUNTY, ILLINOIS**
PERMANENT REAL ESTATE INDEX NUMBER AND LEGAL DESCRIPTION

VOLUME
331
TAX CODE

AREA SUB-AREA BLOCK PARCEL UNIT

13- 11- 101- 005-8001          71001

1988 DIVISION

Block _101_ Parcel _004_

|  | SEC. | TOWN | RANGE | LOT | SUB-LOT | LOT | BLOCK |
|---|---|---|---|---|---|---|---|
| SUBDN OF N½ | 11 | 40 | 13 |  |  |  |  |
| (EX LSHD & IMP)(EX PT N OF A LN 1018.30FT S OF |  |  |  |  |  | 12 |  |
| S/L OF BRYN MAWR AVE) |  |  |  |  |  |  |  |
| (EX PT N OF A LN 1018.30FT S OF W/L OF BRYN MAWR |  |  |  |  |  |  |  |
| AVE)&(EX E 33FT) |  |  |  |  |  | 13 |  |

PRYOR 306113

*22193580    DEED*
*19853082    DEED*
*00304 79752*

*001*
*13·11·103·002*

A149

# Office of the Cook County Clerk

## Map Department Legal Description Records

**P.I.N. Number: 13111010058002**

The legal description card(s) below is prepared in a format used for official county record-keeping, and can be used by the Cook County Recorder's Office to access their tract books.

If you need assistance interpreting this description, please obtain a copy of our instruction sheet "How to Read a Legal Description Card", available from the counter clerk or at our website www.cookctyclerk.com

Please verify the Property Identification Number or P.I.N. (also known as the "Permanent Real Estate Index Number"). If this is not the item you requested, please notify the counter clerk.

```
13 | 11 | 101 | 005 | 8002 | 331 | 71001
AREA SUB BLOCK PARCEL  UNIT  WARRANT CODE
     AREA

OFFICE OF THE CLERK OF COOK COUNTY, ILLINOIS
PERMANENT REAL ESTATE INDEX NUMBER AND LEGAL DESCRIPTION
                              VOLUME
                               331
AREA SUB-AREA BLOCK PARCEL UNIT   TAX CODE
   13- 11- 101- 005-8002      71001
```

                                        1988 DIVISION
                                    Block 101  Parcel 004

```
SUBDN OF N½            SEC. TOWN RANGE  LOT SUB-LOT LOT BLOCK
LSHLD & IMP (EX PT N OF A LN 1018.30FT S OF S/L  11 40 13
OF BRYN MAWR AVE)                                    12
(EX PT N OF A LN 1018.30FT S OF S/L OF BRYN MAWR
AVE)&( EX E 33FT)                                    13

     PRYOR 306113
```

A 150

# E ½ NW ¼ SEC 11-40-13
## JEFFERSON

40-13-11D
13-11



"A"
SUB. BY THE CITY OF CHICAGO, a sub. of the N.1/2 of Sec. 11-40-13.

©2010 Cook County, Illinois
All Rights Reserved

A151

*Letter from Defendant, WTTW to*
*Cook County Assessor's Office, December 1, 2010*

Reese Marcuson, Exec. VP and CFO for WTTW letter to
Cook County Assessor's Office, confirming that
Window To The World Communications, Inc. (WWCI)
leases its property from the State of Illinois

5400 North St. Louis Avenue
Chicago, Illinois 60625 4698
Telephone 773 583 5000
Fax 773 583 3046

**wttw11 | 98.7wfmt**

December 1, 2010

Cook County Assessor's Office
Incentives Department
Annual Exempt Affidavit
118 N. Clark Street
Room 301
Chicago, IL 60602

**Re: Pin 13-11-101-005-8002**

Dear Sir/Madam:

We are in receipt of the 2011 Exempt Affidavit Property List and the other information from your office concerning property on which Window to the World Communications, Inc. (WWCI), an Illinois not-for-profit corporation, is located at 5400 N. St Louis Avenue, Chicago, IL 60625.

Please note that WWCI is not the owner of this property; WWCI leases the property from The State of Illinois and Northeastern Illinois University acts as the State of Illinois agent. However, we have completed the affidavit and other information according to your instructions.

Best regards,

Reese Marcusson
Executive Vice President and
Chief Financial Officer

OFFICE OF
COUNTY ASSESSOR
RECEIVED

DEC 0 9 2010

INCENTIVES DEPT.

## *Map*
### *NEIU Campus and WTTW facilities*

from website http://www.neiu.edu





**Building A**
Academic Advising
Accessibility Center
Foreign Language Lab
Student Support Services

**Building B**
Academic Computing
Computer Lab
Dean of Students
Graduate College
Honors Program
International Programs
Nontraditional Degree Programs
Placement Office

**Building C** (Sachs Administration)
Academic Affairs
Affirmative Action
Alumni Affairs
Budget Office
Development
Finance & Administration
Marketing & Communications
Media Relations
Mostly Music at NEIU
Office of the President
Purchasing
Sponsored Programs
Student Affairs

**Building D**
Adult and Women Students' Programs
Cashier
Counseling
Enrollment Services
Financial Aid
Student Employment
Veterans' Affairs

**Building E**
Auditorium
Bookstore
Health Service/First Aid

**Building F** (Stage Center Theatre)
Bernard Office Building (B.O.B.)
5555 N. Bernard, 60625
Human Resources
Internal Auditor

**Fine Arts Center** (FA)
Art Gallery
Box Office
Recital Hall

**Building H**
Facilities Management

**Classroom Building** (CLS)
Academic Development
College of Business and Management
College of Education
University Computing

**Student Union** (SU)
Alumni Hall
Cafeteria
Golden Eagles Room
Information Center
Student Activities

**Science Building** (SCI)
College of Arts and Sciences

**Ronald Williams Library** (LI)

**Public Safety** (PS)
Parking Office