*"Decisions... Decisions... –*
*A Guide to Developing Standards of Editorial Integrity*
*and Responsibility for Public Broadcasting Stations"*

Publication of The Corporation for Public Broadcasting, September 1994

Case: 1:10-cv-07003 Document #: 45-14 Filed: 07/06/11 Page 2 of 16 PageID #:534



# Decisions...
# Decisions...

A Guide
to Developing Standards
of Editorial Integrity
and Responsibility
for
Public Broadcasting
Stations

**cpb**

CORPORATION FOR
PUBLIC BROADCASTING

A 229

Prepared under a grant from the Corporation for Public Broadcasting by the University of South Carolina College of Journalism and Mass Communications under the direction of Dr. John Lopiccolo, associate professor, and Dr. Lowndes F. Stephens, professor. Survey of stations conducted by Dr. Robert Oldendick, Institute of Public Affairs. Principal writing and bibliographic research by Carla Manning.

September 1994

# Contents

An Approach to Developing
Standards and Guidelines ..... 1

   Station Survey   3
   Resource Bibliography   4
   Colloquy for Ideas   5
   A Guide for Stations   6
   Preparing Guidelines   6
   Outline for Guidelines   10
   Checklist   11
   Using Guidelines   17
   Developing Standards   17
   Endnotes   20

Appendix A: Bibliography ..... 21

   Ethics   21
   First Amendment/Freedom of the
     Press/Law   25
   News/Reporting   27
   Bias/Objectivity/Conflict of Interest   30
   Politics and Public Affairs   31
   Public Broadcasting   32
   Homosexuality   35
   Minorities   35
   Women   35
   Sex   36
   Violence/Crime   36

Appendix B: Survey Report
on Station Standards ..... 38

   Standards of Integrity   38
   Controversy   42
   Editorials and Commentary   46
   Ensuring Diversity   47
   Guidelines   47
   General Evaluations   49

Appendix C: Codes, Mission
Statements ..... 50

   Statement of Principles of Editorial
     Integrity in Public Broadcasting   50
   Alabama Educational Television
     Commission Code of News Ethics   53
   Nebraska Educational Communications
     Commission Network Program
     Policy   56
   KGNU News and Public Affairs
     Policy   59
   Ohio University Telecommunications
     Center Guidelines   61
   Society of Professional Journalists
     Code of Ethics   69
   Public Radio News Directors Incorporated
     Code of Ethics   72

i

A 230

# An Approach to Developing Standards and Guidelines

Codes of ethics, standards of practice, and mission statements are by no means new ideas. That does not mean that developing such statements or guidelines is an easy task.

In 1980, the United Nations Educational, Scientific and Cultural Organization (UNESCO) published a study that took a look at ethical codes worldwide. The study offers a comparative analysis of those codes and outlines some of the commonalities found in the content, formulation, and administration of ethical codes. One of the aims of that study was to help "media people and others concerned to make up their own minds [about ethics codes] in accordance with their own needs and circumstances." The publication lists ideas for those who are in the process of drawing up a code or standards of practice. Among the points:

1. Codes must not be too general nor too imprecise. If they permit argument over interpretation, they also provide loopholes for evasion in practice.
2. No Code of Ethics can be regarded as definitive or static. Like a language, a Code evolves; meanings change; attitudes change.
3. If Codes of Ethics are not seen by the general public to work, they are valueless.
4. Codes of Ethics are signposts. Not only should they point the right way to those engaged in the practice of mass communi-

## Note

"This booklet reflects the ideas and suggestions gleaned from the university's colloquy, the public station survey, and the bibliography. It should serve only as a point of reference and list of ideas, not as a mandatory policy paper for public broadcasting stations." (p. 6)

ii

A231

cation, they should also point the way to recipients, showing them how to regard and how to treat those engaged in mass communications. The Free Flow of Information must never be one-way; the signposts must aid any omni-directional flow, otherwise they will merely be notices of prohibition.[1]

These ideas were echoed in the various stages leading to preparation of this booklet. However a public broadcast station goes about the task of developing or updating a code of ethics, guidelines for editorial integrity and responsibility, standards of procedure, or a mission statement, the process itself can be valuable. It is a good opportunity to step back and take a look at how decisions are made internally as well as to examine systematically what others have done and how they have faced problems. This type of analysis can help future decisionmaking processes.

Public broadcasting and its programming have faced a variety of criticisms in the past. Public television and radio stations have to deal on a day-to-day basis with a variety of questions about their performance. The Public Broadcasting Service (PBS) and National Public Radio (NPR) are often in the middle of opposing viewpoints about their mission and programming.

The 1992 authorizing legislation for the Corporation for Public Broadcasting (CPB) reiterated the original directive to the agency to pay attention to programming "quality, diversity, creativity, excellence and innovation, objectivity and balance." Provisions of the act reflect concern on the part of some United States Senators that public television and radio programming lacks political balance and that public television and radio stations have no standard procedure in place for the decisionmaking process of what they will air and how they will determine whether or not programs meet a standard of integrity and responsibility.[2]

The College of Journalism and Mass Communications at the University of South Carolina was asked to prepare resources for public radio and television stations to use in creating their own guidelines or standards of editorial integrity and responsibility. This booklet is the result.

## Station Survey

The college first surveyed public radio and television stations to see how many had codes of ethics, programming standards, and/or standards of practices and requested copies. It also asked about controversies stations had encountered concerning their programming and how they had handled the situation.

Letters were sent to 280 public broadcasting radio and television station managers asking them to participate in a telephone interview. The sampling represented about 50 percent of the total number of CPB-qualified stations. The telephone calls took place the weeks of Nov. 8 and 15, 1993. A copy of the survey results is in Appendix B.

Findings indicate that about 59 percent of the 227 responding stations have some kind of written code, 45 of which were examined. Twenty-two

-2-  -3-

percent were mission statements without detailed statements of procedure; 44 percent were five pages or less and were general statements of principles and policies; the other 33 percent were detailed statements of policy and procedure running from 6 to 50 pages.[3] About 12 percent of the written policies were based on the Statement of Principles of Editorial Integrity in Public Broadcasting.[4] Others were based on the Society of Professional Journalists Code or the Radio Television News Directors Code.

Other findings were that programming decisions are made by one person at 60 percent of the stations; controversial programs have been aired by 63 percent of the stations; commentaries are run by 51 percent of the stations and editorials by 4 percent. Thirty-eight percent of the stations said that their guidelines played an important role in the decisionmaking process during the past three years; and many station managers have war stories to tell about controversies they have faced.

The survey indicated that about one-quarter of the public stations sampled have written standards and decisionmaking procedures, but many of the stations rely on the standards and experience of station managers to make programming decisions.

## Resource Bibliography

Appendix A includes an annotated bibliography of books and articles on editorial integrity and responsibility, coverage of controversial topics, and related areas. Several of these sources include general information on ethics, standards of practices, and codes of conduct. These can be valuable as a starting point for station personnel beginning the process of establishing or revising guidelines for their station.

## Colloquy for Ideas

The college also conducted a colloquy comprising individuals from academe, the media, and representatives from public radio and television to discuss ideas, policies, and procedures public stations might use to develop guidelines for themselves. A draft paper, prepared from the bibliography and sent to the panelists, served as the starting point for the colloquy.

Those serving on the panel were Jim Russell, executive producer, *Marketplace*, University of Southern California, Los Angeles, Calif.; Kim Hodgson, general manager, WAMU, Washington, D.C.; Skip Hinton, executive director, SECA, Columbia, S.C.; David McGowan; vice president, news and public affairs, WETA, Washington, D.C.; Gilbert Bailon, city editor, Dallas Morning News, Dallas, Texas; Chris Moore, producer, *Black Horizons*, WQED, Pittsburgh, Pa.; Bruce Sanford, attorney, Washington, D.C.; Erik Collins, associate professor, College of Journalism and Mass Communications, University of South Carolina, Columbia; Joan Konner, dean, Columbia University Graduate School of Journalism, New York, N.Y.; and Louis Hodges, professor, Washington & Lee University, Lexington, Va.

A233

## A Guide for Stations

This booklet reflects the ideas and suggestions gleaned from the university's colloquy, the public station survey, and the bibliography. It should serve only as a point of reference and list of ideas, not as a mandatory policy paper for public broadcasting stations.

"Public broadcasters, individually and institutionally, must recognize certain basic principles (values) that provide the basis for decision/actions. And individual (professional) standards must mirror and support institutional standards, procedures, and policies."[5] Different issues exist in different communities, and each station will have to decide how to follow the suggestions and how to use the sources listed in formulating its own guidelines.

Public broadcasting stations should "maintain the freedom of drafting station specific ethics and operational guidelines,"[6] and "should be willing to expose their decisionmaking to the light of day and public inquiry. But, they should *not* be required to adhere to any common, national set of standards. This is a denial of editorial freedom."[7]

## Preparing Guidelines

Many issues must be considered when discussing any kind of code of ethics or statement of standards of integrity. The first might be the question of whether or not a written statement should be established.

The advantages of formal statements or guidelines are many. A statement can help in the internal decisionmaking process. If everyone is aware of the guidelines and how to apply them, then it is more likely that decisions by different people at different times will be consistent. Also, in times of controversy, and under deadline pressure, decisions can be based on principles and standards established in less stressful, more thoughtful times.

Another advantage of a formal, written statement is that it can be used to explain to others how decisions are made. Such a statement could show critics that the station operates under clearly thought-out standards.

There are possible disadvantages to having a formal policy: In some cases, (1) others can use a station's statement of standards to show that the station is not operating under its own policies, or (2) they can use standards from other organizations to suggest that a station is not operating under generally accepted industry standards. (3) There is also a fear that such statements impose restrictions to free expression, inhibit innovation and unpopular viewpoints, and, if prepared by a governmental entity, conflict with the First Amendment.

The first disadvantage may not be a problem if stations do develop realistic policies for themselves and then follow the policies. If a station says it has policies but doesn't follow them, it will be open to criticism. The third, governmental involvement, is a concern for many. Stations funded and/or operated by tax-supported agencies must be aware of the potential for a conflict of interest, and policies should be developed and followed that protect the

rights of free speech, the public's right to know, and the principles involved in proper use of public funds.

There can be questions about penalties for violating such a code. "Recent journalistic history in the United States is replete with examples of misguided efforts to 'enforce' codes of ethics for the profession or otherwise adopt inappropriate legalistic approaches to ethical discussions. ...nothing seems clearer in the pursuit of ethical conduct than the truism that ongoing dialogue and the explanation of ethical dilemmas--not hardfast rules--leads to understanding."[8]

There must be a clear distinction between "bottom-line requirements, statements that prohibit certain kinds of conduct" which can be enforced, and aspirational ideals which "they should write but cannot enforce."[9]

The process of developing a set of standards requires decisionmaking before the writing begins. Who should write the document? Who should have initial input? Who should have final approval? Each station should identify these parties based on its operation and organization. On one hand, the actual staff and management of stations could have primary responsibility for setting standards; on the other hand, the board of directors could have it. In the case of stations operated by state or local governments, some nongovernmental agency might be given input into the preparation of standards. It is worth noting that the operating staff will have to follow the policies established. They will be more willing to do so, and the policies may be more realistic, if the staff has real input into establishing the policies.

Starting the process is often the most difficult step. Looking at other statements and policies might be the best way to start. Many public stations have mission statements. Each station must have a set of principles and standards that fits that station's situation. The mission statement can help define the situation for the station. Several examples of statements appear in Appendix C.

One of the general concepts in ethics is respect for persons, treating people as they ought to be treated.[10] This observation is at the root of the first question to be answered: Since so many different people are involved in the public broadcasting process, how can we treat all of them as they ought to be treated, or as they want to be treated, when conflicting needs and wants may be involved?

For example, a story may touch on activities that may embarrass some people, but someone might think others have a right to know about the situation. Or, a dramatic work might contain meaningful dialogue or scenes that others find offensive. Are priorities set to please a variety of people? To which group or groups is loyalty owed? The station's mission statement may help answer that question, but it must be answered in a general context before policies and principles can be written. In what priority do we serve segments of the public: the licensee, station management, staff, writers/artists, underwriters, subscribing audience, general audience, taxpayers, government? Stations may agree that moral choices should be made "in light of the needs of the...listener/viewer, specifi-

cally with reference to what the viewer needs to know and when. Benefit to viewers is the final norm for all programming decisions as well as for all news judgments."[11]

Another general consideration in preparing standards is how specific the standards should be. Are examples and interpretations provided or are they left open to interpretation on a case-by-case basis? Stations could "write and enforce bottom-line requirements, statements that prohibit certain kinds of conduct. They should write, but cannot enforce the ideals and special purposes that guide all decisions."[12]

And, similarly, are different sets of standards established for different types of programs--news, documentaries, entertainment--and specific standards for nonprogramming areas, underwriting, conflicts of interest, and so on?

### Outline for Guidelines

The written guidelines might start with the mission statement of the station or organization and some general comments about ethics and standards. It should be made clear to the reader how the code and principles are to be used and applied in actual practice. The station's publics could be listed with guidelines to how each group or subgroup should be treated. Many issues might be addressed in codes/standards statements. Many possible topics presented in a draft of this booklet were discussed at length by the colloquy panelists, and they made further points on these issues in their responses.

---

### Developing Station Guidelines

#### A Checklist

**Should a station develop guidelines?**

Advantages

- Guidelines help with decisionmaking.
- Station can respond to questions under pressure with standards that were established under less stress.
- Station can explain how decisions are made.

Disadvantages

- Critics can show that a station is not following its own standards.
- Standards may restrict free expression or conflict with First Amendment.

**How should guidelines be developed?**

- Who should write the document?
- Should there be input from staff, management, board?
- Who, if anyone, should approve the document?
- Should other guidelines be used as models?
- Should a station's guidelines specify all possible situations--for individuals and programs?

**What should guidelines include?**

- Mission statement
- General station operation
- Conflicts of interest
- Programming distinctions
- Criteria/Concepts (responsibility, accuracy, objectivity, etc.)

The survey of public radio and television stations produced additional responses.

Subdivisions in such a document might be

### General Operation

A written statement of programming standards may or may not go into the general operation policies of the organization. Many of the policies may impact on programming decisions, such as staff makeup, outside program sources, how decisions are made, and how criticism is handled.

A diverse staff may produce different views of program acceptability, but some concerns were raised about putting specific requirements in a statement of principles. Representation of minorities on staffs as seen in diversity statement and affirmative action policies may become statements for politically correct behavior, "whose definitions swing in the political breeze of the times," and should be "kept separate from the more lasting kinds of standards, ethics, values."[13]

In terms of outside program sources, listeners and viewers often "don't distinguish between imported programming and locally produced shows.... Deflecting criticism by saying that someone else controlled the program content rings hollow."[14]

As mentioned earlier, the survey of public broadcasting stations across the country found that, even when codes of ethics were in place, many program decisions were made by the station manager and/or the news director, based on "his authority and judgment." When asked about how decisions are made as to whether a program should or should not air, one respondent stated, "Program director or producer use their judgment on criteria based on local community standards."

Whenever decisions are made, some criticism may arise. Both those inside the station operation and the viewing and listening public should feel that their input has been heard. Policies should take into account the fact that you can't make everybody happy, but you can make everybody heard.

Local community standards were mentioned again and again by both the panelists and survey respondents as a major reason for each station to develop its own standards of programming. Community standards often dictate how a program will be received. Locally prepared guidelines likely would reflect the needs and standards of a community.

### General Programming

Station decisionmakers often know in advance what programs will create controversy in their listening or viewing area. One station surveyed said that it "tried to develop an open attitude with any controversy with language or nudity and tried to justify running the program." One of the most interesting findings of the survey

was the types of issues that do cause controversy for a station. Besides the points already listed, a station might consider potentially controversial issues as it creates its own standards of programming. Examples of the shows and topics which have received criticism, according to the survey, include

**Gays**--This topic probably generated the most heat for stations. Many respondents answered that they were inundated with calls after running shows like *Lost Language of Cranes* and *Tongues Untied*. Even issues shows that dealt with gay and lesbian topics came under fire. Some stations reported not airing shows with gay themes, and that in itself caused controversy.

**Sex/sex education**--Survey respondents identified a Children's Education Workshop that talked candidly about sex education for teens as controversial.

**Nudity**--Among programs identified by those surveyed as drawing comment were one from BBC that showed nudity and a women's health program that showed nude women. One respondent said simply: "Anything that showed nudity."

**Political issues**--The Anita Hill/Clarence Thomas hearings were mentioned by various stations. Other topics included abortion, Croatian/Serbian issues, Arab/Israeli issues, NAFTA, David Horowitz's program, *Second Thoughts;* and free, unlimited time to political candidates.

**Religion**--Among controversial topics listed by station survey respondents were Creationism vs. Darwinism, religion affecting the founding of America, poetry read on *A Prairie Home Companion* ("Vatican Rag" on abortion), a comedy piece about a man who confesses to a priest about a love affair with Jesus, and a singer's lyrics which referred to "Jesus Christ asleep at the wheel."

**Race**--Topics drawing fire were live call-in shows about racial issues and a program about Malcolm X.

**Environment**--One station commented that any environmental commentary can be controversial. Other topics listed by respondents included *National Audubon*: "Arctic Refuge"; *A Vanishing Wilderness; Land of the Eagle; and National Geographic*: "Range Wars."

Although many of these topics may not surprise someone in public broadcasting, the important decision is whether to address them specifically in a standards document.

## Journalistic Programming

Many areas might be covered in a journalistic code of ethics, and existing codes have some common themes that should be considered: To pursue the truth, to uphold the public interest, and to report with accuracy, fairness, and independence. Another common theme is to avoid any conflicts of interest and the appearance

-14-    -15-

A 238

of any conflict of interest when covering a story. "The duty of the journalist is to pursue the truth unencumbered by personal obligations of any kind--to an individual or institution, especially those in power such as the government."[15]

Objectivity--This concept, which is often presented as a guiding principle of journalism, touched off extended discussion during the colloquy. Codes should be careful in imposing objectivity across the board since documentaries and point of view programs might not meet this standard. As one panelist observed, objectivity is "not necessarily the same as truthfulness. Objectivity suggested an ability for a reporter to function as a machine, ignoring his and others' opinions and reporting 'just the facts.' But, weren't the facts colored and conditioned by the perceptions of those observing them?"[16]

Fair play--One set of guidelines used by a public television series makes the point that "No list of specific guidelines has much meaning if the producer lacks a sensitivity to issues of fairness. The pursuit of the truth is journalism's main objective. A sense of fairness is critical if that pursuit is to have credibility and integrity."[17]

In the draft paper, other possible headings were listed, but for the most part they were considered too specific or too difficult to define to be recommended for inclusion in a statement of principles. These headings included confidentiality, privacy, deception (clear labeling of staging and statement of financial consideration), stereotyping (also covered under accuracy and fairness), violence, law-bending to obtain information, and media as accessory to criminal action. Panelists put a great deal of emphasis on questions related to conflicts of interest, especially as they related to funding sources.

## Using Guidelines

Written guidelines--encompassing standards of practice and codes of ethics--will mean nothing to the station or its audience if they are not used. And they will not be used if the people who should use them are not aware of them. All staff members in a decisionmaking position should be made aware of the content of the guidelines and how they should be applied.

Some training procedure should cover the subject when new staff members are hired or when those already on staff are promoted. Also, regular meetings and discussions among decisionmakers should take place. Stations with small staffs may want to get together with staff members from other stations in a similar situation. When there is criticism, those involved in the issues should review that criticism in light of the guidelines and whether they were followed in that case.

## Developing Standards

A problem area specific to public broadcasting stations emerged as this project developed and as the panel responded to the subject. There was concern about the relationship between the government, CPB, and this project. CPB might not be the proper vehicle for dealing with the issues of standards,

-16-   -17-

practices, and codes of ethics at all--except, perhaps, as a vehicle of education and a clearinghouse of information on the subject.[18]

Only recently have other organizations outside of CPB and PBS made attempts to develop standards or to help public stations develop such standards. Other meetings and panel discussions were held during spring and summer 1994. The results of these activities should be made available to public stations and organizations. A panelist from public broadcasting observed, "Lacking a professional association (and professional literature), we are weakened in efforts to establish and solidify such principles. Similarly, institutions have difficulty due to the lack of a single leadership forum and due to the variety of institutional models (state agency, public corporations, university, school, etc)."[19]

As this booklet was being prepared, an example of the kind of problem caused by programming occurred related to airing of *Before Stonewall: The Rise of the Gay and Lesbian Community*. Terry E. Haskins, Republican member of the South Carolina House of Representatives, wrote: "However, after viewing a program on S.C. ETV last month, I suggested that the publicly funded network needed to do a better job of regulating the content of the shows it broadcasts. I even went so far as to suggest that if S.C. ETV didn't properly regulate itself, then legislative action should be taken to ensure that the programming on S.C. ETV was appropriate for broadcast by a network owned and operated by the state."[20]

The newspaper printed an opposing view by a former S.C. ETV producer on the same page.

Having a written set of standards of editorial integrity and responsibility will not eliminate such criticism, but it may make it easier to explain and defend a decision.

It may be time for public stations to work together in creating standards, keeping in mind that industrywide standards may not be as applicable to individual stations as those developed by each station. But stations may be able to help each other and learn a great deal in the process.

-18-          -19-

## Endnotes

Unnumbered quotations in the text were taken from the colloquy and from open-ended comments on the survey.

[1] J. Clement Jones, Mass Media Codes of Ethics and Councils: A Comparative International Study on Professional Standards (Paris, France: UNESCO; New York: Unipub, 1980).

[2] Janine Jackson, "In CPB's Public Hearings, Conclusions Seem Foregone," *Extra!* (September/October 1993).

[3] Percentages equal less than 100 because of rounding.

[4] The Editorial Integrity Project, Columbia, S.C., 1985.

[5] Skip Hinton, response to draft paper and panel, Feb. 1, 1994.

[6] Gilbert Bailon, response to draft paper and panel, Dec. 14, 1993.

[7] Jim Russell, response to draft paper and panel, Dec. 12, 1993.

[8] Bruce W. Sanford, response to draft paper and panel, Dec. 20, 1993.

[9] Louis W. Hodges, response to draft paper and panel, Dec. 8, 1993.

[10] Louis W. Hodges, *op. cit.*

[11] *Ibid.*

[12] *Ibid.*

[13] Jim Russell, *op. cit.*

[14] Gilbert Bailon, *op. cit.*

[15] Joan Konner, *op. cit.*

[16] Jim Russell, *op. cit.*

[17] *Frontline, Guidelines of Journalistic Standards and Practices*, November 1984.

[18] Joan Konner, *op. cit.*

[19] Skip Hinton, *op. cit.*

[20] Terry E. Haskins, "Battle for the Soul of ETV," *The State*, Columbia, S.C., July 24, 1994, D-1.

# Appendix A

## Bibliography

### Ethics

Birkhead, Douglas. "An Ethics of Vision for Journalism." *Critical Studies in Mass Communication* 6, no. 3 (Sept. 1, 1989): 283. This essay suggests that morality is developed through the cultivation of social sensibilities. Journalism, being essentially an interpretive task, should adhere to this view of morality.

Black, Jay, and Robert Steele. "Professional Decision Making and Personal Ethics." *The Journalism Educator* 46, no. 3 (Fall 1991): 3. Surprisingly little research has been done on ethics in journalism education. Discussed are the philosophy behind journalism education ethics, as well as lists of temptations and questions facing educators today.

Chadwick, Ruth, and Andrew Belsey, Editors. *Ethical Issues in Journalism and the Media*. New York, N.Y.: Rutledge, 1993. This collection of commissioned essays critically examines the philosophical side of journalism ethics. Selected topics from law and politics to the marketplace and media ownership are addressed by a variety of British scholars. The book in no way espouses one overriding, motivating philosophy about journalism; rather it emphasizes that issues must be dealt with critically and reflected upon on a philosophical level.

Christians, Clifford G., John P. Ferre, and P. Mark Fackler. *Good News: Social Ethics and the Press*. New York, N.Y., and Oxford: Oxford University Press, 1993. The authors believe that this book was necessary because they feel that, even with all the discussion of press ethics, there was never a discussion of the social responsibility of the press. They argue that much of the problem comes from the fact that media are businesses and corporations meant to be profitable. That means that finances can

Case: 1:10-cv-07003 Document #: 45-14 Filed: 07/06/11 Page 15 of 16 PageID #:547

outweigh ethical decisions. Their purpose is to develop a "communitarian" ethics of the news media. The authors include many cases to illustrate their ideas.

Christians, Clifford G., Kim B. Rotzoll, and Mark Fackler. *Media Ethics: Cases and Moral Reasoning*. New York and London: Annenberg/Longman Communication Books, 3rd edition, 1991. If media ethics are to gain significance, the gap between daily media practices and serious study must be bridged creatively. This book attempts to integrate ethics and media situations by using cases and commentaries. The three sections reflect the three major media functions: reporting news, promoting products, and entertaining. Cases are analyzed and connected with the ethical guidelines set forth in the Introduction. The commentaries do not insist on one correct answer but pinpoint some crucial issues and introduce enough salient material to aid in resolving the case responsibly.

Dennis, Everette E. "In Allegiance to the Truth--News, Ethics, and Split Personality Journalism." *Neiman Reports* 44, no. 2 (Summer 1990): 4. The author suggests the split between news and entertainment is narrowing, and reporting must take an approach other than strict objectivity in an increasingly ambiguous and complex society.

Elliott, Deni. "Moral Development Theories and the Teaching of Ethics." *The Journalism Educator* 46, no. 3 (Fall 1991): 18. The author discusses the uses of moral development theory in the teaching of journalism ethics. The educator benefits in teaching the theory as much as the students benefit in learning.

"Ethics." *The Bulletin of the American Society of Newspaper Editors*, no. 738 (1991): 14. Newspaper editors are asked what steps need to be taken to prevent plagiarism. Policies, sanctions, and firings have not prevented it in the past. The definition of plagiarism is discussed.

Goldstein, Tom. *The News at Any Cost*. New York, N.Y.: Simon and Schuster, 1985. The author says that the number of ethical transgressions by journalists seems quite high or at the very least there is a heightened perception of such lapses. Every day journalists confront a formidable array of ethical quandaries. Questions are raised as to whether journalists should cooperate with investigators and prosecutors and whether the rules of conduct for reporters should apply to media executives. The thesis of this book is that because few legal restraints are placed upon them, journalists need to show greater self-restraint. Merely because a right exists does not mean that it needs to be exercised indiscriminately. Journalists need to abandon the mentality that impels them to pursue a story at any cost.

Goodwin, H. Eugene. *Groping for Ethics in Journalism*. Ames, Iowa: Iowa State University Press, 1987. The author is troubled by some of the things journalists and news media proprietors do. They do not always seem to have a strong sense of morality, of what is right or wrong. The book is based on an analysis of hundreds of interviews and discussions with print and broadcast journalists at all levels and on the writings of ethicists, journalists, and others concerned about ethics in this vital field.

"Journalism Ethics: What's Gone Wrong?" *Nieman Reports* 44, no. 2 (Summer 1990): 9. A panel of reporters, editors, and political figures comments on the state of contemporary journalism ethics. A senator criticizes the use of unnamed sources, and Brit Hume testifies to the difficulty of being a celebrity journalist.

Klaidman, Stephen, and Tom L. Beauchamp, *The Virtuous Journalist*. New York and Oxford: Oxford University Press, 1987. The authors write that this book is for anyone interested in "the subject of moral integrity in journalism." It is written not only with journalists in mind but also for the subjects and sources of news as well as news consumers. Topics include objectivity, bias, accuracy, and fairness. Two chapters of special relevance to public broadcasting are on serving the public and inviting criticism.

Lambeth, Edmund B. *Committed Journalism: An Ethic for the Profession*. Bloomington, Ind.: Indiana University Press, 1992. Considered a "must read" by the dean of the Columbia School of Journalism, this book presents a framework for thinking through ethical problems. The author tries to give a system of journalistic ethics based on the history and traditional philosophy of the press. The author gives real-life examples that required ethical judgment calls, describes historical events, and illustrates how an ethical

A242

framework could have been applied in those cases. Lambeth believes that journalists have a credibility problem and a responsibility to uphold certain standards.

Pritchard, David. "Impact of Ethics Codes on Judgments by Journalists: A Natural Experiment." *Journalism Quarterly* 66, no. 4 (Winter 1989): 934. A study found no support for the assumption that ethics codes directly influence the decisions journalist make. Behavior is more attributable to "unwritten newsroom norms," and codes may be intended only to satiate a critical public.

Rosen, Jay. "Public Life and the Press." *Quill* 81, no. 9 (November/December 1993): 27-28. The author is the director of the Project on Public Life and the Press which aims to bring together those journalists pushing journalism ethics in an active way. The author discusses some of his thoughts about media ethics.

Rosen, Jay. "The Press-Public Connection-- Defining Ethics Requires a New Definition of Journalism." *The Quill* 81, no. 9 (Nov. 1, 1993): 27. The author suggests rethinking journalism into an entity that is more active and cognizant in utilizing its powerful, persuasive role in society.

Steele, Bob. "We Have a Situation Here." *Poynter Report*, Winter 1993, 2-3. The author writes that hostage situations and police raids can be some of the most dangerous situations ethically. He discusses guidelines for stories involving hostage-taking, terrorism, and police raids, as well as how to cover an ongoing crisis.

The Society of Professional Journalists. "Probing Press Performance." *Editor and Publisher* 126, no. 12 (March 20, 1993): 11. This is the first-ever formal probe into press performance and ethics by the Society of Professional Journalists. The botched raid on a religious cult in Waco, Texas, is emphasized.

Wulfemyer, K. Tim. "Defining Ethics in Electronic Journalism: Perceptions of News Directors." *Journalism Quarterly* 67, no. 4 (Winter 1990): 984. Less than half of the 286 radio and television stations surveyed have codes of ethics. While standards may improve journalistic integrity, flexibility within many "gray" areas may be inhibited.

# First Amendment/ Freedom of the Press/Law

Bunker, Matthew D. "Lifting the Veil: Ethics Bodies, the Citizen-Critic, and the First Amendment." *Journalism Quarterly* 70, no. 1 (Spring 1993): 98. The author suggests the First Amendment protects the right to criticize judges, lawyers, and public officials. Legal cases are examined that relate to free speech concerns versus a government interest in maintaining confidentiality in ethics proceedings.

Cullen, Maurice R., Jr. *The First Amendment: An Introduction to the Issues, Problems and Practices*. Dubuque, Iowa: William C. Brown Company, 1981. This is a basic textbook about the mass media. Although 10 years old, it includes good discussions of issues related to this guidebook. For example, in a section titled "Mass Media Audiences," stereotypes in the media are discussed. "The Media and the Elderly" and "The Media and Minorities" are among the topics in this section. Predictions include inexpensive cordless phones by the year 2000 and VCRs changing the nature of television.

Emord, Jonathan W. *Freedom, Technology and the First Amendment*. San Francisco, Calif.: Pacific Research Institute for Public Policy, 1991. The author states that the federal and state agencies that regulate the country's electronic mass media violate the First Amendment. He argues that freedom of speech and press can be retained only by having a "free, self-governing media marketplace" and looks at the myriad technological advancements the framers of the Constitution couldn't even begin to imagine, such as cable TV and home computers. With great advances in technology, new legal barriers must be erected against government controls. Such controls, the author writes, are obstacles put up in the name of a "public interest" standard and often disguise other interests.

"Free Press Effects in Europe." *Editor and Publisher* 126, no. 45 (Nov. 6, 1993): 14. As Eastern Europe emerges from state domination of the media, free expression is jeopardized as both the Council of Europe and the European Community are attempting to provide regulations that the author considers censorship.