efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Depreciation and Depletion Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Asset | Amount |
|---|---|
| Land Improvemnets | 19,342 |
| Buildings & Improvements | 535,977 |
| Equipment | 2,321,925 |
| Furniture & Fixtures | 65,589 |

A 296

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

Note: To capture the full content of this document, please select landscape mode (11" x 8.5") when printing.

# TY 2003 Gain/Loss from Sale of Nonpublic Securities Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Name | Date Acquired | How Acquired | Date Sold | Purchaser Name | Gross Sales Price | Basis | Sales Expenses | Total (net) |
|---|---|---|---|---|---|---|---|---|
| Alternative Investments | 2002-07 | Purchase | 2007-06 | Window To The World Communications Inc | 1,401,423 | 1,083,855 | 0 | 317,568 |

A 297

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006508

Note: To capture the full content of this document, please select landscape mode (11" x 8.5") when printing.

# TY 2006 Gain/Loss from Sale of Other Assets Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Name | Date Acquired | How Acquired | Date Sold | Purchaser Name | Gross Sales Price | Basis | Sales Expenses | Total (net) | Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| Broadcast Equipment | 1992-02 | Purchase | 2006-10 | Micor Media Group Inc | 1,700 | 42,670 | 0 | 1,700 | 42,670 |

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Gain/Loss from Sale of Public Securities Schedule

| | |
|---|---|
| Name: | WINDOW TO THE WORLD COMMUNICATIONS INC |
| EIN: | 36-2246703 |
| Software ID: | 06000173 |
| Software Version: | v1.00 |
| Gross Sales Price: | 2,059,000 |
| Basis: | 1,792,291 |
| Sales Expenses: | 0 |
| Total (net): | 266,709 |

A299

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

## TY 2006 Investments - Securities Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Description | Book Value | Cost/FMV |
|---|---|---|
| Limited partnerships - Equity | 3,625,212 | F |
| Other alternative investments | 2,485,698 | F |
| Absolute return funds | 4,870,138 | F |
| Hedged equity funds | 3,288,676 | F |

A300

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Land etc. Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Category/Item | Cost/Other Basis | Accumulated Depreciation | Book Value |
|---|---|---|---|
| Broadcast and Production Equipment | 25,695,673 | 19,176,817 | 6,518,856 |
| Building & Leasehold Improvements | 21,405,361 | 8,159,522 | 13,245,839 |
| Record Library | 155,647 | 155,647 | 0 |
| Construction-in-Progress | 1,096,227 | 0 | 1,096,227 |
| Furniture & Fixtures | 8,371,204 | 6,195,912 | 2,175,292 |

A 301

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Mortgages and Notes Payable Schedule

Name: WINDOW TO THE WORLD COMMUNICATIONS INC
EIN: 36-2246703
Software ID: 06000173
Software Version: v1.00
Total Mortgage Amount:

| Item No. | 1 |
|---|---|
| Lender's Name | Illinois Development Finance Authority |
| Lender's Title | |
| Relationship to Insider | Bank |
| Original Amount of Loan | 3600000 |
| Balance Due | 1600000 |
| Date of Note | 1994-11 |
| Maturity Date | 2014-11 |
| Repayment Terms | At due date |
| Interest Rate | 3.77 |
| Security Provided by Borrower | Letter of Credit with LaSalle Bank, N.A. |
| Purpose of Loan | Upgrade television and radio facilities and equipment |
| Description of Lender Consideration | N/A |
| Consideration FMV | 0 |

A 302

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Other Assets Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Description | Beginning of Year Amount | End of Year Amount |
|---|---:|---:|
| Long-term Charitable Trust | 854,165 | 953,764 |
| Long-term unamortized issuance costs | 227,592 | 195,536 |
| Noncurrent program rights & contracts | 512,330 | 464,080 |
| Long-term deferred compensation | 236,066 | 309,710 |
| Interest rate swap | 273,470 | 185,555 |
| Federal Communications License | 327,123 | 327,123 |

A 303

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Other Changes in Net Assets Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Description | Amount |
|---|---|
| Unrealized loss on Interest Rate Swap | -87,915 |
| Unrealized gains on securities recorded in 6/30/07 financals per SFAS 124 | 3,148,484 |

A 304

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Other Expenses Included Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Description | Amount |
|---|---|
| Cost of Goods Sold - Part I, line 10b | 142,487 |
| Direct expenses - Part I, line 9b | 510,039 |

A 305

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Other Liabilities Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Description | Beginning of Year Amount | End of Year Amount |
|---|---|---|
| Long-term accrued vacation/sick | 428,471 | 443,320 |
| Long-term accrued expenses | 304,344 | 334,796 |
| Long-term deferred rent | 408,070 | 308,915 |
| Long-term deferred compensation | 236,066 | 309,710 |
| Long-term annuities | 360,536 | 327,031 |

A 306

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Other Revenues Included Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Description | Amount |
|---|---|
| Miscellaneous Rounding | 1 |
| Unrealized loss on Interest ate Swap | -87,915 |

A 307

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Other Revenues Not Included Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Description | Amount |
|---|---|
| Cost of Goods Sold - Part I, line 10b | -142,487 |
| Direct expenses - Part I, line 9b | -510,039 |

A 308

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Sales Of Inventory Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Category | Gross Sales | Cost of Goods Sold | Net (Gross Sales Minus Cost of Goods Sold) |
|---|---|---|---|
| Books/Merchandise | 100,615 | 142,487 | -41,872 |

A 309

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Special Events Schedule

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Event Name | Gross Receipts | Contributions | Gross Revenue | Direct Expense | Net Income (Loss) |
|---|---|---|---|---|---|
| Taste of Check Please | 102,171 | 24,375 | 77,796 | 78,464 | -668 |
| Special Events - General | 154,384 | 0 | 154,384 | 47,628 | 106,756 |
| WTTW's Gala | 938,209 | 49,950 | 888,259 | 235,124 | 653,135 |
| Fun & Run | 40,571 | 26,338 | 14,233 | 135,428 | -121,195 |
| Nova | 7,290 | 4,275 | 3,015 | 13,395 | -10,380 |

A 310

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

## TY 2006 Tax-Exempt Bond Liabilities Schedule

Name: WINDOW TO THE WORLD COMMUNICATIONS INC
EIN: 36-2246703
Software ID: 06000173
Software Version: v1.00

| Item No. | 1 |
|---|---|
| Name of Issue | Illinois Development Finance Authority - Series 1994A |
| Purpose | Upgrade television facilities and equipment |
| Amount Outstanding | 6000000 |
| Unexpeded Bond Proceeds | 0 |
| Third Party Use | |
| Space Percentage | |
| Maturity Date | |
| Repayment Terms | |
| Interest Rate | |
| Security | |

| Item No. | 2 |
|---|---|
| Name of Issue | Illinois Development Finance Authority - Series 2000 |
| Purpose | Convert WTTW/Channel 11 from analog to digital television |
| Amount Outstanding | 13700000 |
| Unexpeded Bond Proceeds | 0 |
| Third Party Use | |
| Space Percentage | |
| Maturity Date | |
| Repayment Terms | |
| Interest Rate | |
| Security | |

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Non Electing Public Charities Statement

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00
**Statement:** Window To The World Communications, Inc. is a member of America's Public Television Stations (APTS). APTS is a professional association, made up of a number of public television licensees from throughout the country. It provides these member-licensees with a variety of information relating to federal legislation, regulatory rules, etc. It also represents these stations, speaking on their behalf, on matters under consideration by Congress and federal agencies, including the FCC.

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Other Income Schedule

Name: WINDOW TO THE WORLD COMMUNICATIONS INC
EIN: 36-2246703
Software ID: 06000173
Software Version: v1.00

| Description | 2003 | 2002 | 2001 | 2000 | Total |
|---|---|---|---|---|---|
| List Rental | 70,101 | 87,027 | 68,576 | 0 | 225,704 |
| Corporate Comm - Other | 5,900 | 0 | 28,078 | 58,948 | 92,926 |
| Internet Revenue | 3,006 | 0 | 0 | 0 | 3,006 |
| Miscellaneous Income | 182,907 | 111,628 | 81,586 | 127,184 | 503,305 |
| Insurance Proceeds | 0 | 0 | 0 | 133,959 | 133,959 |
| Discounts | 1,529 | 0 | 0 | 0 | 1,529 |

A 313

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93490129006568

# TY 2006 Self Dealing Statement

**Name:** WINDOW TO THE WORLD COMMUNICATIONS INC
**EIN:** 36-2246703
**Software ID:** 06000173
**Software Version:** v1.00

| Line Number | Explanation |
|---|---|
| 2b | A member of Window To The World Communications, Inc.'s ("WWCI") Board of Trustees is a senior officer of LaSalle Bank, N.A. in Chicago. WWCI has entered into an arms length transaction with LaSalle Bank in Chicago for a Letter of Credit and Line of Credit arrangement. |

A 314

*** 990 Online Filers: Please fax completed and signed form to 866-699-3916

| Form **8453-EO** | Exempt Organization Declaration and Signature for Electronic Filing | OMB No 1545-1879 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2006, or tax year beginning __7/1/2006__, and ending __6/30/2007__<br>For use with Forms 990, 990-EZ, 990-PF, 1120-POL, and 8868<br>▶ See instructions on back. | **2006** |

Name of exempt organization: WINDOW TO THE WORLD COMMUNICATIONS INC

Employer identification number: 36 : 2246703

### Part I — Type of Return and Return Information (Whole Dollars Only)

Check the box for the return for which you are using this Form 8453-EO and enter the applicable amount from the return if any. If you check the box on line 1a, 2a, 3a, 4a, or 5a below and the amount on that line for the return for which you are filing this form was blank, then leave line 1b, 2b, 3b, 4b, or 5b, whichever is applicable, blank (that is, do not enter -0-). But, if you entered -0- on the return, then enter -0- on the applicable line below. Do not complete more than 1 line in Part I.

1a Form 990 check here ▶ ☑  b Total revenue, if any (Form 990, line 12)   1b  $51,025,100
2a Form 990-EZ check here ▶ ☐  b Total revenue, if any (Form 990-EZ, line 9)   2b  _____
3a Form 1120-POL check here ▶ ☐  b Total tax (Form 1120-POL, line 22)   3b  _____
4a Form 990-PF check here ▶ ☐  b Tax based on investment income (Form 990-PF, Part VI, line 5)   4b  _____
5a Form 8868 check here ▶ ☐  b Balance due (Form 8868, line 3c)   5b  _____

### Part II — Declaration of Officer

6 ☐ I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the organization's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

☐ If a copy of this return is being filed with a state agency(ies) regulating charities as part of the IRS Fed/State program, I certify that I executed the electronic disclosure consent contained within this return allowing disclosure by the IRS of this Form 990/990-EZ/990-PF (as specifically identified in Part I above) to the selected state agency(ies).

Under penalties of perjury, I declare that I am an officer of the above named organization and that I have examined a copy of the organization's 2006 electronic return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amount in Part I above is the amount shown on the copy of the organization's electronic return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send the organization's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund

Sign Here ▶ [signature]  Date 5/8/08  ▶ Reese Marcusson, Executive Vice Presi[dent]

### Part III — Declaration of Electronic Return Originator (ERO) and Paid Preparer (see instructions)

I declare that I have reviewed the above organization's return and that the entries on Form 8453-EO are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The organization officer will have signed this form before I submit the return. I will give the officer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Publication 4206, Information for Authorized IRS e-file Providers of Exempt Organization Filings. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above organization's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

| ERO's Use Only | ERO's signature ▶ | Date | Check if also paid preparer ☐ | Check if self-employed ☐ | ERO's SSN or PTIN |
| --- | --- | --- | --- | --- | --- |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | | Phone no. ( ) | |

Under penalties of perjury, I declare that I have examined the above return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer is based on all information of which the preparer has any knowledge.

| Paid Preparer's Use Only | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| --- | --- | --- | --- | --- |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | | Phone no. ( ) | |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.   Cat No 36...   Form **8453-EO**