*** 990 Online Filers: Please fax completed and signed form to 866-699-3916

| Form **8453-EO** | Exempt Organization Declaration and Signature for Electronic Filing | | OMB No. 1545-1879 |
|---|---|---|---|
| | For calendar year 2007, or tax year beginning 7/1/2007 , and ending 6/30/2008 | | **2007** |
| Department of the Treasury Internal Revenue Service | For use with Forms 990, 990-EZ, 990-PF, 1120-POL, and 8868 ► See instructions on back. | | |

| Name of exempt organization | | Employer identification number |
|---|---|---|
| WINDOW TO THE WORLD COMMUNICATIONS INC | | 36 : 2246703 |

### Part I  Type of Return and Return Information (Whole Dollars Only)

Check the box for the return for which you are using this Form 8453-EO and enter the applicable amount from the return if any. If you check the box on line 1a, 2a, 4a, or 5a below and the amount on that line for the return for which you are filing this form was blank, then leave line 1b, 2b, 3b, 4b, or 5b, whichever is applicable, blank (that is, do not enter -0-). But, if you entered -0- on the return, then enter -0- on the applicable line below. Do not complete more than 1 line in Part I.

| | | | | |
|---|---|---|---|---|
| 1a Form 990 check here ► ☑ b Total revenue, if any (Form 990, line 12) . . . . . . . . | | | 1b | $62,093,248 |
| 2a Form 990-EZ check here ► ☐ b Total revenue, if any (Form 990-EZ, line 9) . . . . . . | | | 2b | |
| 3a Form 1120-POL check here ► ☐ b Total tax (Form 1120-POL, line 22) . . . . . . | | | 3b | |
| 4a Form 990-PF check here ► ☐ b Tax based on investment income (Form 990-PF, Part VI, line 5) . | | | 4b | |
| 5a Form 8868 check here ► ☐ b Balance due (Form 8868, line 3c) . . . . . . . . . | | | 5b | |

### Part II  Declaration of Officer

6 ☐ I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the organization's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

☐ If a copy of this return is being filed with a state agency(ies) regulating charities as part of the IRS Fed/State program, I certify that I executed the electronic disclosure consent contained within this return allowing disclosure by the IRS of this Form 990/990-EZ/990-PF (as specifically identified in Part I above) to the selected state agency(ies).

Under penalties of perjury, I declare that I am an officer of the above named organization and that I have examined a copy of the organization's 2007 electronic return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amount in Part I above is the amount shown on the copy of the organization's electronic return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send the organization's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund.

| Sign Here | ► [signature] Signature of officer | 15/6/09 Date | ► Reese Marcusson, Executive Vice Presid Title |
|---|---|---|---|

### Part III  Declaration of Electronic Return Originator (ERO) and Paid Preparer (see instructions)

I declare that I have reviewed the above organization's return and that the entries on Form 8453-EO are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The organization officer will have signed this form before I submit the return. I will give the officer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Publication 4206, Information for Authorized IRS e-file Providers of Exempt Organization Filings. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above organization's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

| ERO's Use Only | ERO's signature ► | Date | Check if also paid preparer ☐ | Check if self-employed ☐ | ERO's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ► | | | EIN | |
| | | | | Phone no. ( ) | |

Under penalties of perjury, I declare that I have examined the above return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer is based on all information of which the preparer has any knowledge.

| Paid Preparer's Use Only | Preparer's signature ► [signature] | Date 5/6/09 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ► Blackman Kallick, LLP 10 S Riverside Plaza, 9th, Chicago, IL 60606 | | EIN | Phone no. (312) 207-1040 |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.  Cat. No. 36606O  Form **8453-EO** (2007)

*A* 360

*IRS Form 990*
*"Return of Organization Exempt From Income Tax"*

Window To The World Communications, Inc.,
TY 7/1/2008 – 6/30/2009

# NOTICE

GuideStar has been informed by the IRS of processing errors on IRS Forms 990 filed electronically between January 1, 2009, and December 3, 2010, for form year 2008. These processing errors resulted in inaccurate data appearing on the scanned images of the affected returns that are posted on GuideStar and do not reflect the information filed with the IRS.

These errors include:

- Part III, line 1, organization's mission description—may not reflect what was originally submitted by the nonprofit organization.

- Part VIII, line 8a, gross income for special events—values may have been transposed.

- Part IX, line 7c, other salaries and wages, management and general expenses—may show a blank where a value was originally reported.

- Schedule D, Part V, line 3a(ii), endowment funds and possession by related organizations—checkbox values may have been transposed.

GuideStar is working with the IRS to obtain a corrected copy of its form year 2008 Form 990. GuideStar will replace this Form 990 if, and when, the accurate return is made available from the IRS.

For more information, please visit http://www2.guidestar.org/rxg/help/form-year-2008-returns.aspx

 GUIDESTAR®

A 361

Form **990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No 1545-0047

**2008**

**Open to Public Inspection**

**A** For the 2008 calendar year, or tax year beginning 07-01-2008 and ending 06-30-2009

| B Check if applicable | | C Name of organization | D Employer identification number |
|---|---|---|---|
| ☐ Address change | Please use IRS label or print or type. See Specific Instructions. | WINDOW TO THE WORLD COMMUNICATIONS INC | 36-2246703 |
| ☐ Name change | | Doing Business As | E Telephone number |
| ☐ Initial return | | | (773) 583-5000 |
| ☐ Termination | | Number and street (or P O box if mail is not delivered to street address) Room/suite | G Gross receipts $ 57,951,352 |
| ☐ Amended return | | 5400 N St Louis Avenue | |
| ☐ Application pending | | City or town, state or country, and ZIP + 4 | |
| | | Chicago, IL 606254623 | |

**F** Name and address of Principal Officer
Daniel J Schmidt
5400 N St Louis Avenue
Chicago, IL 60625

**I** Tax-exempt status ☑ 501(c) ( 3 ) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527

**J** Web site: ▶ Networkchicago com

| **H(a)** Is this a group return for affiliates? | ☐ Yes ☑ No |
|---|---|
| **H(b)** Are all affiliates included? | ☐ Yes ☐ No |
| (If "No," attach a list See instructions ) | |
| **H(c)** Group Exemption Number ▶ | |

**K** Type of organization ☑ Corporation ☐ trust ☐ association ☐ other ▶    **L** Year of Formation 1954 **M** State of legal domicile IL

## Part I  Summary

| | | | |
|---|---|---|---|
| 1 | Briefly describe the organization's mission or most significant activities Quality public media content to the Chicago area | | |

| 2 | Check this box ☐ if the organization discontinued its operations or disposed of more than 25% of its assets | | |
|---|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) . . . . . . . | 3 | 62 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) . . . . | 4 | 61 |
| 5 | Total number of employees (Part V, line 2a) . . . . . . | 5 | 333 |
| 6 | Total number of volunteers (estimate if necessary) . . . . | 6 | 3,175 |
| 7a | Total gross unrelated business revenue from Part VIII, line 12, column (C) . . | 7a | 3,339,006 |
| b | Net unrelated business taxable income from Form 990-T, line 34 . . | 7b | -1,128,201 |

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) . . . . . . . . . . | 41,639,580 | 34,248,242 |
| 9 | Program service revenue (Part VIII, line 2g) . . . . . . . . . . | 15,727,102 | 11,723,975 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) . . . . | 3,258,258 | 3,814,270 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 1,468,308 | 109,547 |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 62,093,248 | 49,896,034 |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 0 | 0 |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 18,593,489 | 19,720,012 |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 641,676 | 633,943 |
| b | (Total fundraising expenses, Part IX, column (D), line 25 8,970,076 ) | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24f) | 36,223,785 | 32,110,921 |
| 18 | Total expenses—add lines 13–17 (must equal Part IX, column (A), line 25) | 55,458,950 | 52,464,876 |
| 19 | Revenue less expenses Subtract line 18 from line 12 | 6,634,298 | -2,568,842 |

| | | Beginning of Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) | 63,649,378 | 56,679,703 |
| 21 | Total liabilities (Part X, line 26) | 28,530,274 | 31,047,007 |
| 22 | Net assets or fund balances Subtract line 21 from line 20 | 35,119,104 | 25,632,696 |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Please Sign Here | ▶ Signature of officer | 2010-05-14 Date | |
|---|---|---|---|
| | Reese Marcusson Executive Vice President & CFO Type or print name and title | | |

| Paid Preparer's Use Only | Preparer's signature ▶ | Date | Check if self-employed ▶ ☐ | Preparer's PTIN (See Gen Inst ) |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP + 4 ▶ | | EIN ▶ | |
| | | | Phone no ▶ | |

May the IRS discuss this return with the preparer shown above? (See instructions) . . . . . . . . . . ☐ Yes ☐ No

*A362*

**Part III** Statement of Program Service Accomplishments (See the instructions.)

1   Briefly describe the organization's mission

See Additional Data Table

2   Did the organization undertake any significant program services during the year which were not listed on
the prior Form 990 or 990-EZ?   . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes ☑ No

  If "Yes," describe these new services on Schedule O

3   Did the organization cease conducting or make significant changes in how it conducts any program
services?   . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes ☑ No

  If "Yes," describe these changes on Schedule O

4   Describe the exempt purpose achievements for each of the organization's three largest program services by expenses
Section 501(c)(3) and (4) organizations and 4947(a)(1) trusts are required to report the amount of grants and allocations to
others, the total expenses, and revenue, if any, for each program service reported

4a   (Code   ) (Expenses $   10,333,019   including grants of $   10,311,775 ) (Revenue $   0 )

Department of Education grant to create and televise children's programming  Programing includes Word World and Mission To Planet 429 (developmental stage)

4b   (Code   ) (Expenses $   12,570,294   including grants of $   0 ) (Revenue $   6,078,398 )

WTTW Chanel 11 is Chicago's premier public broadcasting television station  Our mission is to help people living in and around Chicago to better connect with all that
our great city has to offer  Public television works in concert to allow connections to happen when, where and how you want  Our content is driven by our
commitment to three key things  1) Helping you engage the rich cultural life of Chicago  2) Helping you to discover and learn about Chicago's diverse community
life  3) Proving a safe haven for all of Chicago families for learning and fun  Our mission is shaped by our many audiences, people who helped us see how we can
better serve our community and fulfill our role as one of Chicago's major cultural institutions

4c   (Code   ) (Expenses $   7,701,618   including grants of $   0 ) (Revenue $   1,214,464 )

WTTW Chanel 11 produces both local and national programming content which is shown locally for the people living in and around Chicago to better connect with all
that our great city has to offer  Our productions work in concert to allow connections to happen when, where and how you want  Our content is driven by our
commitment to three key things  1) Helping you engage the rich cultural life of Chicago  2) Helping you to discover and learn about Chicago's diverse community
life  3) Proving a safe haven for all of Chicago families for learning and fun  Our mission is shaped by our many audiences, people who helped us see how we can
better serve our community and fulfill our role as one of Chicago's major cultural institutions

  (Code   ) (Expenses $   2,810,327   including grants of $   0 ) (Revenue $   197,876 )

WFMT 98 7 - Chicago's only classical radio station  It's mission is to help people living in and around Chicago to better connect with all that our great city has to
offer  Radio works in concert to allow that connection to happen when, where and how you want  Our content is driven by our commitment to three key things  *
Helping you engage the rich cultural life of Chicago  * Helping you to discover and learn about Chicago's diverse community life  * Proving a safe haven for all of
Chicago families for learning and fun  Our mission is shaped by our many audiences, people who helped us see how we can better serve our community and fulfill
our role as one of Chicago's major cultural institutions

  (Code   ) (Expenses $   2,549,623   including grants of $   0 ) (Revenue $   2,179,340 )

Public television and classical radio advertising/underwriting spots (on-air)

  (Code   ) (Expenses $   1,958,345   including grants of $   0 ) (Revenue $   1,590,412 )

WFMT 98 7 radio's classical networks provide classical programming (such as Beethoven and Jazz) to various non-profit institutions accros the country  Institutions
include, but are not limited to colleges, universities and public radio broadcast stations

  (Code   ) (Expenses $   812,428   including grants of $   0 ) (Revenue $   463,485 )

Various other program services such as facilities rental are encompassed here

4d   Other program services  (Describe in Schedule O )

  (Expenses $   8,130,723   including grants of $   0 ) (Revenue $   4,431,113 )

4e   Total program service expenses $   38,735,654   *Must equal Part IX, Line 25, column (B).*

*A 363*

Form 990 (2008)                                                                                                                                 Page **3**

**Part IV**  Checklist of Required Schedules

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? If "Yes," complete Schedule A . . . . . . . | 1 | Yes | |
| 2 | Is the organization required to complete Schedule B, Schedule of Contributors? . . . . . . . . | 2 | Yes | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . | 3 | | No |
| 4 | Section 501(c)(3) organizations  Did the organization engage in lobbying activities? If "Yes," complete Schedule C, Part II . . . . . . . . . . . . . . . | 4 | Yes | |
| 5 | Section 501(c)(4), 501(c)(5), and 501(c)(6) organizations  Is the organization subject to the section 6033(e) notice and reporting requirement and proxy tax? If "Yes," complete Schedule C, Part III . . . | 5 | | |
| 6 | Did the organization maintain any donor advised funds or any accounts where donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? If "Yes," complete Schedule D, Part I . . . . . . . . . . . . . . . | 6 | | No |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas or historic structures? If "Yes," complete Schedule D, Part II . . . | 7 | | No |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? If "Yes," complete Schedule D, Part III . . . . . . . . . . . . . . . | 8 | | No |
| 9 | Did the organization report an amount in Part X, line 21, serve as a custodian for amounts not listed in Part X, or provide credit counseling, debt management, credit repair, or debt negotiation services? If "Yes," complete Schedule D, Part IV . . . . . . . . . . . | 9 | | No |
| 10 | Did the organization hold assets in term, permanent,or quasi-endowments? If "Yes," complete Schedule D, Part V | 10 | Yes | |
| 11 | Did the organization report an amount in Part X, lines 10, 12, 13, 15, or 25? If "Yes," complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable . . . . . . . . . . . . . . | 11 | Yes | |
| 12 | Did the organization receive an audited financial statement for the year for which it is completing this return that was prepared in accordance with GAAP? If "Yes," complete Schedule D, Parts XI, XII, and XIII . | 12 | Yes | |
| 13 | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E | 13 | | No |
| 14a | Did the organization maintain an office, employees, or agents outside of the U S ? . . . . . . . . | 14a | | No |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, and program service activities outside the U S ? If "Yes," complete Schedule F, Part I . | 14b | | No |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or assistance to any organization or entity located outside the United States? If "Yes," complete Schedule F, Part II | 15 | | No |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or assistance to individuals located outside the United States? If "Yes," complete Schedule F, Part III . . . | 16 | | No |
| 17 | Did the organization report more than $15,000 on Part IX, column (A), line 11e? If "Yes," complete Schedule G, Part I | 17 | Yes | |
| 18 | Did the organization report more than $15,000 total on Part VIII, lines 1c and 8a? If "Yes," complete Schedule G, Part II . . . . . . . . . . . . . . . . . . | 18 | Yes | |
| 19 | Did the organization report more than $15,000 on Part VIII, line 9a? If "Yes," complete Schedule G, Part III | 19 | | No |
| 20 | Did the organization operate one or more hospitals? If "Yes," complete Schedule H . . . . . | 20 | | No |
| 21 | Did the organization report more than $5,000 on Part IX, column (A), line 1? If "Yes," complete Schedule I, Parts I and II | 21 | | No |
| 22 | Did the organization report more than $5,000 on Part IX, column (A), line 2? If "Yes," complete Schedule I, Parts I and III | 22 | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, questions 3, 4, or 5? If "Yes," complete Schedule J . . . . . . . . . . . . . . . . . . | 23 | Yes | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? If "Yes," answer questions 24b–24d and complete Schedule K. If "No," go to question 25 . | 24a | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | 24b | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . | 24c | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | 24d | | |
| 25a | Section 501(c)(3) and 501(c)(4) organizations  Did the organization engage in an excess benefit transaction with a disqualified person during the year? If "Yes," complete Schedule L, Part I . . . . . . . . . . | 25a | | No |
| b | Did the organization become aware that it had engaged in an excess benefit transaction with a disqualified person from a prior year? If "Yes," complete Schedule L, Part I . . . . . . . . . . . | 25b | | No |
| 26 | Was a loan to or by a current or former officer, director, trustee, key employee, highly compensated employee, or disqualified person outstanding as of the end of the organization's tax year? If "Yes," complete Schedule L, Part II . . . . | 26 | | No |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, or substantial contributor, or to a person related to such an individual? If "Yes," complete Schedule L, Part III | 27 | | No |

*A* 364

Form 990 (2008)

Page **4**

## Part IV  Checklist of Required Schedules *(Continued)*

| | | Yes | No |
|---|---|---|---|
| 28 | During the tax year, did any person who is a current or former officer, director, trustee, or key employee | | |
| a | Have a direct business relationship with the organization (other than as an officer, director, trustee, or employee), or an indirect business relationship through ownership of more than 35% in another entity (individually or collectively with other person(s) listed in Part VII, Section A)? *If "Yes," complete Schedule L, Part IV*  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **28a** | | No |
| b | Have a family member who had a direct or indirect business relationship with the organization? *If "Yes," complete Schedule L, Part IV*  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **28b** | | No |
| c | Serve as an officer, director, trustee, key employee, partner, or member of an entity (or a shareholder of a professional corporation) doing business with the organization? *If "Yes," complete Schedule L, Part IV*  . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* 🖼 | **29** | Yes | |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M*  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I*  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II*  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations section 301 7701-2 and 301 7701-3? *If "Yes," complete Schedule R, Part I*  .  .  .  .  .  .  . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Parts II, III, IV, and V, line 1*  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **34** | | No |
| 35 | Is any related organization a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2*  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **35** | | No |
| 36 | 501(c)(3) organizations  Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2*  .  .  .  .  .  .  .  .  .  .  .  .  . | **36** | | No |
| 37 | Did the organization conduct more than 5 percent of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI*  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **37** | | No |

*A* 365

Form 990 (2008)

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance**

| | | | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096, *Annual Summary and Transmittal of U.S. Information Returns.* Enter -0- if not applicable . . . .  | **1a** 334 | | |
| b | Enter the number of Forms W-2G included in line 1a  Enter -0- if not applicable | **1b** 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . | **1c** | Yes | |
| 2a | Enter the number of employees reported on Form W-3, *Transmittal of Wage and Tax Statements* filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . . | **2a** 333 | | |
| b | If at least one is reported in 2a, did the organization file all required federal employment tax returns? . . **Note:***If the sum of lines 1a and 2a is greater than 250, you may be required to e-file this return.* | **2b** | Yes | |
| 3a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? . . . . . . . . . . . . . . . . . . . . . . . . . | **3a** | Yes | |
| b | If "Yes," has it filed a Form 990-T for this year? If "No," provide an explanation in Schedule O . . . . | **3b** | Yes | |
| 4a | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . . . . . . . . . . . . . . . . . . . . . . . . | **4a** | | No |
| b | If "Yes," enter the name of the foreign country ▶ _____ See the instructions for exceptions and filing requirements for **Form TD F 90-22.1**, *Report of Foreign Bank and Financial Accounts.* | | | |
| 5a | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | **5a** | | No |
| b | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | No |
| c | If "Yes," to 5a or 5b, did the organization file Form 8886-T, *Disclosure by Tax-Exempt Entity Regarding Prohibited Tax Shelter Transaction?* . . . . . . . . . . . . . . . . . . . . . . | **5c** | | |
| 6a | Did the organization solicit any contributions that were not tax deductible? . . . . . . . . . . | **6a** | | No |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . . . . | **6b** | | |
| 7 | *Organizations that may receive deductible contributions under section 170(c).* | | | |
| a | Did the organization provide goods or services in exchange for any quid pro quo contribution of $75 or more? . . . . . | **7a** | Yes | |
| b | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | **7b** | Yes | |
| c | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . . . . . | **7c** | | No |
| d | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | | |
| e | Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? . . . . . . . . . . . . . . . . . . . . . . . | **7e** | | No |
| f | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | **7f** | | No |
| g | For all contributions of qualified intellectual property, did the organization file Form 8899 as required? . . . | **7g** | | |
| h | For contributions of cars, boats, airplanes, and other vehicles, did the organization file a Form 1098-C as required? . . . . . . . . . . . . . . . . . . . . . . . . . . | **7h** | | No |
| 8 | *Section 501(c)(3) and other sponsoring organizations maintaining donor advised funds and section 509(a)(3) supporting organizations.* Did the supporting organization, or a fund maintained by a sponsoring organization, have excess business holdings at any time during the year? . . . . . . . . . . . . . . . . . . . . | **8** | | |
| 9 | *Section 501(c)(3) and other sponsoring organizations maintaining donor advised funds.* | | | |
| a | Did the organization make any taxable distributions under section 4966? . . . . . . . . . . . | **9a** | | |
| b | Did the organization make a distribution to a donor, donor advisor, or related person? . . . . . . . | **9b** | | |
| 10 | *Section 501(c)(7) organizations.* Enter | | | |
| a | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | |
| b | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | |
| 11 | Section 501(c)(12) organizations  Enter | | | |
| a | Gross income from members or shareholders . . . . . . . . . . . | **11a** | | |
| b | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) . . . . . . . . . . | **11b** | | |
| 12a | *Section 4947(a)(1) non-exempt charitable trusts.* Is the organization filing Form 990 in lieu of Form 1041? . . | **12a** | | |
| b | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | **12b** | | |

A 366

**Part VI** Governance, Management, and Disclosure *(Sections A, B, and C request information about policies not required by the Internal Revenue Code.)*

## Section A. Governing Body and Management

| | | | Yes | No |
|---|---|---|---|---|
| | For each "Yes" response to lines 2-7 below, and for a "No" response to lines 8 or 9b below, describe the circumstances, processes, or changes in Schedule O. See instructions. | | | |
| 1a | Enter the number of voting members of the governing body . . | 1a | 62 | |
| b | Enter the number of voting members that are independent . . | 1b | 61 | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . . . | **2** | | No |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | **3** | | No |
| 4 | Did the organization make any significant changes to its organizational documents since the prior Form 990 was filed? . . | **4** | | No |
| 5 | Did the organization become aware during the year of a material diversion of the organization's assets? . . | **5** | | No |
| 6 | Does the organization have members or stockholders? . . . . . . . . . . . . . . . . | **6** | | No |
| 7a | Does the organization have members, stockholders, or other persons who may elect one or more members of the governing body? . . . . . . . . . . . . . . . . . . . . . . . | **7a** | | No |
| b | Are any decisions of the governing body subject to approval by members, stockholders, or other persons? . . | **7b** | | No |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following | | | |
| a | the governing body? . . . . . . . . . . . . . . . . . . . . . . | **8a** | Yes | |
| b | each committee with authority to act on behalf of the governing body? . . . . . . . . . . . | **8b** | Yes | |
| 9a | Does the organization have local chapters, branches, or affiliates? . . . . . . . . . . . . | **9a** | | No |
| b | If "Yes," does the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with those of the organization? . . | **9b** | | |
| 10 | Was a copy of the Form 990 provided to the organization's governing body before it was filed? All organizations must describe in Schedule O the process, if any, the organization uses to review the Form 990 . . . . . | **10** | Yes | |
| 11 | Is there any officer, director or trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? If "Yes," provide the names and addresses in Schedule O . . . . . | **11** | | No |

## Section B. Policies

| | | | Yes | No |
|---|---|---|---|---|
| 12a | Does the organization have a written conflict of interest policy? If "No", go to line 13 . . | **12a** | Yes | |
| b | Are officers, directors or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| c | Does the organization regularly and consistently monitor and enforce compliance with the policy? If "Yes," describe in Schedule O how this is done . . . . . . . . . . . . . . . . . | **12c** | Yes | |
| 13 | Does the organization have a written whistleblower policy? . . . . . . . . . . . . | **13** | Yes | |
| 14 | Does the organization have a written document retention and destruction policy? . . . . . . . . | **14** | Yes | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision | | | |
| a | The organization's CEO, Executive Director, or top management official? . . . . . . . . . . | **15a** | Yes | |
| b | Other officers or key employees of the organization? . . . . . . . . . . . . . . | **15b** | Yes | |
| | Describe the process in Schedule O | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . . | **16a** | | No |
| b | If "Yes," has the organization adopted a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable Federal tax law, and taken steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . | **16b** | | |

## Section C. Disclosure

| | |
|---|---|
| 17 | List the States with which a copy of this Form 990 is required to be filed ▶ CA , IL , MI , WI |
| 18 | Section 6104 requires an organization to make its Form 1023 (or 1024 if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection Indicate how you make these available Check all that apply ☐ own website ☐ another's website ☑ upon request |
| 19 | Describe in Schedule O whether (and if so, how), the organization makes its governing documents, conflict of interest policy, and financial statements available to the public See Additional Data Table |
| 20 | State the name, physical address, and telephone number of the person who possesses the books and records of the organization Window To The World Communications Inc<br>5400 N St Louis Avenue<br>Chicago,IL 606254623<br>(773) 583-5000 |

A367

Form 990 (2008)

Page **7**

**Part VII** Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

## Section A Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed. Use Schedule J-2 if additional space is needed.

* List all of the organization's **current** officers, directors, trustees (whether individuals or organizations) and key employees regardless of amount of compensation, and current key employees. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

* List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

* List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

* List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

List persons in the following order: individual trustees or directors, institutional trustees, officers, key employees, highest compensated employees, and former such persons.

☐ Check this box if the organization did not compensate any officer, director, trustee or key employee.

| (A) Name and Title | (B) Average hours per week | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual Trustee or Director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Form **990** (2008)

*A*368

Form 990 (2008)                                                                                           Page **8**

**Part VII**  Continued

| (A) Name and Title | (B) Average hours per week | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual Trustee or Director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b** Total | | | | | | | ▶ | 2,141,652 | 0 | 297,061 |

**2**  Total number of individuals (including those in 1a) who received more than $100,000 in reportable compensation from the organization ▶21

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? If "Yes," complete Schedule J for such individual . . . . . . . . . . . . . . . . . | **3** | Yes | |
| **4** | For any individual listed online 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? If "Yes," complete Schedule J for such individual . . . . . . . . . . . . . . . . . . . . . . . | **4** | Yes | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization for services rendered to the organization? If "Yes," complete Schedule J for such person . . . . . . . . . | **5** | | No |

### Section B. Independent Contractors

**1**  Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| Word World LLC 1414 Avenue of the Americas New York, NY 10012 | National Children's Television Producer | 4,368,686 |
| The Michael Cohen Group 375 West Broadway New York, NY 10012 | National Education Research Consultant | 3,127,854 |
| The Learning Box 1414 Avenue of the Americas New York, NY 10012 | National Marketing/Licensing Consultant | 843,326 |
| Share Group Inc 99 Dover Street Somerville, MA 02144 | Telemarketing Agency | 605,900 |
| Freedom Imaging Systems Dept 8994 Milwaukee, WI 53201 | Mailing Services | 580,153 |
| **2**  Total number of independent contractors (including those in 1) who received more than $100,000 in compensation from the organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 21 |

*A* 369

Form 990 (2008)

Page 9

**Part VIII** | Statement of Revenue

| | | | | (A) Total Revenue | (B) Related or Exempt Function Revenue | (C) Unrelated Business Revenue | (D) Revenue Excluded from Tax under IRC 512, 513, or 514 |
|---|---|---|---|---|---|---|---|
| **Contributions, gifts, grants and other similar amounts** | 1a | Federated campaigns | 1a | 0 | | | |
| | b | Membership dues | 1b | 0 | | | |
| | c | Fundraising events | 1c | 903,312 | | | |
| | d | Related organizations | 1d | 0 | | | |
| | e | Government grants (contributions) | 1e | 15,005,076 | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above | 1f | 18,339,854 | | | |
| | g | Noncash contributions included in lines 1a-1f $ 336,732 | | | | | |
| | h | **Total (Add lines 1a-1f)** ▶ | | 34,248,242 | | | |

| | | | Business Code | | | | |
|---|---|---|---|---|---|---|---|
| **Program Service Revenue** | 2a | Spot Advertising/Underwriting | 513,100 | 5,043,421 | 2,179,940 | 2,863,481 | 0 |
| | b | Production Underwriting | 513,100 | 4,416,562 | 4,246,196 | 170,366 | 0 |
| | c | Radio Production Programming | 513,100 | 1,590,412 | 1,590,412 | 0 | 0 |
| | d | Production Services | 513,100 | 524,953 | 388,497 | 136,456 | 0 |
| | e | Program Sales and Syndications | 513,100 | 53,838 | 7,011 | 43,692 | 3,135 |
| | f | All other program service revenue | | 94,789 | 0 | 94,789 | |
| | g | **Total. Add lines 2a-2f** ▶ $ 11,723,975 | | | | | |

| **Other Revenue** | 3 | Investment income (including dividends, interest other similar amounts) ▶ | | 663,954 | 0 | 0 | 663,954 |
|---|---|---|---|---|---|---|---|
| | 4 | Income from investment of tax-exempt bond proceeds ▶ | | 0 | 0 | 0 | 0 |
| | 5 | Royalties ▶ | | 190,526 | 0 | 0 | 190,526 |

| | | | (i) Real | (ii) Personal | | | |
|---|---|---|---|---|---|---|---|
| | 6a | Gross Rents | | | | | |
| | b | Less rental expenses | | | | | |
| | c | Rental income or (loss) | 0 | 0 | | | |
| | d | Net rental income or (loss) ▶ | | | | | |

| | | | (i) Securities | (ii) Other | | | |
|---|---|---|---|---|---|---|---|
| | 7a | Gross amount from sales of assets other than inventory | 7,217,134 | 3,148,620 | | | |
| | b | Less cost or other basis and sales expenses | 6,829,249 | 386,189 | | | |
| | c | Gain or (loss) | 367,885 | 2,762,431 | | | |
| | d | Net gain or (loss) ▶ | | | 3,150,316 | 3,132,266 | 18,050 | 0 |

| | 8a | Gross income from fundraising events (not including $ 321,911 of contributions reported on line 1c) See Part IV, line 18 Attach Schedule G if total exceeds $15,000 ▶ a | | 903,312 | | | |
|---|---|---|---|---|---|---|---|
| | b | Less direct expenses ▶ b | | 643,677 | | | |
| | c | Net income or (loss) from fundraising events ▶ | | | -321,766 | -321,766 | 0 | 0 |

| | 9a | Gross income from gaming activities See part IV, line 19 Complete Schedule G if total exceeds $15,000 ▶ a | | | | | |
|---|---|---|---|---|---|---|---|
| | b | Less direct expenses ▶ b | | | | | |
| | c | Net income or (loss) from gaming activities ▶ | | | | | |

| | 10a | Gross sales of inventory, less returns and allowances ▶ a | | 201,355 | | | |
|---|---|---|---|---|---|---|---|
| | b | Less cost of goods sold ▶ b | | 196,203 | | | |
| | c | Net income or (loss) from sales of inventory ▶ | | | 5,152 | 6,193 | -1,041 | 0 |

| | | Miscellaneous Revenue | Business Code | | | | |
|---|---|---|---|---|---|---|---|
| | 11a | Miscellaneous | 900,099 | 131,161 | 117,948 | 13,213 | 0 |
| | b | List Rental | 900,099 | 59,058 | 0 | 0 | 59,058 |
| | c | Corporate Communications - Other | 513,100 | 24,500 | 24,500 | 0 | 0 |
| | d | All other revenue | | 20,916 | 20,916 | 0 | 0 |
| | e | **Total. Add lines 11a-11d** ▶ $ 235,635 | | | | | |
| | 12 | **Total Revenue.** Add lines 1h, 2g, 3, 4, 5, 6d, 7d, 8c, 9c, 10c, and 11e ▶ | | 49,896,034 | 11,392,113 | 3,339,006 | 916,673 |

Form 990 (2008)

*A* 370

Form 990 (2008)                                                                                          Page **10**

**Part IX**  Statement of Functional Expenses

**Section 501(c)(3) and 501(c)(4) organizations must complete all columns.**
All other organizations must complete column (A) but are not required to complete columns (B), (C), and (D).

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| 1   Grants and other assistance to governments and organizations in the U S  See Part IV, line 21 | 0 | 0 | | |
| 2   Grants and other assistance to individuals in the U S  See Part IV, line 22 | 0 | 0 | | |
| 3   Grants and other assistance to governments, organizations and individuals outside the U S  See Part IV, lines 15 and 16 | 0 | 0 | | |
| 4   Benefits paid to or for members | 0 | 0 | | |
| 5   Compensation of current officers, directors, trustees, and key employees  .   .   .   . | 992,932 | 271,768 | 245,269 | 475,895 |
| 6   Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B)  .   .   .   . | 0 | 0 | 0 | 0 |
| 7   Other salaries and wages | 14,645,788 | 11,042,684 | 0 | 1,585,171 |
| 8   Pension plan contributions (include section 401(k) and section 403(b) employer contributions)  .   .   .   . | 845,281 | 587,092 | 183,581 | 74,608 |
| 9   Other employee benefits  .   .   .   .   .   .   . | 2,111,012 | 1,498,001 | 380,043 | 232,968 |
| 10  Payroll taxes  .   .   .   .   .   .   .   . | 1,124,999 | 808,809 | 182,933 | 133,257 |
| 11  Fees for services (non-employees) | | | | |
| a    Management  .   .   .   .   .   . | 0 | 0 | 0 | 0 |
| b    Legal  .   .   .   .   .   .   .   . | 233,320 | 89,234 | 143,656 | 430 |
| c    Accounting  .   .   .   .   .   .   .   . | 68,023 | 23,423 | 44,600 | 0 |
| d    Lobbying  .   .   .   .   .   .   . | 0 | 0 | 0 | 0 |
| e    Professional fundraising  See Part IV, line 17  .   . | 633,943 | | | 633,943 |
| f    Investment management fees  .   .   .   .   . | 239,835 | 0 | 213,704 | 26,131 |
| g    Other  .   .   .   .   .   .   .   .   . | 14,671,315 | 12,943,384 | 381,075 | 1,346,856 |
| 12  Advertising and promotion  .   .   .   . | 89,463 | 66,273 | 6,382 | 16,808 |
| 13  Office expenses  .   .   .   .   .   . | 1,732,328 | 615,198 | 545,675 | 571,455 |
| 14  Information technology  .   .   .   .   . | 0 | 0 | 0 | 0 |
| 15  Royalties  .   . | 151,770 | 160,745 | -10,058 | 1,083 |
| 16  Occupancy  .   .   .   .   .   .   .   . | 1,297,000 | 1,241,707 | 55,293 | 0 |
| 17  Travel  .   .   .   .   .   .   .   .   . | 371,722 | 295,895 | 43,972 | 31,855 |
| 18  Payments of travel or entertainment expenses for any Federal, state or local public officials  .   .   .   .   . | 0 | 0 | 0 | 0 |
| 19  Conferences, conventions and meetings  .   .   .   . | 0 | 0 | 0 | 0 |
| 20  Interest  .   .   .   .   .   .   .   . | 760,300 | 507,675 | 142,087 | 110,538 |
| 21  Payments to affiliates  .   .   .   .   .   . | 0 | 0 | 0 | 0 |
| 22  Depreciation, depletion, and amortization  .   .   .   .   . | 3,179,112 | 2,687,908 | 207,926 | 283,278 |
| 23  Insurance  .   .   .   .   .   .   .   .   . | 271,469 | 0 | 271,469 | 0 |
| 24  Other expenses—Itemize expenses not covered above (Expenses grouped together and labeled miscellaneous may not exceed 5% of total expenses shown on line 25 below ) | | | | |
| a    Program Dues & Acquisitions | 4,627,844 | 4,627,844 | 0 | 0 |
| b    Member Premiums | 1,805,394 | 12,691 | 732 | 1,791,971 |
| c    Postage & Mailing Services | 1,036,472 | 20,968 | 4,360 | 1,011,144 |
| d    Utilities | 795,583 | 309,173 | 486,410 | 0 |
| e    Bond Costs | 195,031 | 132,542 | 33,630 | 28,859 |
| f    All other expenses | 584,940 | 792,640 | -821,526 | 613,826 |
| 25  **Total functional expenses.** Add lines 1 through 24f | 52,464,876 | 38,735,654 | 4,759,146 | 8,970,076 |
| 26  **Joint Costs.** Check ☐ if following SOP 98-2  Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation | | | | |

Form **990** (2008)

$A$371

**Part X** Balance Sheet

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash—non-interest-bearing . . . . . . . . . | -63,121 | **1** | 2,409,242 |
| | 2 | Savings and temporary cash investments . . . . . . . . . | 4,960,396 | **2** | 819,256 |
| | 3 | Pledges and grants receivable, net . . . . . . . . . . . | 652,831 | **3** | 544,900 |
| | 4 | Accounts receivable, net . . . . . . . . . . . . . | 2,223,644 | **4** | 3,516,177 |
| | 5 | Receivables from current and former officers, directors, trustees, key employees or other related parties *Complete Part II of Schedule L* . . . . | 0 | **5** | 0 |
| | 6 | Receivables from other disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) *Complete Part II of Schedule L* . . | 0 | **6** | 0 |
| | 7 | Notes and loans receivable, net . . . . . . . . . . . . . | 0 | **7** | 0 |
| | 8 | Inventories for sale or use . . . . . . . . . . . . | 355,166 | **8** | 322,441 |
| | 9 | Prepaid expenses and deferred charges . . . . . . . . . | 548,176 | **9** | 945,978 |
| | 10a | Land, buildings, and equipment cost basis | **10a** | 59,630,487 | | |
| | b | Less accumulated depreciation *Complete Part VI of Schedule D* . . . . . | **10b** | 35,321,731 | 24,097,157 | **10c** | 24,308,756 |
| | 11 | Investments—publicly traded securities . . . . . . . . . . | 16,275,934 | **11** | 13,150,592 |
| | 12 | Investments—other securities See Part IV, line 11 *Complete Part VII of Schedule D* . | 13,035,110 | **12** | 9,527,152 |
| | 13 | Investments—program-related See Part IV, line 11 *Complete Part VIII of Schedule D* . | 0 | **13** | |
| | 14 | Intangible assets . . . . . . . | 327,123 | **14** | 327,123 |
| | 15 | Other assets See Part IV, line 11 *Complete Part IX of Schedule D* . . . . . . . . | 1,236,962 | **15** | 808,086 |
| | 16 | **Total assets.** *Add lines 1 through 15 (must equal line 34)* | 63,649,378 | **16** | 56,679,703 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . | 4,415,589 | **17** | 5,052,708 |
| | 18 | Grants payable . . . . . . . . | 0 | **18** | 0 |
| | 19 | Deferred revenue . . . . . . . . | 1,160,808 | **19** | 2,419,752 |
| | 20 | Tax-exempt bond liabilities . . . . . | 19,700,000 | **20** | 19,700,000 |
| | 21 | Escrow account liability *Complete Part IV of Schedule D* . . . . . | 0 | **21** | 0 |
| | 22 | Payable to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons *Complete Part II of Schedule L* . . . . . . . | 0 | **22** | 0 |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . | 1,600,000 | **23** | 1,600,000 |
| | 24 | Unsecured notes and loans payable . . . . . | 0 | **24** | 0 |
| | 25 | Other liabilities *Complete Part X of Schedule D* . . . . . | 1,653,877 | **25** | 2,274,547 |
| | 26 | **Total liabilities.** *Add lines 17 through 25* . . . . . | 28,530,274 | **26** | 31,047,007 |
| **Net Assets or Fund Balances** | | Organizations that follow SFAS 117, check here ▶ ☑ and complete lines 27 through 29, and lines 33 and 34. | | | |
| | 27 | Unrestricted net assets . . . . . | 24,891,986 | **27** | 16,312,542 |
| | 28 | Temporarily restricted net assets . . . . | 6,994,125 | **28** | 5,904,411 |
| | 29 | Permanently restricted net assets . . . . . | 3,232,993 | **29** | 3,415,743 |
| | | Organizations that do not follow SFAS 117, check here ▶ ☐ and complete lines 30 through 34. | | | |
| | 30 | Capital stock or trust principal, or current funds . . . . . | | **30** | |
| | 31 | Paid-in or capital surplus, or land, building or equipment fund . . . . . | | **31** | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds | | **32** | |
| | 33 | Total net assets or fund balances . . . . . | 35,119,104 | **33** | 25,632,696 |
| | 34 | Total liabilities and net assets/fund balances . . . . . | 63,649,378 | **34** | 56,679,703 |

**Part XI** Financial Statements and Reporting

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990 ☐ cash ☑ accrual ☐ other | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? . . | **2a** | | No |
| b | Were the organization's financial statements audited by an independent accountant? . . . . . . . . . | **2b** | Yes | |
| c | If "Yes" to lines 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? . . . | **2c** | Yes | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? . . . . . . . . . . . . . . . . . | **3a** | Yes | |
| b | If "Yes," did the organization undergo the required audit or audits? . . . . . . . . . . . . . . | **3b** | Yes | |

A372

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | | DLN: 93493134046620 |
|---|---|---|---|

**SCHEDULE A**
(Form 990 or 990EZ)

Department of the Treasury
Internal Revenue Service

**Public Charity Status and Public Support**

To be completed by all section 501(c)(3) organizations and section 4947(a)(1)
nonexempt charitable trusts.
Attach to Form 990 or Form 990-EZ. See separate instructions.

OMB No 1545-0047

**2008**

Open to Public
Inspection

**Name of the organization**
WINDOW TO THE WORLD COMMUNICATIONS INC

**Employer identification number**
36-2246703

## Part I  Reason for Public Charity Status (to be completed by all organizations) (See Instructions)

The organization is not a private foundation because it is (Please check only **one** organization )

1. ☐ A church, convention of churches, or association of churches described in **Section 170(b)(1)(A)(i).**
2. ☐ A school described in **Section 170(b)(1)(A)(ii).** (Attach Schedule E )
3. ☐ A hospital or a cooperative hospital service organization described in **Section 170(b)(1)(A)(iii).** (Attach Schedule H )
4. ☐ A medical research organization operated in conjunction with a hospital described in **Section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state
5. ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **Section 170(b)(1)(A)(iv).** (Complete Part II )
6. ☐ A federal, state, or local government or governmental unit described in **Section 170(b)(1)(A)(v).**
7. ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **Section 170(b)(1)(A)(vi)** (Complete Part II )
8. ☐ A community trust described in **Section 170(b)(1)(A)(vi)** (Complete Part II )
9. ☐ An organization that normally receives (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 331/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975 See **Section 509(a)(2).** (Complete Part III )
10. ☐ An organization organized and operated exclusively to test for public safety See **Section 509(a)(4).** (See instructions )
11. ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in section 509(a)(1) or section 509(a)(2) See **Section 509(a)(3).** Check the box that describes the type of supporting organization and complete lines 11e through 11h
    a ☐ Type I    b ☐ Type II    c ☐ Type III - Functionally Integrated    d ☐ Type III - Other
    
    e ☐ By checking this box, I certify that the organization is not controlled directly or indirectly by one or more disqualified persons other than foundation managers and other than one or more publicly supported organizations described in section 509(a)(1) or section 509(a)(2)
    
    f  If the organization received a written determination from the IRS that it is a Type I, Type II or Type III supporting organization, check this box    ☐
    
    g  Since August 17, 2006, has the organization accepted any gift or contribution from any of the following persons?

| | | Yes | No |
|---|---|---|---|
| **(i)** a person who directly or indirectly controls, either alone or together with persons described in (ii) and (iii) below, the governing body of the the supported organization? | 11g(i) | | |
| **(ii)** a family member of a person described in (i) above? | 11g(ii) | | |
| **(iii)** a 35% controlled entity of a person described in (i) or (ii) above? | 11g(iii) | | |

h  Provide the following information about the organizations the organization supports

| (i) Name of Supported Organization | (ii) EIN | (iii) Type of organization (described on lines 1- 9 above or IRC section (See Instructions)) | (iv) Is the organization in col (i) listed in your governing document? | | (v) Did you notify the organization in col (i) of your support? | | (vi) Is the organization in col (i) organized in the U S ? | | (vii) Amount of support? |
|---|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Yes | No | Yes | No | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Total** | | | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990    Cat No 11285F    Schedule A (Form 990 or 990-EZ) 2008

A 373

Schedule A (Form 990 or 990-EZ) 2008

Page 2

## Part II  Support Schedule for Organizations Described in IRC 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I.)

### Public Support

| Calendar year (or fiscal year beginning in) | (a) 2004 | (b) 2005 | (c) 2006 | (d) 2007 | (e) 2008 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants") | 28,552,914 | 37,220,280 | 40,257,624 | 43,038,892 | 38,704,277 | 187,773,987 |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 Total. Add line 1 - 3 | 28,552,914 | 37,220,280 | 40,257,624 | 43,038,892 | 38,704,277 | 187,773,987 |
| 5 The portion of total contribution by each person (other than a government unit or publicly supported organization) included on line 1 that exceed 2% of the amount shown on line 11, column (f) | | | | | | 2,173,185 |
| 6 Public Support subtract line 5 from line 4 | | | | | | 185,600,802 |

### Total Support

| Calendar year (or fiscal year beginning in) | (a) 2004 | (b) 2005 | (c) 2006 | (d) 2007 | (e) 2008 | (f) Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 | 28,552,914 | 37,220,280 | 40,257,624 | 43,038,892 | 38,704,277 | 187,773,987 |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | 1,085,619 | 977,015 | 1,501,386 | 2,146,371 | 857,437 | 6,567,828 |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 Other income Do not include gain or loss from the sale of capital assets (Explain in Part IV ) | 197,576 | 258,270 | 189,586 | 84,586 | 77,581 | 807,599 |
| 11 Total Support (Add lines 7 through 10) | | | | | | 195,149,414 |
| 12 Gross receipts from related activities, etc (See instructions ) | | | | | 12 | 25,767,014 |

13 First Five Years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a 501(c)(3) organization, check this box and **stop here** ▶

### Computation of Public Support Percentage

| | | |
|---|---|---|
| 14 Public Support Percentage for 2008 (line 6 column (f) divided by line 11 column (f) | 14 | 95.107 % |
| 15 Public Support Percentage for 2007 Schedule A, Part IV-A, line 26f | 15 | 93.43 % |

16a  33 1/3% Test – 2008. If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶

b  33 1/3% Test – 2007. If the organization did not check the box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶

17a  10% Facts and Circumstances Test – 2008. If the organization did not check a box on line 13, 16a, or 16b and line 14 is 10% or more, and if the organization meets the "facts and circumstances" test, check this box and **stop here.** Explain in Part IV how the organization meets the "facts and circumstances" test The organization qualifies as a publicly supported organization ▶

b  10% Facts and Circumstances Test – 2007. If the organization did not check a box on line 13, 16a, 16b, or 17a and line 15 is 10% or more, and if the organization meets the "facts and circumstances" test, check this box and **stop here.** Explain in Part IV how the organization meets the "facts and circumstances" test The organization qualifies as a publicly supported organization ▶

18  Private Foundation. If the organization did not check the box on line 13, 16a, 16b, 17a or 17b, check this box and see instructions ▶

Schedule A (Form 990 or 990-EZ) 2008

A 374

Schedule A (Form 990 or 990-EZ) 2008                                                                   **Page 3**

**Part III**   **Support Schedule for Organizations Described in IRC 509(a)(2)**
(Complete only if you checked the box on line 9 of Part I.)

### Section A. Public Support

| Calendar year   (or fiscal year beginning in) | (a) 2004 | (b) 2005 | (c) 2006 | (d) 2007 | (e) 2008 | (f) Total |
|---|---|---|---|---|---|---|
| 1   Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants") | | | | | | |
| 2   Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| 3   Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| 4   Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 5   The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 6   **Total** Add lines 1-5 | | | | | | |
| 7a   Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| b   Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of 1% of the total of lines 9, 10c, 11, and 12 for the year or $5,000 | | | | | | |
| c   Total of lines 7a and 7b | | | | | | |
| 8   **Public Support** (Substract line 7c from line 6) | | | | | | |

### Total Support

| Calendar year   (or fiscal year beginning in) | (a) 2004 | (b) 2005 | (c) 2006 | (d) 2007 | (e) 2008 | (f) Total |
|---|---|---|---|---|---|---|
| 9   Amounts from line 6 | | | | | | |
| 10a   Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | |
| b   Unrelated business taxable income (less section 511 taxes) from businesses acquired after 30 June, 1975 | | | | | | |
| c   Add lines 10a and 10b | | | | | | |
| 11   Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| 12   Other income Do not include gain or loss from the sale of capital assets (Explain in Part IV) | | | | | | |
| 13   **Total Support** (Add lines 9, 10c, 11 and 12) | | | | | | |

14   **First Five Years** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a 501(c)(3) organization, check this box and **stop here**                  ▶ ☐

### Computation of Public Support Percentage

| 15 | Public Support Percentage for 2008 (line 8 column (f) divided by line 13 column (f)) | **15** | |
|---|---|---|---|
| 16 | Public Support Percentage for 2007 Schedule A, Part IV-A, line 27g | **16** | |

### Computation of Investment Income Percentage

| 17 | Investment Income Percentage for **2008** (line 10c column (f) divided by line 13 column (f)) | **17** | |
|---|---|---|---|
| 18 | Investment Income Percentage from **2007** Schedule A, Part IV-A, line 27h | **18** | |

19a   **33 1/3% Tests – 2008.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization   ▶ ☐

b   **33 1/3% Tests – 2007.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization   ▶ ☐

20   **Private Foundation** If the organization did not check a box on line 14, 19a or 19b, check this box and see instructions   ▶ ☐

                                                  **Schedule A (Form 990 or 990-EZ) 2008**

Schedule A (Form 990 or 990-EZ) 2008

Page 4

**Part IV**    **Supplemental Information.** Complete this part to provide the information required by Part II, line 10; Part II, line 17a or 17b, or Part III, line 12. Provide and any other additional information. (see instructions)

### Facts and Circumstances Test

Page 2, Part II, Section B, Line 10 comprises list rental income of $390,065, miscellaneous income of $314,666, Rebates and discounts of $86,068, Internet revenue of $10,900 and Corporate Communication revenue of $5,900

Schedule A (Form 990 or 990-EZ) 2008

*A* 376

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493134046620 |
|---|---|---|

**SCHEDULE C**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

## Political Campaign and Lobbying Activities

For Organizations Exempt From Income Tax Under section 501(c) and section 527

To be completed by organizations described below. Attach to Form 990 or Form 990-EZ

OMB No 1545-0047

# 2008

**Open to Public Inspection**

**If the organization answered "Yes," to Form 990, Part IV, Line 3, or Form 990-EZ, Part VI, line 46 (Political Campaign Activities)**
- Section 501(c)(3) organizations complete Parts I-A and B Do not complete Part I-C
- Section 501(c) (other than section 501(c)(3)) organizations complete Parts I-A and C below Do not complete Part I-B
- Section 527 organizations complete Part I-A only

**If the organization answered "Yes," to Form 990, Part IV, Line 4, or Form 990EZ, Part VI, line 47 (Lobbying Activities)**
- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)) complete Part II-A Do not complete Part II-B
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)) Complete Part II-B Do not complete Part II-A

**If the organization answered "Yes," to Form 990, Part IV, Line 5 (Proxy Tax)**
- Section 501(c)(4), (5), or (6) organizations complete Part III

| Name of the organization | Employer identification number |
|---|---|
| WINDOW TO THE WORLD COMMUNICATIONS INC | 36-2246703 |

**Part I-A** To be completed by all organizations exempt under section 501(c) and section 527 organizations. (See the instructions for Schedule C for details.)

| | | |
|---|---|---|
| 1 | Provide a description of the organization's direct and indirect political campaign activities in Part IV | |
| 2 | Political expenditures | $ _____ |
| 3 | Volunteer hours | _____ |

**Part I-B** To be completed by all organizations exempt under section 501(c)(3). (See the instructions for Schedule C for details.)

| | | |
|---|---|---|
| 1 | Enter the amount of any excise tax incurred by the organization under section 4955 | $ _____ |
| 2 | Enter the amount of any excise tax incurred by organization managers under section 4955 | $ _____ |
| 3 | If the organization incurred in a section 4955 tax, did it file Form 4720 for this year? | ☐ Yes  ☐ No |
| 4a | Was a correction made? | ☐ Yes  ☐ No |
| b | If "Yes," describe in Part IV | |

**Part I-C** To be completed by all organizations exempt under section 501(c), except section 501(c)(3). (See the instructions for Schedule C for details.)

| | | |
|---|---|---|
| 1 | Enter the amount directly expended by the filing organization for section 527 exempt function activities | $ _____ |
| 2 | Enter the amount of the filing organization's internal funds contributed to other organizations for section 527 exempt funtion activities | $ _____ |
| 3 | Total of direct and indirect exempt function expenditures Add lines 1 and 2 and enter here and on Form 1120-POL, line 17b | $ _____ |
| 4 | Did the filing organization file **Form 1120-POL** for this year? | ☐ Yes  ☐ No |
| 5 | State the names, addresses and Employer Identification Number (EIN) of all section 527 political organizations to which payments were made Enter the amount paid and indicate if the amount was paid from the filing organization's own internal funds or were political contributions received and promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC) If additional space is needed, provide information in Part IV | |

| (a) Name | (b) Address | (c) EIN | (d) Amount paid from filing organization's internal funds If none, enter -0- | (e) Amount of political contributions received and promptly and directly delivered to a separate political organization If none, enter -0- |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**For Paperwork Reduction Act Notice, see the instructions for Form 990.**        Cat No 50084S        **Schedule C (Form 990 or 990-EZ) 2008**

$A$ 377

Schedule C (Form 990 or 990-EZ) 2008      Page **2**

**Part II-A** | To be completed by organizations exempt under section 501(c)(3) that filed Form 5768 (election under section 501(h)). (See the instructions for Schedule C for details.)

**A**   Check ☐   if the filing organization belongs to an affiliated group
**B**   Check ☐   if the filing organization checked box A and "limited control" provisions apply

### Limits on Lobbying Expenditures—
(The term "expenditures" means amounts paid or incurred.)

| | | (a) Filing Organization's Totals | (b) Affiliated Group Totals |
|---|---|---|---|
| **1a** | Total lobbying expenditures to influence public opinion (grass roots lobbying) | | |
| **b** | Total lobbying expenditures to influence a legislative body (direct lobbying) | | |
| **c** | Total lobbying expenditures (add lines 1a and 1b) | | |
| **d** | Other exempt purpose expenditures | | |
| **e** | Total exempt purpose expenditures (add lines 1c and 1d) | | |
| **f** | Lobbying nontaxable amount Enter the amount from the following table in both columns— | | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
|---|---|
| Not over $500,000 | 20% of the amount on line 1e |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000 |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000 |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000 |
| Over $17,000,000 | $1,000,000 |

| | | | |
|---|---|---|---|
| **g** | Grassroots nontaxable amount (enter 25% of line 1f) | | |
| **h** | Subtract line 1g from line 1a Enter -0- if line g is more than line a | | |
| **i** | Subtract line 1f from line 1c Enter -0- if line f is more than line c | | |
| **j** | If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year? | ☐ Yes ☐ No | |

**4-Year Averaging Period Under Section 501(h)**
(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the instructions for lines 1a through 1f of the instructions.)

### Lobbying Expenditures During 4-Year Averaging Period

| Calendar year (or fiscal year beginning in) | (a) 2005 | (b) 2006 | (c) 2007 | (d) 2008 | (e) Total |
|---|---|---|---|---|---|
| **2a**   Lobbying non-taxable amount | | | | | |
| **b**   Lobbying ceiling amount (150% of line 2a, column(e)) | | | | | |
| **c**   Total lobbying expenditures | | | | | |
| **d**   Grassroots non-taxable amount | | | | | |
| **e**   Grassroots ceiling amount (150% of line d, column (e)) | | | | | |
| **f**   Grassroots lobbying expenditures | | | | | |

Schedule C (Form 990 or 990-EZ) 2008

*A* 378

Schedule C (Form 990 or 990-EZ) 2008                                                                                    Page **3**

**Part II-B** To be completed by organizations exempt under section 501(c)(3) that have NOT filed Form 5768 (election under section 501(h)). (See the instructions for Schedule C for details.)

|   |   | (a) Yes | (a) No | (b) Amount |
|---|---|---|---|---|
| 1 | During the year, did the filing organization attempt to influence foreign, national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of |  |  |  |
| a | Volunteers? |  | No |  |
| b | Paid staff or management (include compensation in expenses reported on lines c through i)? |  | No |  |
| c | Media advertisements? |  | No |  |
| d | Mailings to members, legislators, or the public? |  | No |  |
| e | Publications, or published or broadcast statements? |  | No |  |
| f | Grants to other organizations for lobbying purposes? | Yes |  | 33,900 |
| g | Direct contact with legislators, their staffs, government officials, or a legislative body? |  | No |  |
| h | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means? |  | No |  |
| i | Other activities If "Yes," describe in Part IV |  | No |  |
| j | Total lines 1c through 1i |  |  | 33,900 |
| 2a | Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? |  | No |  |
| b | If "Yes" enter the amount of any tax incurred under section 4912 |  |  |  |
| c | If "Yes" enter the amount of any tax incurred by organization managers under section 4912 |  |  |  |
| d | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? |  |  |  |

**Part III-A** To be completed by all organizations exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6). (See the instructions for Schedule C for details.)

|   |   |   | Yes | No |
|---|---|---|---|---|
| 1 | Were substantially all (90% or more) dues received nondeductible by members? | 1 |  |  |
| 2 | Did the organization make only in-house lobbying expenditures of $2,000 or less? | 2 |  |  |
| 3 | Did the organization agree to carryover lobbying and political expenditures from the prior year? | 3 |  |  |

**Part III-B** To be completed by all organizations exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) if BOTH Part III-A, questions 1 and 2 are answered "No" OR if Part III-A, question 3 is answered "Yes." (See the instructions for Schedule C for details.)

|   |   |   |
|---|---|---|
| 1 | Dues, assessments and similar amounts from members | 1 $ |
| 2 | Section 162(e) non-deductible lobbying and political expenditures (do not include amounts of political expenses for which the section 527(f) tax was paid). |  |
| a | Current Year | 2a $ |
| b | Carryover from last year | 2b $ |
| c | Total | 2c $ |
| 3 | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues | 3 $ |
| 4 | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? | 4 $ |
| 5 | Taxable amount of lobbying and political expenditures (line 2c total minus 3 and 4) | 5 $ |

**Part IV** Supplemental Information

Complete this part to provide the descriptions required for Part I-A, line 1, Part I-B, line 4, Part I-C, line 5, and Part II-B, line 1i Also, complete this part for any additional information

| Identifier | Return Reference | Explanation |
|---|---|---|
| SchC_P2B_S00_L01 | Schedule C, Part II-B, Line 1 | Window To The World Communications, Inc is a member of America's Public Television Stations (APTS) APTS is a professional association, made up of a number of public television licensees from throughout the country It provides these member-licensees with a variety of information relating to federal legislation, regulatory rules, etc It also represents these stations, speaking on their behalf, on matters under consideration by Congress and federal agencies, including the FCC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Schedule C (Form 990 or 990EZ) 2008

*A*379

Schedule C (Form 990 or 990-EZ) 2008

Page 4

## Part IV  Supplemental Information

| Identifier | Return Reference | Explanation |
| --- | --- | --- |
| | | |

Schedule C (Form 990 or 990EZ) 2008

A 380

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493134046620 |
|---|---|---|

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Supplemental Financial Statements**

► Attach to Form 990. To be completed by organizations that
answered "Yes," to Form 990, Part IV, line 6, 7, 8, 9, 10, 11, or 12.

OMB No 1545-0047

# 2008

**Open to Public Inspection**

**Name of the organization**
WINDOW TO THE WORLD COMMUNICATIONS INC

**Employer identification number**
36-2246703

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** Complete if the organization answered "Yes" to Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate Contributions to (during year) | | |
| 3 | Aggregate Grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds may be used only for charitable purposes and not for the benefit of the donor or donor advisor or other impermissible private benefit? ☐ Yes ☐ No

**Part II** **Conservation Easements.** Complete if the organization answered "Yes" to Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply)
☐ Preservation of land for public use (e g , recreation or pleasure) ☐ Preservation of an historically importantly land area
☐ Protection of natural habitat ☐ Preservation of certified historic structure
☐ Preservation of open space

2 Complete lines 2a–2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year

| | | | **Held at the End of the Year** |
|---|---|---|---|
| a | Total number of conservation easements | 2a | |
| b | Total acreage restricted by conservation easements | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c | |
| d | Number of conservation easements included in (c) acquired after 8/17/06 | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the taxable year ►

4 Number of states where property subject to conservation easement is located ►

5 Does the organization have a written policy regarding the periodic monitoring, inspection, violations, and enforcement of the conservation easements it holds? ☐ Yes ☐ No

6 Staff or volunteer hours devoted to monitoring, inspecting and enforcing easements during the year ►

7 Amount of expenses incurred in monitoring, inspecting, and enforcing easements during the year ► $

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and 170(h)(4)(B)(ii)? ☐ Yes ☐ No

9 In Part XIV, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.** Complete if the organization answered "Yes" to Form 990, Part IV, line 8.

1a If the organization elected, as permitted under SFAS 116, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education or research in furtherance of public service, provide, in Part XIV, the text of the footnote to its financial statements that describes these items

b If the organization elected, as permitted under SFAS 116, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items

(i) Revenues included in Form 990, Part VIII, line 1 ► $

(ii) Assets included in Form 990, Part X ► $

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under SFAS 116 relating to these items

a Revenues included in Form 990, Part VIII, line 1 ► $

b Assets included in Form 990, Part X ► $

*A* 381

Schedule D (Form 990) 2008           Page **2**

**Part III**   **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

3   Using the organization's accession and other records, check any of the following that are a significant use of its collection items (check all that apply)

a   ☐   Public exhibition          d   ☐   Loan or exchange programs

b   ☐   Scholarly research        e   ☐   Other

c   ☐   Preservation for future generations

4   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIV

5   During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?    ☐ Yes   ☐ No

**Part IV**   **Trust, Escrow and Custodial Arrangements.** Complete if the organization answered "Yes" to Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

1a   Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X?    ☐ Yes   ☐ No

b   If "Yes," explain why in Part XIV and complete the following table

| | | Amount |
|---|---|---|
| c | Beginning balance | **1c** | |
| d | Additions during the year | **1d** | |
| e | Distributions during the year | **1e** | |
| f | Ending balance | **1f** | |

2a   Did the organization include an amount on Form 990, Part X, line 21?    ☐ Yes   ☐ No

b   If "Yes," explain the arrangement in Part XIV

**Part V**   **Endowment Funds.** Complete if the organization answered "Yes" to Form 990, Part IV, line 10.

| | | (a)Current Year | (b)Prior Year | (c)Two Years Back | (d)Three Years Back | (e)Four Years Back |
|---|---|---|---|---|---|---|
| 1a | Beginning of year balance . . . . | 27,928,964 | | | | |
| b | Contributions . . . . . . . . | 182,750 | | | | |
| c | Investment earnings or losses . . . | -3,897,835 | | | | |
| d | Grants or scholarships . . . . . | 0 | | | | |
| e | Other expenditures for facilities and programs . . . . . . . . | 1,274,527 | | | | |
| f | Administrative expenses . . . . . | 239,835 | | | | |
| g | End of year balance . . . . . . | 22,699,517 | | | | |

2   Provide the estimated percentage of the year end balance held as

a   Board designated or quasi-endowment ▶   85 %

b   Permanent endowment ▶   15 %

c   Term endowment ▶   0 %

3a   Are there endowment funds not in the possession of the organization that are held and administered for the organization by

| | | Yes | No |
|---|---|---|---|
| (i) unrelated organizations . . . . . . . . . . . . . . . . . . . . . | **3a(i)** | Yes | |
| (ii) related organizations . . . . . . . . . . . . . . . . . . . . . | **3a(ii)** | Yes | |
| b If "Yes" to 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . | **3b** | | |

4   Describe in Part XIV the intended uses of the organization's endowment funds

**Part VI**   **Investments—Land, Buildings, and Equipment.** See Form 990, Part X, line 10.

| Description of investment | (a) Cost or other basis (investment) | (b)Cost or other basis (other) | (c) Depreciation | (d) Book value |
|---|---|---|---|---|
| 1a Land . . . . . . . . . . . . . . . | 0 | 0 | | 0 |
| b Buildings . . . . . . . . . . . . | 0 | 20,057,287 | 7,519,976 | 12,537,311 |
| c Leasehold improvements . . . . . . . . . . | 0 | 1,150,278 | 646,903 | 503,375 |
| d Equipment . . . . . . . . . . . . . . | 0 | 34,357,905 | 23,886,468 | 10,471,437 |
| e Other . . . . . . . . . . . . . . | 0 | 4,065,017 | 3,268,384 | 796,633 |
| **Total.** Add lines 1a–1e *(Column (d) should equal Form 990, Part X, column (B), line 10(c).)* . . . . . . . . . . ▶ | | | | 24,308,756 |

Schedule D (Form 990) 2008

*A* 382

Schedule D (Form 990) 2008            Page **3**

### Part VII Investments—Other Securities. See Form 990, Part X, line 12.

| (a) Description of security or cateory (including name of security) | (b)Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| Financial derivatives and other financial products | 9,527,152 | F |
| Closely-held equity interests | | |
| Other | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total.** (Column (b) should equal Form 990, Part X, col (B) line 12 ) ▶ | 9,527,152 | |

### Part VIII Investments—Program Related. See Form 990, Part X, line 13.

| (a) Description of investment type | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total.** (Column (b) should equal Form 990, Part X, col (B) line 13 ) ▶ | | |

### Part IX Other Assets. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| Beneficial Interest in Trust | 649,000 |
| Long-term Unamortized Issuance Costs | 137,086 |
| Long-term Prepaid Expenses | 22,000 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total.** (Column (b) should equal Form 990, Part X, col.(B) line 15.)  .  .  .  .  .  .  .  .  .  .  .  ▶ | 808,086 |

### Part X Other Liabilities. See Form 990, Part X, line 25.

| (a) Description of Liability | (b) Amount |
|---|---|
| Federal Income Taxes | 0 |
| Long-term Interest Rate Swap | 1,509,668 |
| Long-term Accrued Vacation/Sick | 493,009 |
| Long-term Contract & Maintenace Payables | 96,991 |
| Long-term Accrued Severance | 92,974 |
| Long-term Deferred Rent | 81,905 |
| | |
| | |
| | |
| | |
| | |
| **Total.** (Column (b) should equal Form 990, Part X, col (B) line 25 ) ▶ | 2,274,547 |

In Part XIV, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48

*A 383*

Schedule D (Form 990) 2008

Schedule D (Form 990) 2008      Page **4**

## Part XI   Reconciliation of Change in Net Assets from Form 990 to Financial Statements

| | | | |
|---|---|---|---:|
| 1 | Total revenue (Form 990, Part VIII, column (A), line 12) | **1** | 49,896,034 |
| 2 | Total expenses (Form 990, Part IX, column (A), line 25) | **2** | 52,464,876 |
| 3 | Excess or (deficit) for the year  Subtract line 2 from line 1 | **3** | -2,568,842 |
| 4 | Net unrealized gains (losses) on investments | **4** | -5,722,649 |
| 5 | Donated services and use of facilities | **5** | 0 |
| 6 | Investment expenses | **6** | 0 |
| 7 | Prior period adjustments | **7** | 0 |
| 8 | Other (Describe in Part XIV) | **8** | -1,194,917 |
| 9 | Total adjustments (net)  Add lines 4 - 8 | **9** | -6,917,566 |
| 10 | Excess or (deficit) for the year per financial statements  Combine lines 3 and 9 | **10** | -9,486,408 |

## Part XII   Reconciliation of Revenue per Audited Financial Statements With Revenue per Return

| | | | | | |
|---|---|---|---:|---|---:|
| 1 | Total revenue, gains, and other support per audited financial statements | | | **1** | 51,638,867 |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12 | | | | |
| a | Net unrealized gains on investments | **2a** | -5,722,649 | | |
| b | Donated services and use of facilities | **2b** | 6,865,437 | | |
| c | Recoveries of prior year grants | **2c** | 0 | | |
| d | Other (Describe in Part XIV) | **2d** | 0 | | |
| e | Add lines **2a** through **2d** | | | **2e** | 1,142,788 |
| 3 | Subtract line **2e** from line **1** | | | **3** | 50,496,079 |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line **1** | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | 239,835 | | |
| b | Other (Describe in Part XIV) | **4b** | -839,880 | | |
| c | Add lines **4a** and **4b** | | | **4c** | -600,045 |
| 5 | Total Revenue  Add lines **3** and **4c**. (This should equal Form 990, Part I, line 12 ) | | | **5** | 49,896,034 |

## Part XIII   Reconciliation of Expenses per Audited Financial Statements With Expenses per Return

| | | | | | |
|---|---|---|---:|---|---:|
| 1 | Total expenses and losses per audited financial statements | | | **1** | 61,125,275 |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25 | | | | |
| a | Donated services and use of facilities | **2a** | 6,865,437 | | |
| b | Prior year adjustments | **2b** | 0 | | |
| c | Losses reported on Form 990, Part IX, line 25 | **2c** | 0 | | |
| d | Other (Describe in Part XIV) | **2d** | 1,194,917 | | |
| e | Add lines **2a** through **2d** | | | **2e** | 8,060,354 |
| 3 | Subtract line **2e** from line **1** | | | **3** | 53,064,921 |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | 239,835 | | |
| b | Other (Describe in Part XIV) | **4b** | -839,880 | | |
| c | Add lines **4a** and **4b** | | | **4c** | -600,045 |
| 5 | Total expenses  Add lines **3** and **4c**. (This should equal Form 990, Part I, line 18 ) | | | **5** | 52,464,876 |

## Part XIV   Supplemental Information

Complete this part to provide the descriptions required for Part II, lines 3, 5, and 9, Part III, lines 1a and 4, Part XIV, lines 1b and 2b, Part V, line 4, Part X, Part XI, line 8, Part XII, lines 2d and 4b, and Part XIII, lines 2d and 4b

| Identifier | Return Reference | Explanation |
|---|---|---|
| SchD_P05_S00_L04 | Schedule D, Part V, Line 4 | The funds are intended to support WWCI's mission of providing quality chilren's, public affairs and cultural programming to the Chicagoland area |
| SchD_P10_S00_L00 | Schedule D, Part X | The organization has no liability for uncertain tax provisions under FIN 48 |
| SchD_P11_S00_L08 | Schedule D, Part XI, Line 8 | Long-term Interest Rate Swaps |
| SchD_P12_S00_L04b | Schedule D, Part XII, Line 4b | Direct expenses of fundraising events (Part VIII, Line 8b) of $643,677 and direct expenses of cost of goods sold (Part VIII, Line 10b) of $196,203 |
| SchD_P13_S00_L02d | Schedule D, Part XIII, Line 2d | Long-term Interest Rate Swaps |
| SchD_P13_S00_L04b | Schedule D, Part XIII, Line 4b | Direct expenses of fundraising events (Part VIII, Line 8b) of $643,677 and direct expenses of cost of goods sold (Part VIII, Line 10b) of $196,203 |

Schedule D (Form 990) 2008

*A* 384

**efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493134046620**

| SCHEDULE G | Supplemental Information Regarding | OMB No 1545-0047 |
|---|---|---|
| (Form 990 or 990-EZ) | Fundraising or Gaming Activities | **2008** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 990 or Form 990-EZ. Must be completed by organizations that answer "Yes" to Form 990, Part IV, lines 17, 18, or 19, and by organizations that enter more than $15,000 on Form 990-EZ, line 6a. | **Open to Public Inspection** |

| Name of the organization<br>WINDOW TO THE WORLD COMMUNICATIONS INC | Employer identification number<br>36-2246703 |
|---|---|

**Part I** **Fundraising Activities.** Complete if the organization answered "Yes" to Form 990, Part IV, line 17.

1   Indicate whether the organization raised funds through any of the following activities Check all that apply

- a ☑ Mail solicitations
- b ☐ Email solicitations
- c ☑ Phone solicitations
- d ☐ In-person solicitations
- e ☐ Solicitation of non-government grants
- f ☐ Solicitation of government grants
- g ☐ Special fundraising events

2a   Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising activities?   ☑ Yes ☐ No

b   If "Yes," list the ten highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization Form 990-EZ filers are not required to complete this table

| (i) Name of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| Share Group Inc | Telemarketing | Yes | | 923,212 | 608,428 | 314,784 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | ▶ | | |

3   List all states in which the organization is registered or licensed to solicit funds or has been notified it is exempt from registration or licensing
IL,IN,MI,WI

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**   Cat No 50083H   Schedule G (Form 990 or 990-EZ) 2008

𝐴 385

Schedule G (Form 990 or 990-EZ) 2008 | Page **2**

**Part II** **Fundraising Events.** Complete if the organization answered "Yes" to Form 990, Part IV, line 18, or reported more than $15,000 on Form 990-EZ, line 6a. List events with gross receipts greater than $5,000.

| | | (a) Event #1<br>Palmer House<br>Exploring Music<br>(event type) | (b) Event #2<br>Annual Gaia<br>(event type) | (c) Other Events<br>9<br>(total number) | (d) Total Events<br>(Add col (a) through<br>col (c)) |
|---|---|---|---|---|---|
| Revenue | 1 Gross receipts . . . | 231,485 | 708,265 | 286,073 | 1,225,823 |
| | 2 Less Charitable contributions . . . | 4,850 | 651,115 | 247,347 | 903,312 |
| | 3 Gross revenue (line 1 minus line 2) . . | 226,635 | 57,150 | 38,726 | 322,511 |
| Direct Expenses | 4 Cash Prizes . . . | 0 | 0 | 0 | 0 |
| | 5 Non-cash Prizes . . | 0 | 0 | 0 | 0 |
| | 6 Rent/Facility costs . . | 0 | 0 | 0 | 0 |
| | 7 Other direct expenses . | 201,849 | 240,948 | 201,480 | 644,277 |
| | 8 Direct expense summary Add lines 4 through 7 in column (d) . . . . . . . . . . ▶ | | | | 644,277 |
| | 9 Net income summary Combine lines 3 and 8 in column (d). . . . . . . . . . . ▶ | | | | -321,766 |

**Part III** **Gaming.** Complete if the organization answered "Yes" to Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | (a) Bingo | (b) Pull tabs/Instant bingo/progressive bingo | (c) Other gaming | (d) Total gaming (Add col (a) through col (c)) |
|---|---|---|---|---|---|
| Revenue | 1 Gross revenue . . . . | | | | |
| Direct Expenses | 2 Cash prizes . . . . | | | | |
| | 3 Non-cash prizes . . . | | | | |
| | 4 Rent/facility costs . . | | | | |
| | 5 Other direct expenses . | | | | |
| | 6 Volunteer labor . . . | ☐ Yes _____%<br>☐ No | ☐ Yes _____%<br>☐ No | ☐ Yes _____%<br>☐ No | |
| | 7 Direct expense summary Add lines 2 through 5 in column (d) . . . . . . . . . . ▶ | | | | |
| | 8 Net gaming income summary Combine lines 1 and 7 in column (d) . . . . . . . . . . ▶ | | | | |

| | | Yes | No |
|---|---|---|---|
| 9 | Enter the state(s) in which the organization operates gaming activities _____ | | |
| a | Is the organization licensed to operate gaming activities in each of these states? . . . . . . . . . . . . | **9a** | |
| b | If "No," Explain | | |
| | _____ | | |
| 10a | Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year? | **10a** | |
| b | If "Yes," Explain | | |
| | _____ | | |
| 11 | Does the organization operate gaming activities with nonmembers? . . . . . . . . . . . . . . | **11** | |
| 12 | Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity formed to administer charitable gaming? . . . . . . . . . . . . . . . . . . . . . . | **12** | |

Schedule G (Form 990 or 990-EZ) 2008

*A* 386

Schedule G (Form 990 or 990-EZ) 2008

Page **3**

| | Yes | No |
|---|---|---|

**13** Indicate the percentage of gaming activity operated in

**a** The organization's facility . . . . . . . . . . . . . . . . . . . . . . . . | **13a** |

**b** An outside facility . . . . . . . . . . . . . . . . . . . . . . . . . . | **13b** |

**14** Provide the name and address of the person who prepares the organization's gaming/special events books and records

Name ▲ _____

Address ▲ _____

**15a** Does the organization have a contract with a third party from whom the organization receives gaming revenue? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15a** |

**b** If "Yes," enter the amount of gaming revenue received by the organization ▲ $ _____ and the amount of gaming revenue retained by the third party ▲ $ _____

**c** If "Yes," enter name and address

Name ▲ _____

Address ▲ _____

**16** Gaming manager information

Name ▲ _____

Gaming manager compensation ▲ $ _____

Description of services provided ▲ _____

☐ Director/officer   ☐ Employee   ☐ Independent contractor

**17** Mandatory distributions

**a** Is the organization required under state law to make charitable distributions from the gaming proceeds to retain the state gaming license? . . . . . . . . . . . . . . . . . . . . . . . | **17a** |

**b** Enter the amount of distributions required under state law distributed to other exempt organizations or spent in the organization's own exempt activities during the tax year ▲ $ _____

Schedule G (Form 990 or 990-EZ) 2008

A 387

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493134046620 |
|---|---|---|

**Schedule J**
(Form 990)

Department of the Treasury
Internal Revenue Service

## Compensation Information

For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees
▶ Attach to Form 990. To be completed by organizations that answered "Yes" to Form 990, Part IV, line 23.

OMB No 1545-0047

**2008**

Open to Public Inspection

| Name of the organization | Employer identification number |
|---|---|
| WINDOW TO THE WORLD COMMUNICATIONS INC | 36-2246703 |

### Part I    Questions Regarding Compensation

|  |  | Yes | No |
|---|---|---|---|
| **1a** | Check the appropiate box(es) if the organization provided any of the following to or for a person listed in Form 990, Part VII, Section A, line 1a  Complete Part III to provide any relevant information regarding these items |  |  |

☐ First class or charter travel
☐ Travel for companions
☐ Tax idemnification and gross-up payments
☐ Discretionary spending account

☐ Housing allowance or residence for personal use
☐ Payments for business use of personal residence
☐ Health or social club dues or initiation fees
☐ Personal services (e g , maid, chauffeur, chef)

|  |  |  | Yes | No |
|---|---|---|---|---|
| **b** | If line 1a is checked, did the organization follow a written policy regarding payment or reimbursement or provision of all the expenses described above? If "No," complete Part III to explain | **1b** |  |  |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all officers, directors, trustees, and the CEO/Executive Director, regarding the items checked in line 1a? | **2** |  |  |
| **3** | Indicate which, if any, of the following the organization uses to establish the compensation of the organization's CEO/Executive Director  Check all that apply |  |  |  |

☑ Compensation committee
☐ Independent compensation consultant
☐ Form 990 of other organizations

☐ Written employment contract
☑ Compensation survey or study
☑ Approval by the board or compensation committee

|  |  |  | Yes | No |
|---|---|---|---|---|
| **4** | During the year, did any person listed in Form 990, Part VII, Section A, line 1a |  |  |  |
| **a** | Receive a severance payment or change of control payment? | **4a** |  | No |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan? | **4b** | Yes |  |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement? | **4c** |  | No |
|  | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III |  |  |  |
|  | **501(c)(3) and 501(c)(4) organizations only must complete lines 5-8.** |  |  |  |
| **5** | For persons listed in form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of |  |  |  |
| **a** | The organization? | **5a** |  | No |
| **b** | Any related organization? | **5b** |  | No |
|  | If "Yes," to line 5a or 5b, describe in Part III |  |  |  |
| **6** | For persons listed in form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of |  |  |  |
| **a** | The organization? | **6a** |  | No |
| **b** | Any related organization? | **6b** |  | No |
|  | If "Yes," to line 6a or 6b, describe in Part III |  |  |  |
| **7** | For persons listed in form 990, Part VII, Section A, line 1a, did the organization provide any non-fixed payments not described in lines 5 and 6? If "Yes," describe in Part III | **7** |  | No |
| **8** | Were any amounts reported in Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regs  section 53 4958-4(a)(3)? If "Yes," describe in Part III | **8** |  | No |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.    Cat No 50053T        Schedule J (Form 990) 2008

*A* 388

Schedule J (Form 990) 2008

**Part II** **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use Schedule J-1 if additional space needed.

For each individual whose compensation must be reported in Schedule J, report compensation from the organization on row (i) and from related organizations described in the instructions on row (ii). Do not list any individuals that are not listed on Form 990, Part VII

**Note.** The sum of columns (B)(i)-(iii) must equal the applicable column (D) or column (E) amounts on Form 990, Part VII, line 1a

| (A) Name | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation reported in prior Form 990 or Form 990-EZ |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other compensation | | | | |
| Daniel J Schmidt | (i) | 308,250 | 0 | 44,641 | 45,812 | 49,609 | 448,312 | 44,431 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reese Marcusson | (i) | 188,991 | 0 | 25,406 | 25,940 | 35,186 | 275,523 | 25,574 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Greg Cameron | (i) | 170,883 | 0 | 0 | 0 | 8,805 | 179,688 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steve Robinson | (i) | 164,341 | 0 | 0 | 0 | 33,687 | 198,028 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Phil Ponce | (i) | 190,695 | 0 | 0 | 0 | 22,740 | 213,435 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Farrell Frentress | (i) | 71,541 | 0 | 332,455 | 0 | 0 | 403,996 | 73,844 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Donna Davies | (i) | 73,450 | 0 | 88,256 | 0 | 0 | 161,706 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |

Schedule J (Form 990) 2008

Schedule J (Form 990) 2008

**Part III** **Supplemental Information**

Complete this part to provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 4c, 5a, 5b, 6a, 6b, 7, and 8 Also complete this part for any additional information

| Identifier | Return Reference | Explanation |
|---|---|---|
| SchJ_P01_S00_L04 | Schedule J, Part I, Line 4 | This is a non qualified deferred compensation plan for Window To The World Communications, Inc The participants include the President/CEO (CEO) / Executive Vice President/CFO (CFO) The Compensation Committee of the Board of Directors make benefits conditioned upon the participants performance of substantial services for WWCI in the future For tax year, the benefit grant vested on July 1, 2009 for the CFO and on September 1, 2009 for the CEO, they received $25,406 and $45,812 respectively |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Schedule J (Form 990) 2008

$\mathcal{A}$ 390

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | | DLN: 93493134046620 |
|---|---|---|---|

**SCHEDULE M**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Non-Cash Contributions

To be completed by organizations that answered
"Yes" on Form 990, Part IV, lines 29 or 30.
Attach to Form 990

OMB No 1545-0047

# 2008

**Open to Public Inspection**

Name of the organization
WINDOW TO THE WORLD COMMUNICATIONS INC

Employer identification number
36-2246703

## Part I  Types of Property

| | | (a) Check if applicable | (b) Number of Contributions | (c) Revenues reported on Form 990, Part VIII, line 1g | (d) Method of determining revenues |
|---|---|---|---|---|---|
| 1 | Art—Works of art . . . . | | | | |
| 2 | Art—Historical treasures . | | | | |
| 3 | Art—Fractional interests . | | | | |
| 4 | Books and publications . . | | | | |
| 5 | Clothing and household goods . . . . . . . | | | | |
| 6 | Cars and other vehicles . . | X | 225 | 88,998 | Cash received |
| 7 | Boats and planes . . . . | | | | |
| 8 | Intellectual property . . . | | | | |
| 9 | Securities—Publicly traded . | X | 41 | 187,884 | Cash received |
| 10 | Securities—Closely held stock . | | | | |
| 11 | Securities—Partnership, LLC, or trust interests . . . . | | | | |
| 12 | Securities—Miscellaneous . . | | | | |
| 13 | Qualified conservation contribution (historic structures) . . . . . | | | | |
| 14 | Qualified conservation contribution (other) . . . | | | | |
| 15 | Real estate—Residential . | | | | |
| 16 | Real estate—Commercial . . | | | | |
| 17 | Real estate—Other . . . | | | | |
| 18 | Collectibles . . . . . | | | | |
| 19 | Food inventory . . . | | | | |
| 20 | Drugs and medical supplies . | | | | |
| 21 | Taxidermy . . . . . . | | | | |
| 22 | Historical artifacts . . . . | | | | |
| 23 | Scientific specimens . . | | | | |
| 24 | Archeological artifacts . . . | | | | |
| 25 | Other (describe Catering ) | X | 171 | 59,850 | Caterer's cost |
| 26 | Other (describe _____ ) | | | | |
| 27 | Other (describe _____ ) | | | | |
| 28 | Other (describe _____ ) | | | | |

| 29 | Number of Forms 8283 received by the organization during the tax year for contributions for which the organization completed Form 8283, *Part IV, Donee Acknowledgement* . . . . . . . . . | 29 | |
|---|---|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1-28 that it must hold for at least three years from the date of the initial contribution, and which is not required to be used for exempt purposes for the entire holding period? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 30a | | No |
| b | If "Yes", describe the arrangement in Part II | | | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any non-standard contributions? . | | 31 | Yes | |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell non-cash contributions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 32a | Yes | |
| b | If "Yes", describe in Part II | | | | |
| 33 | If the organization did not report revenues in Column (c) for a type of property for which Column (a) is checked, describe in Part II | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.    Cat No 51227J    Schedule M (Form 990) 2008

A 391

Schedule M (Form 990) 2008

Page 2

**Part II** **Supplemental Information.** Complete this part to provide the information required by Part I, lines 30b, 32b, and 33. Also complete this part for any additional information.

| Identifier | Return Reference | Explanation |
|---|---|---|
| SchM_P01_S00_L32b | Schedule M, Part I, Line 32b | For vehicle non cash contributions, the organization uses Car Inc Trust to process the donation and subsequent sale of the charitable vehicles that are donated. For publically traded stocks, the organization uses William Blair and Company to receive and process the stock and subsequent sale of said stock |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Schedule M (Form 990) 2008

**efile GRAPHIC print - DO NOT PROCESS** | **As Filed Data -** | **DLN: 93493134046620**

**SCHEDULE O**
(Form 990)

Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990

OMB No 1545-0047

**2008**

➤ **Attach to Form 990. To be completed by organizations to provide additional information for responses to specific questions for the Form 990 or to provide any additional information.**

**Open to Public Inspection**

**Name of the organization**
WINDOW TO THE WORLD COMMUNICATIONS INC

**Employer identification number**

36-2246703

| Identifier | Return Reference | Explanation |
|---|---|---|
| F990_P06_S0A_L10 | Form 990, Part VI, Section A, Line 10 | The 990 is sent to Trustee Robert Silver (CPA) chair of the audit committee and chair of the compensation committee who will specifically review the return  The return was also be placed on a secure Board of Trustees website for all Board members to review  and make comments upon |

| Identifier | Return Reference | Explanation |
|---|---|---|
| F990_P06_S0B_L12c | Form 990, Part VI, Section B, Line 12c | The Board of Trustees is required to annually sign a statement which consists of their broadcast ownership and any conflicts of interests that they may have with the organization  If during the year there is a change to their statement, a Board of Trustee is required to inform the organization of such change |

| Identifier | Return Reference | Explanation |
|---|---|---|
| F990_P06_S0B_L15 | Form 990, Part VI, Section B, Line 15 | The Board of Trustees Compensation Committee (independent) reviews the organization's President/CEO's and other officers compensation annually  The committee takes into consideration comparability data from for profit, other media and other non profit organizations as well as current economic conditions both within and without the organization  This process is documented in writing The President/CEO and other officers of the organization are not present during these deliberations |

| Identifier | Return Reference | Explanation |
|---|---|---|
| F990_P06_S0C_L19 | Form 990, Part VI, Section C, Line 19 | These documents are kept within a public file that is made available to the public upon request |

For Paperwork Reduction Act Notice, see the Instructions for Form 990        Cat No 51056K        Schedule O (Form 990) 2008

**Additional Data**

Software ID:
Software Version:
EIN: 36-2246703
Name: WINDOW TO THE WORLD COMMUNICATIONS INC

Form 990, Part VII - Section Aaa

| (A) Name and Title | (B) Average hours per week | (C) Position (check all that apply) Individual Trustee or Director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | (D) Reportable compensation from the organization (W-2/1099MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| Daniel J Schmidt , President | 40 00 | X | | X | | | | 347,491 | 0 | 95,421 |
| Norman Bobins , Chairman | 2 50 | X | | X | | | | 0 | 0 | 0 |
| James Wooten Jr , Secretary | 1 25 | X | | X | | | | 0 | 0 | 0 |
| John Brennan , Treasurer | 1 25 | X | | X | | | | 0 | 0 | 0 |
| David Blowers , Vice Chairman | 1 25 | X | | | | | | 0 | 0 | 0 |
| Renee Crown , Vice Chairperson | 1 25 | X | | | | | | 0 | 0 | 0 |
| Deborah DeHaas , Vice Chairperson | 1 25 | X | | | | | | 0 | 0 | 0 |
| John Ballantine , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Alan Brown , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| William Brown , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Bruce Callow , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Adela Cepeda , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Alison Chung , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Robert Clifford , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Richard Colburn , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Thomas Donovan , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Maxine Farrell , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| James Firth , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Marshall Front , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Marvin Goldsmith , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Michael Gonzalez , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Chester Gougis , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Richard Gray , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Sandra Guthman , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Robert Hamada , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Daniel Hyman , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Daniel Levin , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| James Mabie , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Michael McCaskey , Board Member | 65 | X | | | | | | 0 | 0 | 0 |
| Cary McMillan , Board Member | 65 | X | | | | | | 0 | 0 | 0 |

# Form 990, Part VII - Section Aaa

| (A) Name and Title | (B) Average hours per week | Individual Trustee or Director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | (D) Reportable compensation from the organization (W-2/1099MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| Peter McNitt, Board Member | 65 | X | | | | | | | 0 | 0 |
| Alexandra Nichols, Board Member | 65 | X | | | | | | | 0 | 0 |
| Virginia Ojeda, Board Member | 65 | X | | | | | | | 0 | 0 |
| Carlos Pineiro, Board Member | 65 | X | | | | | | | 0 | 0 |
| Roger Plummer, Board Member | 65 | X | | | | | | | 0 | 0 |
| Barbara Gardner Proctor, Board Member | 65 | X | | | | | | | 0 | 0 |
| George Ranney Jr, Board Member | 65 | X | | | | | | | 0 | 0 |
| Daniel Reisner, Board Member | 65 | X | | | | | | | 0 | 0 |
| Shirley Welsh Ryan, Board Member | 65 | X | | | | | | | 0 | 0 |
| Gene Saffold, Board Member | 65 | X | | | | | | | 0 | 0 |
| Gordon Segal, Board Member | 65 | X | | | | | | | 0 | 0 |
| Robert Silver, Board Member | 65 | X | | | | | | | 0 | 0 |
| Joan Steel, Board Member | 65 | X | | | | | | | 0 | 0 |
| Harlan Teller, Board Member | 65 | X | | | | | | | 0 | 0 |
| Howard Tullman, Board Member | 65 | X | | | | | | | 0 | 0 |
| Joan Walker, Board Member | 65 | X | | | | | | | 0 | 0 |
| Roxanne Ward, Board Member | 65 | X | | | | | | | 0 | 0 |
| Robert Washlow, Board Member | 65 | X | | | | | | | 0 | 0 |
| David Zyer, Board Member | 65 | X | | | | | | | 0 | 0 |
| James Donnelley, Board Member | 65 | X | | | | | | | 0 | 0 |
| Ann Ida Gannon, Board Member | 65 | X | | | | | | | 0 | 0 |
| Margaret Harrigan, Board Member | 65 | X | | | | | | | 0 | 0 |
| Margaret Hart, Board Member | 65 | X | | | | | | | 0 | 0 |
| Martin Koldyke, Board Member | 65 | X | | | | | | | 0 | 0 |
| John McCarter Jr, Board Member | 65 | X | | | | | | | 0 | 0 |
| William McCarter, Board Member | 65 | X | | | | | | | 0 | 0 |
| Newton Minow, Board Member | 65 | X | | | | | | | 0 | 0 |
| Robert Wilcox, Board Member | 65 | X | | | | | | | 0 | 0 |
| John Zenko, Board Member | 65 | X | | | | | | | 0 | 0 |
| Reese Marcusson, Executive VP & CFO | 40 00 | | | X | | | | 214,397 | 0 | 61,126 |

A 395

**Form 990, Part VII - Section Aaa**

| (A) Name and Title | (B) Average hours per week | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual Trustee or Director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| Greg Cameron, Executive V P of Development | 40 00 | | | X | | | | 170,883 | 0 | 8,805 |
| Steve Robinson, Executive VP of Radio | 40 00 | | | X | | | | 164,341 | 0 | 33,687 |
| Phil Ponce, Sr Correspondent | 40 00 | | | | | X | | 190,695 | 0 | 22,740 |
| Ronald Yergovich, Vice President | 40 00 | | | | | X | | 126,639 | 0 | 30,556 |
| Parke Richeson, VP of National Programming | 32 00 | | | | | X | | 124,443 | 0 | 11,382 |
| Nicolette Ferri, Producer/Director of Program Development | 40 00 | | | | | X | | 118,747 | 0 | 13,472 |
| Fran Harth, VP of Program Development & Syndication | 40 00 | | | | | X | | 118,314 | 0 | 7,641 |
| Farrell Frentress, Former Executive VP of Development | 0 00 | | | | | | X | 403,996 | 0 | 5,338 |
| Donna Davies, Former Sr Vice President | 0 00 | | | | | | X | 161,706 | 0 | 6,893 |

A396

**Form 990, Part VIII – Statement of Revenue – 2a – 2g Program Service Revenue –**

| | Business Code | (A) Total Revenue | (B) Related or Exempt Function Revenue | (C) Unrelated Business Revenue | (D) Revenue Excluded from Tax under IRC 512, 513, or 514 |
|---|---|---|---|---|---|
| a Spot Advertising/Underwriting | 513,100 | 5,043,421 | 2,179,940 | 2,863,481 | 0 |
| b Production Underwriting | 513,100 | 4,416,562 | 4,246,196 | 170,366 | 0 |
| c Radio Production Programming | 513,100 | 1,590,412 | 1,590,412 | 0 | 0 |
| d Production Services | 513,100 | 524,953 | 388,497 | 136,456 | 0 |
| e Program Sales and Syndications | 513,100 | 53,838 | 7,011 | 43,692 | 3,135 |

**Form 990, Part III, Line 1 – Briefly describe the organization's mission:**

Window To The World Communications Inc.'s mission is to help people living in and around Chicago to better connect with all that our great city has to offer. Television, radio, print, internet and events work in concert to allow that connection to happen when, where and how you want. Our content is driven by our commitment to three key things: 1) Helping you engage the rich cultural life of Chicago. 2) Helping you to discover and learn about Chicago's diverse community life. 3) Proving a safe haven for all of Chicago families for learning and fun. Our mission is shaped by our many audiences, people who helped us see how we can better serve our community and fulfill our role as one of Chicago's major cultural institutions.

A 397