*"History & Mission"*
*copies of pages from NEIU website*

*Chronicles important dates in Northeastern's history*

 



Visitors > Visitors | HISTORY & MISSION |

**History & Mission**



## HISTORY & MISSION

### Important Dates in Northeastern's History

1867   The Cook County Commissioners appropriated money to establish an experimental Teacher Training School in Blue Island, Illinois. No rooms were available and the 32 students were accommodated in a leaky freight car.

1870   On September 21, the school opened in its new building in Englewood. Over the next few years, the school came to be called **The Normal School**.

1897   The Normal School became **Chicago Normal School**, under the aegis of the City of Chicago.

1938   The "Normal" was the only tuition-free, four-year, degree-granting institution in the city. It was officially renamed the **Chicago Teachers College**, a four-year institution conferring the Bachelor of Education degree.

1940   Chicago Teachers College received full accreditation from North Central Association of Colleges and Secondary Schools.

1949   Overcrowding led the Board of Education to establish two branches on the north side.

1961   The two north side branches at Foreman and Sabin were closed and a new facility was built at the current St. Louis Avenue location. The **North Side Teachers College** was opened with an enrollment of 1,364 students. The South Side branch on Stewart remained open.

1965   Control of the Chicago Teachers College passed to the State of Illinois in July. The names of the two campuses were changed to **Illinois Teachers' College North** and Illinois Teachers' College South. Control was transferred to the Board of Governors of State Colleges and Universities.

1966   The Center for Inner City Studies on Chicago's south side was established to further prepare teachers for schools in disadvantaged and minority communities.

1967   Illinois Teachers' College North became **Northeastern Illinois State College**. Secondary teacher training programs were now offered, as well as degrees for students who did not wish to enroll in education curriculums.

1971   Northeastern Illinois State College became Northeastern Illinois University on July 23. Enrollment reached 7,281 students, and continued growth led to the offering of Master's degrees and non-traditional programs.

1996   Control was transferred from the Board of Governors of State Colleges and Universities to an independent board of trustees.

### Mission and Vision

#### Our Mission

Northeastern Illinois University, as a public comprehensive university with locations throughout Chicago, provides an exceptional environment for learning, teaching, and scholarship. We prepare a diverse community of students for leadership and service in our region and in a dynamic multicultural world.

#### Our Vision

Northeastern Illinois University will be a leader among metropolitan universities, known for its dedication to its urban mission, for the quality of its programs, for the success of its graduates, and for the diversity of its learning environment.

LEGAL | CONTACT US | NEIU HOME TEXT VERSION | VOTER REGISTRATION FORMS

© 2011 Northeastern Illinois University, 5500 North St. Louis Avenue, Chicago, Illinois 60625-4699, 773/583-4050

# HISTORY & MISSION

## Important Dates in Northeastern's History

1867 The Cook County Commissioners appropriated money to establish an experimental Teacher Training School in Blue Island, Illinois. No rooms were available and the 32 students were accommodated in a leaky freight car.

1870 On September 21, the school opened in its new building in Englewood. Over the next few years, the school came to be called **The Normal School**.

1897 The Normal School became **Chicago Normal School**, under the aegis of the City of Chicago.

1938 The "Normal" was the only tuition-free, four-year, degree-granting institution in the city. It was officially renamed the **Chicago Teachers College**, a four-year institution conferring the Bachelor of Education degree.

1940 Chicago Teachers College received full accreditation from North Central Association of Colleges and Secondary Schools.

1949 Overcrowding led the Board of Education to establish two branches on the north side.

1961 The two north side branches at Foreman and Sabin were closed and a new facility was built at the current St. Louis Avenue location. The **North Side Teachers College** was opened with an enrollment of 1,364 students. The South Side branch on Stewart remained open.

1965 Control of the Chicago Teachers College passed to the State of Illinois in July. The names of the two campuses were changed to **Illinois Teachers' College North** and Illinois Teachers' College South. Control was transferred to the Board of Governors of State Colleges and Universities.

1966 The Center for Inner City Studies on Chicago's south side was established to further prepare teachers for schools in disadvantaged and minority communities.

1967 Illinois Teachers' College North became **Northeastern Illinois State College**. Secondary teacher training programs were now offered, as well as degrees for students who did not wish to enroll in education curriculums.

1971 Northeastern Illinois State College became Northeastern Illinois University on July 23. Enrollment reached 7,281 students, and continued growth led to the offering of Master's degrees and non-traditional programs.

1996 Control was transferred from the Board of Governors of State Colleges and Universities to an independent board of trustees.

## Mission and Goals

Northeastern Illinois University (NEIU) is dedicated to both excellence and access. The most important facets of the university's mission are to offer high quality undergraduate and graduate programs to a broad spectrum of students and to foster student growth and development. To these ends, the university attaches primary importance to excellence in teaching. Since program quality is enhanced by professional activities beyond the classroom on the part of the faculty, emphasis is also given to pure and applied research and to academic and public service.Unique to Northeastern's mission are the two distinctive features of diversity and community partnerships. Because of its location in the Chicago metropolitan area, the university serves a population which is diverse in age, culture, language, and race. This diversity, a major asset, means that the academic programs utilize a variety of perspectives to enrich the teaching and learning experience and to prepare students for the multiculturalism which characterizes our society. The university's location also provides students and faculty with many opportunities to integrate field-based learning, research, and service with classroom instruction.Northeastern Illinois University preserves the finest traditions of university education, augmented by active involvement in the metropolitan area, on behalf of the residents of Illinois.

A417

*"Programs for Channel 11 –
What Chicago Will See On Educational Television"*

Article from Chicago Schools Journal, Sept.-Oct. 1955, pgs. 11-16

# Programs for Channel 11

## What Chicago Will See On Educational Television

● James Robertson

In a recent book treating the advent of television in the home of an educator,¹ a member of the audience at a lecture by this mythical teacher raises his hand to ask, "Professor, what is educational television?" Whereupon the professor, without thinking, answers, "a contradiction in terms," and adjourns the meeting. Some educators once dismissed television in this fashion.

Such is not the case here in Chicago, where the interest of educators in a non-commercial television station for the community has brought Channel 11 into being. WTTW — Chicago's "Window to the World" — will have its experimental programming under way before the end of September and expects to be providing thirty hours of programs per week from new studios in the Museum of Science and Industry by late Fall.

> Just what Channel 11 will do for Chicago and particularly for the classroom has been an unanswered question for many months. Here James Robertson, program manager for WTTW, answers that question. Mr. Robertson has had a varied background in television and served as program manager of WTMJ-TV in Milwaukee before coming to Chicago.

The question most often asked during the community campaign two years ago, the question most often asked me since my arrival in Chicago last November, the question which will occupy Chicago in the next few weeks as WTTW makes its debut is: "What programs will we see on Channel 11?"

This question is of peculiar interest to teachers and to all who concern themselves directly with the educational process. Somewhere in the obscure future of the next few years, along with the increasing enrollments and the resultant greater challenges to those whose responsibility it is to help young America grow up and grown-up America to mature, educational television will make its most significant contribution. The potential accomplishments of this kind of TV are staggering; the beginnings of this kind of TV are now at hand — and the most ambitious of such beginning stations is Channel 11 here in Chicago.

### Educational Programming Not an Easy Task

Since New York and Los Angeles are without educational television stations, we here in the midwest have in

---
¹ Dauley Pedderson, *The Egghead and the Others*, (Chicago: The Court House Press, 1955).

our hands, the building of what also will become America's foremost educational television activity.

Any educator will wonder first of all how the management of a non-commercial station determines what to include in its schedule.

This is a question quite different from the one which faces the operators of a newly-established commercial television station. Commercial broadcasting is a matter of establishing studios and transmitter and recruiting staff, securing talent whose business it is to attract an audience, and then selling portions of one's time on the air to advertisers who wish to reach this audience. Some of my good friends in commercial broadcasting have accused me of being "tired" of the problems in their business and of finding the easy way out by taking a position in educational television where, they supposed, problems would be comparatively simple. But the situation is quite the reverse. While both types of television provide ample difficulties for station managements, non-commercial, educational television has the edge, perhaps because it is more clearly a pioneering venture.

## Financial Limitations Must Be Recognized

In deciding what Channel 11's viewers would see, Dr. John W. Taylor, the executive director, and those working with him had to face a number of basic facts. Television is expensive, and the eventual number of hours on the air would necessarily be small when compared with the programs of commercial stations. Which hours of the day ought the station to operate? How much programming could be undertaken without impairing quality due to limited facilities and personnel?

The place to start the task is to determine just what is the community Greater Chicago has nearly six million people. Although about 80 per cent have telephones, central heating, and bath tubs, fewer own own television sets. Therefore the potential audience to be served would be the entire community. They were all types of men, women, and children with all sorts of problems, some short term, others long term. WTTW has attempted in a few months' time to gain insight into these people and their problems in an effort to find out what this television station might offer them by way of education and information which might be of value to them in their daily existence. Cooperation from many agencies and individuals has been forthcoming in this continuing study of the individuals who make up the potential television audience.

## Surveying Program Possibilities

While studying program needs, we also have canvassed program resources. Channel 11's affiliates include virtually all of the educational and cultural organizations and institutions of this area. We have been in touch with all of them, in most instances through visitation so that we at the station could become directly familiar with an institution's physical plant and meet its people face to face. From these colleges and universities, museums, libraries, and other organizations came scores of carefully thought out suggestions for possible programs, based on their analyses of community needs and of their own resources. In addition, newspapers have publicized the fact that the station was receptive to ideas (as, indeed, it always will be) and a number of good suggestions have



came in the daily mail and over the telephone. Schedules of other stations around the country have been studied; interesting programs have been analyzed for possible adaptability to the Chicago audience.

## Limitations Affect Program Policies

Concurrently, we were learning of the *strengths and limitations of our physical and staff resources*. Candidates for staff positions were interviewed. The men and women who would be available to produce, direct, and stage the future programs were employed. Half a million dollars worth of intricate equipment was purchased and 13,000 square feet of studio space in the east wing of the Museum of Science and Industry had to be remodeled.

We also had received some valuable aid from the Board of Education in the form of a Loop studio for our use in late summer and early fall while the permanent studios in the Museum of Science and Industry were being completed. One of the WBEZ studios in the Builders Building, site of the WBEZ transmitter, was converted and equipped for television. Later this will facilitate the production of Board of Education programs for Channel 11 as well as for commercial stations.

While all this was going on, there appeared the necessity for developing *our basic program policy*, of defining what it ought to be and developing a concept of the service which a station might offer to the community. Essentially this policy can be stated in this manner:

WTTW's primary purpose is to offer opportunities to education both in a general and a specific sense; to draw forth from its viewers the highest intellectual and cultural response of which each is capable; to stimulate interest in the many diverse fields of human endeavor; to assist people to know themselves, to learn to work with others, to understand better a complex world; to inform citizens fairly regarding important issues of the day; and to provide opportunities for individuals to acquire better skills for better living.

## Programming To Meet Classroom Needs

Throughout our planning period we had been giving a lot of thought to school needs. How might WTTW best serve the classroom teacher? What might it offer which is not already

Case: 1:10-cv-07003 Document #: 45-22 Filed: 07/06/11 Page 7 of 9 PageID #:737

A420

The consensus was that WTTW eventually could serve schools within a hundred mile radius of Chicago in several ways. Among them are:

*In-school programming during day-time hours for classroom use.* While everyone agrees that this is bound to be part of WTTW's operation eventually, the decision has been made not to do in-school telecasts this Fall. It is the opinion of most school administrators that a wiser course would be to determine first what types of programs the schools need and most desire, and then take the necessary time to plan them carefully, select participants wisely, and prepare supplementary materials thoroughly. The British Broadcasting Corporation, whose past experience in school broadcasts dates back further than that of any other organization, announces its in-school programs one year in advance so that the classroom teacher has adequate opportunity to plan ahead for proper utilization of broadcasts. This may not be immediately possible in our case at first, but we are at least hopeful that the in-school programs on WTTW will fulfill real teaching needs and can be made to be a help to every teacher rather than an additional problem to be dealt with.

### Enrichment Programs
### To Assist Teachers

*Out-of-school "enrichment" programs,* aired during late afternoon and early evening hours and produced by the Art Institute, the Chicago Symphony Orchestra, museums, scientists, and all manner of experts. Telecasts of this sort, it is believed, can be of value to the teachers themselves, and also be [of value to pupils at home.] Chicago teachers have been assigning the viewing of various news telecasts and selected programs on commercial stations, with a resultant increase of classroom interest in these subjects. Discussing the following day of a WTTW television show which children and parents and teachers all can see simultaneously — yet in their own homes — may be one way of experimenting with the potential of this medium.

### Educational "Spectaculars"
### For Classroom Viewing

*Special one-time telecasts.* Several times during the coming year WTTW hopes to produce an educational "spectacular" for school viewing. Perhaps one will be a TV field trip to the control tower of Midway airport, where no teacher can conveniently take a class, but where one television camera may be the "eyes" for thousands of school pupils at once. Perhaps another can be coverage of a significant event in local government which school youngsters would otherwise be unable to experience. For such one-time programs, it is felt that schools which do not own television sets can perhaps arrange to borrow them. As one person put it, "They do it for the World Series; they should be willing to do it for this."

*Interpreting the schools to the community* is a proper function of WTTW, and may be of great benefit to all those who are part of our educational system. Films of school activities, reports on school techniques, demonstration of school achievements generally unknown to the public should bring about better understanding of the educator's problems and the ways he is trying to serve his community.

these services to schools, Channel 11 management could then take stock of its position and begin to shape up a program schedule. The following decisions were taken.

### The Program Schedule — What and When

Programming is to be scheduled from four to ten P. M. Mondays through Fridays. Operation on weekends was temporarily postponed in order to maintain an economical and effective pattern of work, and because many of the best educational and cultural telecasts on commercial stations are on the air on Saturdays and Sundays. The four P. M. sign-on allows for children's programming after school in sufficient variety to attract not only the nursery and kindergarten group but also the boys and girls of elementary school age. We believe our clearest mandate is to provide children's programs of value as alternatives to the children's shows currently available in this time period.

From five to seven P. M. we need to clear our studios of afternoon shows and rehearse for evening telecasts. Instead of going off the air, however, vocal programming will continue listenable but it will not be necessary to watch the screen in order to enjoy the music.

### "Family Viewing" For Early Evening

Seven to eight-thirty P. M. will be what we like to call "family viewing." It is evident to us that many programs in the fields of music, art, science, literature, and current affairs are of interest both to school age children to adults. We hope we can have telecasts which have such universal interest that families may watch Channel 11 together — children watching the programs for enrichment of tomorrow's creative activity, mother and dad for general enlightenment. Teen-age shows will also fall into this period.

Programming from eight-thirty to ten P. M. will be general in nature, with adult subjects reserved for the later hours. Interlaced into the entire schedule will be five hours of the best programs produced by educational television stations elsewhere. WTTW has made arrangements to secure these for Chicago viewers.



September-October, 1955

15