A few interested people have questioned the advisability of operating the station at night when the commercial stations schedule their most popular entertainment features. WTTW management believes there is a simple answer to this: a community station must be operating when most of the community can benefit from it. As soon as there is sufficient community support and financial backing, programming hours can be extended.

## Educational TV
## Needs Promotion Too

It should be apparent from this general account of the building of the WTTW program schedule that Channel 11's audience can be increased greatly through proper promotion. People must be aware in advance of a program which interests them, or they cannot be expected to tune in. Teachers can play an extremely important part in encouraging boys and girls — and adults too — to watch WTTW programs. Arrangements are being completed through the various school systems to provide all teachers and others interested with a detailed listing of WTTW programs in various subject fields.

Here is the point that all the television viewers have frequently lamented the lack of worthwhile programming, and it is up to them to support a station devoted to providing telecasts which can be of real value to the educational progress in particular and to radio being in general. Only through the development of direct interest in its program services can the six million people of the Chicago community be brought to see the great benefits to themselves of such a station as Channel 11. The fact that over 30,000 persons have contributed to the Channel 11 financial campaign is, of course, encouraging. This, however, is only five per cent of the total population.

Educational television can soon become an important aid to the average teacher by providing out-of-school enrichment for school work, by providing alternatives to the current supply of commercial children's shows, and eventually by providing in-school viewing tied directly into the teaching plan. You can do your part by watching WTTW programs yourself, by passing your comments along to the station, and by encouraging others to do the same.

> Education is a painful, continual, and difficult work,
> to be done by kindness, by watching, by warning, by
> precept, and by praise, but above all, by example.
> — John Ruskin

*"Use of Technical Aids in Education"*

Article from Chicago Schools Journal, Nov.-Dec. 1956, pg. 69

members of my cabinet and district superintendents. We have worked together there with our sleeves rolled up, and we have spent our few leisure hours together. These conferences have been highly useful in affording us time to work out our plans together, removed from the telephone and appointment book. But they have served another equally valuable service in the *esprit de corps* that they have engendered. When you get to know your fellow workers as persons, the working relationship is improved too.

## Use of Technical Aids In Education

Another modern trend with which we are in tune is the application of technological inventions to the purposes of education. The most recent and most dramatic is in the use of television as a teaching medium.

With the aid of $165,000 from the Ford Foundation, we have undertaken the presentation of the basic two year courses at the junior college level over Station WTTW. The Board of Education has voted to award the degree of Associate in Arts to those who complete the full course with examinations. Registration is limited to those who would be accepted in the regular courses.

Chicago can well be proud of this venture. At present we have enrolled for these courses the equivalent of 550 full-time students. This is a national "first," and has already quickened the public's interest in our colleges in particular and in continued education in general.

Last spring we made two other uses of TV. One was a series of reports to the response to these was gratifying. The other was a two-week controlled experiment in the teaching of certain units of high school mathematics and physics. Again, the results were gratifying. Other uses of television as an educational medium are under way.

These are all exciting ventures of great potential as a means of offering continuous educational experiences to the population at large. Through television we can stimulate the public to undertake constructive and organized study and we can add to their lives richer rewards from such study.

## Evaluation of the Educational Program

Finally, I want to mention the trend of the present public evaluation of the educational program and of our staff evaluation. Although the public has always been interested in its schools, and Chicago in particular has had the benefits from the watchfulness of such groups as the Citizens School Committee, I believe that the character of the evaluation is changing across the nation.

The White House Conference showed most plainly that the American community wants a strong program of education not only for skill in tool subjects but also for character and a value system. Thus I believe the evaluation has moved from attention to details and wistful comparisons with the past to an assessment of the program in terms of the needs of the present and future, with emphasis upon general educational experiences necessary to life. Education, which has so vast an influence upon the future, must itself keep abreast of the times, remain

*"Educational Television Programs in Chicago"*

Article from Chicago Schools Journal, Nov.-Dec. 1956, pgs. 102-103

Case: 1:10-cv-07003 Document #: 45-23 Filed: 07/06/11 Page 5 of 9 PageID #:744

# News in Education

● Edited by George J. Steiner
Chicago Teachers College

### Educational Television Programs in Chicago

As in other fields of electronics and communication, Chicago has scored another "first" by offering the first coordinated program on television leading to a two-year junior college diploma. Free television courses open to the general public and offering college credit have become a reality.

Since September 13, four courses in general biology, freshman English, social science, and national government have been offered over station WTTW, Channel 11, by the Amundsen, Crane, Wilson, and Wright branches of the Chicago City Junior College, a facet of the Chicago Public School System. Course credit earned by a TV student is identical to that earned by a student taking the same course on campus.

Legal residents of Chicago pay only a tuition fee, $5.00 per semester for one or two courses, $10.00 for three or four courses, fifty cents for each course syllabus, and the cost of textbooks. Suburban and other non-Chicago students pay tuition of $42.18 per course. Registration for the first semester (now in session) totals 1,343 students who average two credit courses per person. In addition to the students registered for credit, approximately 6,000 viewers have paid fifty cents each for a syllabus to audit a TV course. Orders for syllabi continue to arrive at the rate of 100 a day.

In addition to offering these courses, the Chicago City Junior College through its department of examinations is currently testing the efficacy of TV instruction. Three control groups are being studied and compared. The home TV enrollees constitute one group; another is the campus group studying the same subject by conventional methods; and the third group is made up of campus students observing the televised school the teacher. Chicago College with simultaneous instruction by teachers. These groups will study the same material, take the same examinations, and the results will be compared for academic achievement.

Financed in part by the Foundation's Fund for the Advancement of Education, second semester offerings will be made available to interested individuals through registration in February.

It is too early for educators or students to evaluate a TV college. But one thing is certain: There finally is an accredited college extension on one of

A425

Case: 1:10-cv-07003 Document #: 45-23 Filed: 07/06/11 Page 6 of 9 PageID #:745

the 242 TV channels the government has reserved for that purpose. And in this field, as in many other new uses of broadcasting in the past quarter-century, Chicago is the pioneer.

In addition to this coordinated program, "Modern English" a high-school credit course in basic English is being offered by the Chicago Public Evening Schools through Channel 5, WNBQ, each Sunday morning from 10:30 to 11:00 a.m. The thirty-nine week tele-course, which began on September 16, consists of two courses yielding two units of credit, English I followed by English II.

To secure regular high school credit, students enrolled receive one lesson each week via television and a second lesson through attendance at one of the seven Chicago high schools offering the class on Wednesday evenings. The registration fee is $7.50.

Television viewers who wish to follow the course on a non-credit basis without attending the weekly session may secure a course outline for one dollar.

### Achievement of Local High School Graduates

1955 Chicago public high school graduates who enrolled at the University of Chicago achieved an above-average scholastic record, according to a recent report made by university officials. During the year these graduates took 458 comprehensive examinations in eleven subject areas. The results show that in comparing the grades received by the Chicago students with the college-wide achievement, the Chicago students are performing adequately as a group and in certain areas are achieving a higher percentage of A's and B's than the college-wide population. The weakest performance of the group was in English composition.

The percentage of A's received by Chicago students was higher than average in nine out of eleven of the areas tested. The percentage of failing grades was lower in nine out of eleven of the areas also. The Chicago group did remarkably well both in Humanities II and Social Science I. In Humanities II the Chicago group achieved 18% more A's than the general group. In Social Science I, they achieved 21% more A's.

1954 Chicago Public School entrants at the University of Chicago achieved equally good results.

### Study Curriculum Changes For Chicago Schools

Under serious study and consideration at present are two proposals for changes in the instructional program of the Chicago School System. One of these involves the high school curriculum specifically; the other relates to more definitive statements concerning the major functions of living established as guideposts for education some five years ago.

Public opinion and extensive research both indicate a need for painstaking examination of the current high school curriculum, which has not been basically changed or revised since 1937. An illustration of this need is shown by a study of the courses taken by nearly 10,000 June 1956 Chicago high school graduates. Study of the programs followed for four years by these graduates shows that one out of eight did not study mathematics, not even remedial or essential mathematics. The typical student took no practical arts courses (home economics or industrial arts). Foreign language had no depth — there are few three-year language sequences and practically no four-year sequences. Two-thirds of the graduates did not study physics or chemistry. After the required year of art was

A426

*"TV College Students Earn Higher Grades"*

Article from Chicago Schools Journal, Mar.-Apr. 1957, pgs. 225-226

# News in Education



● *Edited by George J. Steiner*
*Chicago Teachers College*

### *TV College Students Earn Higher Grades*

According to a preliminary report made by Dr. Max D. Engelhart, director of the Chicago City College Office of Examinations, TV college students earned higher final examination grades than conventionally taught classroom students in the four courses offered on WTTW—Channel 11 by the Junior College during the fall semester.

On the average the numerical grades earned by TV students in each course were at least ten per cent higher than those of their classroom counterparts. In terms of letter grades from A to D, Dr. Engelhart estimated that TV students were about one-half grade higher.

Research is continuing on the comparison of the performance of the TV classes and the conventionally taught control classes to determine, if possible, what factors account for the grade difference. For example groups will be compared on college aptitude and previous background. Courses involved in this analysis are English 101, Social Science 101, Biology 101, and Political Science 223.

Previous to the semester results noted above, a student reaction inventory to these TV courses was taken in mid-semester. A twenty-four question schedule was submitted to the TV students. A sampling by subject of every fifth response to some of the most significant questions on the schedule yielded results as follows:

How would you rate this TV course?
| | |
|---|---|
| Superior | 22% |
| Excellent | 56% |
| Average | 19% |
| Poor | 1% |
| No response | 2% |

What is your opinion of the difficulty of this course?
| | |
|---|---|
| Too difficult | 14% |
| About right | 82% |
| Too easy | 0% |
| No response | 4% |

How much of the required reading or work do you complete?
| | |
|---|---|
| Over 2/3 | 62% |
| From 1/3 to 2/3 | 28% |
| 1/3 or less | 5% |
| No response | 5% |

How well can you keep up your interest in the TV lesson?
| | |
|---|---|
| Easily | 62% |
| With some effort | 30% |
| With much effort | 6% |
| No response | 2% |

How well does your teacher anticipate and answer your questions?
| | |
|---|---|
| Almost always | 47% |
| Sometimes | 43% |
| Seldom | 8% |
| No response | 2% |

A 427

*"Consolidated Ford Foundation Education Activities"*

Article from Chicago Schools Journal, Mar.-Apr. 1957, pgs. 226-227