| Do you take notes during the TV lesson? | |
|---|---|
| Almost always | 80% |
| Sometimes | 14% |
| Seldom | 3% |
| No response | 3% |

| Do you learn as effectively by TV as you have in other college classrooms? | |
|---|---|
| Yes | 34% |
| No | 21% |
| No experience | 39% |
| No response | 6% |

| Would you recommend this TV course to a friend if it were offered again? | |
|---|---|
| Yes | 91% |
| No | 2% |
| Undecided | 5% |
| No response | 2% |

| How much college work do you expect to complete? | |
|---|---|
| A few courses | 20% |
| 2-year degree | 31% |
| 4-year degree | 41% |
| No response | 8% |

| If regular classroom discussions would be organized in this course, how often would you come? | |
|---|---|
| Once a week | 29% |
| Once a month | 43% |
| Prefer none | 22% |
| No response | 6% |

## Chicago Teachers College Summer Session

The annual summer session of the Chicago Teachers College will be held both at the Main and Sabin Campuses from July 1 to August 23, 1957. Approximately 135 courses will be offered to serve the same groups and under conditions that have prevailed in past sessions. The Summer School Schedule will be available about May 6th. Interested individuals should write for their copy to the Director of Instruction, 6800 South Stewart Avenue, Chicago 21.

## X-Ray Program For Chicago Teachers

Attention of the school personnel is called to April 1, 1957 the day on or after which the state law requires that each employee present evidence of compliance by submitting evidence of the annual chest X-ray.

In general, the same procedures which were followed last year will be operative in 1957. Basically the Board must receive a printed or written notification of the result of a chest X-ray examination given by an *authorized public health* X-ray facility within ninety days of presentation and classifying such X-ray "essentially negative" as to tuberculosis.

By April 1, each school will receive supplies — cards for each employee and sets of directions, to facilitate the prescriptions of the law.

## Consolidate Ford Foundation Education Activities

Activities of the Ford Foundation in the field of education have been combined with those of the Fund for the Advancement of Education. The consolidation of the two programs became effective January 1, 1957.

The action, approved by the trustees of the two organizations, is aimed at giving more effective help to education in dealing with its current problems. Clarence H. Faust, president of the Fund, will become a vice-president of the Foundation but will continue as president of the Fund during a period involving the expenditure of the remainder of the $25 million granted to the Fund by the Foundation in April, 1954.

More than four-fifths of the Foundation's expenditures now nearing the one billion mark have been invested in educational improvement, directly or indirectly. About seventy per cent of

the Fund's expenditures to date has been spent on the improvement of teaching.

### Grads Criticise Quality Of High School Training

Nearly half the freshmen entering college do not return for a second year. Two years ago the committee on school and college relations of the Educational Records Bureau started a study to find the causes of the drop-outs.

In the study *College Freshmen Speak Out* recently published by Harper and Brothers, 470 students in twenty-seven of the nation's leading colleges and universities were interviewed. Giving their opinions on the problems of adjusting to college life, the students came up with some sharp criticisms of high school and college guidance programs and high school curriculums.

One private preparatory school student said "Every high school should strengthen its work in such things as vocabulary, ability to read well and express yourself in writing, complete knowledge of term-paper writing, how to take long tests, and similar subjects. These aren't needed only in English but in every freshman course." This opinion was echoed by others who called on high schools to give more training in technics for college work such as library skills and ability to organize ideas and to carry out long-term assignments without constant supervision.

On the basis of its findings, the study recommended also that high school guidance programs be strengthened. Counselors should be provided with adequate training for pre-college advice and they should be given *ample time* to work with students in defining their individual aims and requirements. The schools should have extensive information about colleges for the use of students and counselors.

### English Voted Most Useful Course

In a recent survey of more than 13,000 employees of General Electric, English won top honors as the most valuable course of study. The employees, all college graduates, named English as most useful for success in business and for the enjoyment of leisure time. The survey indicated that engineering students voted English second only to mathematics as contributing to career success, while non-engineering employees placed it first.

### Chicago Teachers College European Study Tour

The third annual summer tour announced in a former issue of this column has been modified and detailed as follows: Date of departure, July 7; length of tour will be thirty-five days with extensions available for any desired length of time; itinerary to include England, Wales, Scotland, and Denmark; and price is reduced to $1165 for all expenses including round-trip transatlantic flight by way of BOAC, TWA, or other regularly scheduled airline.

Although intensified, the educational phase of the program will still yield six hours of graduate credit. Prompt registration is necessary to assure membership in the travel group which will not exceed twenty persons. Details and other information may be obtained by writing to Dr. David Kopel, Director of the Graduate School, Chicago Teachers College.

### Interim Report on Education Beyond High School

The first interim report of the President's Committee on Education Beyond the High School was submitted to President Eisenhower during the latter months of 1956. This report is tentative in design and nature and attempts

A429

*"Educational Programs on Commercial Television"*

Article from Chicago Schools Journal, Mar.-Apr. 1957, pg. 230

per cent than they had been in 1950. The income of the average industrial worker had increased by almost half in the same period. And the income of the average physician with professional training comparable to that of the faculty member, had jumped by 80 per cent.

By 1956 the average faculty salary would buy about twelve per cent more of goods and services than it did in 1940. The greatest single boost came from the gift of half a billion dollars by the Ford Foundation to colleges, universities, and hospitals, of which nearly fifty per cent was ear-marked for faculty salary increases. Other contributing factors were gifts from business firms, stepped-up money-raising campaigns by alumni groups and by cooperative regional and state groups of colleges.

But there are still some shocking cases of neglect. The president of one small liberal arts college relates what happened when a recruiter from a large company came to his campus. Five of the college's seniors were offered higher salaries to start work upon graduation than the salaries received by any member of the faculty. The president stated that it doesn't take much imagination to see what this sort of thing does to the morale of a faculty.

One of the more devastating results of such recruiting is to make experienced college and university faculty members receptive to offers by business and industry. The senior faculty members have taken the worst financial "beating" in the past sixteen years. The average salary of a full professor still buys less than it did in 1940. This is due to the policy of giving salary increases to beginning instructors for whose services industry has been providing the sort of competition noted above.

Faculty salaries must be increased to a point where college and university teachers will be sharing the general prosperity of the nation. Another twelve per cent increase over the next two years, concentrated in senior faculty ranks, could be counted as good progress in this direction.

### Educational Programs On Commercial Television

The United States Office of Education reports that 198 commercial television stations in this country are carrying a total of 531 educational program series.

The 198 stations situated in 144 cities are those that replied to a questionnaire sent to the 511 stations on the air. The survey showed that these programs are sponsored by eight state departments of education, fifteen county school systems, 160 colleges and universities, thirteen teachers college, sixty-seven public school systems, and five parochial school systems.

The survey included neither educational programs carried on networks nor those carried by the strictly educational television stations on reserved channels.

### New Research Program With Mentally Handicapped

The Board of Education has signed a contract with the U. S. Office of Education which will provide some $600,000 of federal funds to support educational research with educ[ationally] mentally handicapped children [in] Chicago Public Schools.

studies is being unde[r...]
mine optimal cond[itions...]
learning for th[e...]
ticipants i[n...]
are the [...]
cation of [...]
Chicago T[...]
staff has alr[eady...]
details of the [...]
public soon.

Chic[ago...]

230

*"Three Developments at Chicago Teachers College"*

Article from Chicago Schools Journal, Sept.-Oct. 1957, pgs. 35-36

choose teaching again if they were to start over.

Teachers are generally members of a church and are interested in one or more community activities.

## Two Inquiries into American High Schools

The American high school has been the subject of much controversy, criticism, analysis, and over-hauling since World War II. Two specific plans for critical study and analysis of the high school are scheduled for this fall.

The first is a conference co-sponsored by the University of Chicago and the National Citizens Council for Better Schools under the direction of Harold A. Anderson of the University of Chicago's department of education. It will meet in Chicago October 28-30. The complex future of the American high school and the challenge it presents will be discussed by approximately 1,000 invited educators and laymen.

The purpose of the conference according to Lawrence A. Kimpton, chancellor, University of Chicago, is a thorough evaluation of the great contributions of the American high school to American life and to undertake a critical analysis of the role of the high school as it faces the challenge of the new era.

Prominent speakers scheduled for the conference include Lawrence G. Derthick, U. S. Commissioner of Education; Roy E. Larsen, president, *Time*, Inc., and James B. Conant, former ambassador to Germany. Specialists in education who will participate include Francis Keppel, dean, Graduate School of Education, Harvard University; Ralph W. Tyler, director, Center of Advanced Study in the Behavioral Sciences, Palo Alto, California; Henry H. Hill, president, George Peabody College for Teachers; Clarence H. Faust, president, Fund for the Advancement of Education and vice-president, Ford Foundation; and I. James Quillen, dean, School of Education, Stanford University.

The other plan is a Carnegie Foundation study on the American high school, a two-year study started in September. It is headed by James B. Conant, former president of Harvard University.

This study will focus on the problems of the comprehensive high school which offers all types of training — academic, technical, general, and vocational. Dr. Conant will first direct his attention to the education geared to preparing students for entrance to a four-year college, engineering school, or university.

Associated with Dr. Conant are Eugene Youngert, former superintendent, Oak Park and River Forest High School district; Bernard S. Miller, assistant principal, Peekskill High School, N. Y.; Reuben H. Gross, Jr., assistant professor of history, University of California, Berkeley; and Nathaniel Ober, master of art in teaching program, Wesleyan University, Connecticut.

The Carnegie Foundation has voted $350,000 to the Educational Testing Service, Princeton, N. J., for administering the project. Study headquarters will be in New York, but the staff will travel throughout the United States to visit schools in working out solutions to problems which confront the comprehensive high school.

## Three Developments at Chicago Teachers College

1. Planned for completion by 1960 or 1961 is a new and permanent headquarters for the North Side campus of the Chicago Teachers College. At its July 24 meeting, the Board of Edu-

cation approved the selection of the firm of Perkins and Will as architects.

The new campus will supplant the present Sabin and Foreman branches. Its tentative location is at Bryn Mawr and St. Louis Avenues, on land already owned by the Board. The cost of construction will approximate $5,500,000. This was a specific item in the fifty million dollar bond issue approved by Chicago voters on June 3, 1957.

2. After a period of five years, a program of selective admission has been re-instituted at CTC in an effort to attract a higher percentage of capable students to the teaching profession.

At the opening of the fall semester, four seventy-minute examinations had been given to potential students. Those who failed to show an adequate grasp of the basic mechanics of written and oral expression, or exhibited a poor performance in arithmetic, and other such deficiencies suggesting that they would have difficulty in completing a four-year course or in passing a certification examination, were not accepted for admission.

Students with advanced standing from other colleges were accepted if their record averaged "C" or better.

3. The first TV course offered by the College was held during the past summer session. Education 271, American Public Education, a two-hour required course in teacher education was telecast over WTTW, Channel 11. Of the eighty-six registrants for this course, eighty took the mid-term examination. This is heartening in view of the fact that although it should have a widespread appeal, the course material is naturally professional and therefore limited so far as the average layman is concerned.

## U. S. Office Issues
## Higher Education Directory

A total of 1,886 institutions are listed by the Office of Education in its recently released annual directory *Higher Education*. Included for the first time is the calendar system on which each institution operates: semesters, quarters, or other units.

The 1956-57 listing is larger by 31 than last year's total and 187 more than the 1940 figure. The new directory includes institutions offering at least two-year college-level programs and meeting certain other standards.

The largest number of institutions of higher learning is reported by New York State, 153. Next in order are California, 138; Pennsylvania, 117; Illinois, 102; Texas, 96; Massachusetts, 77; Wisconsin, 63; Ohio, 62; Michigan and North Carolina, 55 each; Missouri, 53; and Iowa, 50.

More than one-third or 744 are under denominational control; 481 are privately controlled; 661 are under public control of which ten are under the auspices of the federal government. Coeducational institutions number 1,414; 223 are for men and 249 for women.

The Ph. D. or equivalent degree is granted by 191 of the institutions. Over 500 provide programs of less than four years.

## States Hold Line
## On Certification Requirements

Despite the nation-wide shortage of teachers, more and more states require a college degree for regular certification. All but one state now require a bachelor's degree for high-school teachers and 37 states require the four-year degree for elementary teachers.

According to the NEA's National Commission on Teacher Education and Professional Standards the higher standards will increase the teacher supply eventually since they give the field prestige and make it more attractive to newcomers.

*"New Ford Fund Group Gives Grant for CTC Planning"*

Article from Chicago Schools Journal, May-June 1958, pg. 283

Case: 1:10-cv-07003 Document #: 45-24 Filed: 07/06/11 Page 9 of 11 PageID #:757

### New Ford Fund Group Gives Grant for CTC Planning

The Ford Foundation has appropriated $4,500,000 to establish the Educational Facilities Laboratories, an independent, non-profit organization concerned with research and experimentation leading to improvements in the construction of school and college buildings.

The Chicago Board of Education has received a grant of $15,000 from the EFL to assist in the planning and construction of a North Side campus for the Chicago Teachers College. Funds for the erection of this unit were provided in the 1957 fifty million dollar bond issue.

The new agency will also serve as an information clearinghouse. Its data on school design, building, and equipment will be available to architects and others involved in expansion of educational facilities.

More than half the funds will be used for experimentation in the field of school construction and equipment through grants to educational institutions. The agency will also support several experimental centers which will serve as research laboratories. In most insances, funds will be used for university and teacher-training institution construction planning.

Chicago's General Superintendent Benjamin C. Willis is a director of the new agency.

### Launch Study to Determine Issues in Teaching of English

Four major associations representing teachers of English from the elementary through collegiate levels have launched a series of three exploratory studies to define basic issues in the teaching of English in this country.

Acting under a $25,000 grant from the Ford Foundation, these groups are the Modern Language Association of America, the National Council of Teachers of English, the College English Association, and the American Studies Association. Under the chairmanship of Albert H. Marckwardt of the University of Michigan, two conferences have already been held: one in January and the other in April. A third meeting is scheduled for mid-June.

### Amend Rules Concerning Maternity Leaves for Teachers

Recent action by the Chicago Board of Education provides that a woman teacher is eligible for reinstatement from maternity leave of absence after her youngest child has attained the age of six months. It is now possible for teachers to return to active status after a total absence of ten months instead of waiting until the child is one year old.

### Lower Requirements Fail to Recruit Good Teachers

A state that "toughens" its standard requirements for teachers will have an easier time recruiting new ones according to T. M. Stinnett, executive secretary of the National Commission on Teacher Education and Professional Standards.

Addressing the annual convention of the above-mentioned group in February, Dr. Stinnett pointed out that every state which has tried to lower its professional requirements in an effort to recruit more teachers has found two things to be true:

1. The capable high school senior sees he has a job with no prestige or protection because anyone can get the same job.

2. The competent professional educator leaves because he has no respect for the system.

Dr. Stinnett asserted that in many states a person can still qualify for

*"View Plans for North Side Teachers College Campus"*

Article from Chicago Schools Journal, Sept.-Oct. 1958, pg. 94

In addition to the Atomic and Nuclear Physics course to be offered during the second semester of the 1958-59 school year, the General Superintendent of Schools intimates that courses similar to those now being offered in reading—such as improving the teaching of arithmetic—may be given on early morning TV through and with the co-operation of Chicago Teachers College and its staff.

Information relative to the courses may be secured by writing to the Television Co-ordinator, Chicago Teachers College, 6800 Stewart Avenue, Chicago 21, Illinois.

### View Plans for North Side Teachers College Campus

At the Board of Education luncheon meeting preceding the regular Board meeting of September 24, 1958, Lawrence B. Perkins of the architectural firm of Perkins & Will submitted to the Board what is called a "pre-preliminary" plan for the $5,000,000, ten-building, North Side Teachers College.

To be built at Bryn Mawr and St. Louis on what is now a cornfield at the site of the Chicago Parental School, the proposed college branch is expected to be in operation for 2,400 students by September, 1961. The plans call for a series of inter-connected one-story buildings with courtyards inside the enclosure.

One of the structures will be an elevator building housing the faculty and administrative offices. The classrooms will be expandable and equipped with sliding partitions and movable walls like those found in Japanese buildings, according to Perkins.

### Approve Rule Regarding Taking Collections in the Schools

At its July 23, 1958, meeting the Chicago Board of Education adopted a plan of pupil collections for charitable organizations. Effective as of September, 1958, Board Report No. 65984 states:

1. That children should learn to share with others, that the many should help the less fortunate few. This is a part of their training for good citizenship in a democracy.

2. That a limitation on the number of collection campaigns in any one year is desirable to prevent undue interruption of the classroom work which is the primary function of the schools.

3. That in the conduct of any collection campaign there should be no pressure or embarrassment to any individual child. Voluntary giving should be the rule.

4. That in the fall semester at the time of the Joint Appeal Drive, the Chicago Public Schools conduct a combined appeal campaign.

5. That 70% of the total fall semester contribution be suggested for the Community Fund because of the wide scope of its depth of services.

6. That the remaining percentage of the total contribution be distributed among other organizations according to the most democratic method that can be devised in each school.

7. That in the spring semester a campaign be conducted exclusively for the School Children's Aid Society, an agency giving direct service in clothing and shoes to needy children in the Chicago Public Schools.

8. That any other general or local collections be permitted only on recommendation of the General Superintendent of Schools with the approval of the Board of Education.

### Board Policy on Leave Because of Death in Family

Chicago Board of Education Rule 4-8 (Sick Leave with Pay), adopted September 25, 1957, provides: