*"Highlights of the 1961-62 School Year"*
*par. 8 "Airborne TV will start*
*its first regular programming."*

Article from Chicago Schools Journal, Nov. 1961, pg. 91

# News in Education

● Edited by George J. Steiner
Chicago Teachers College

## Highlights of the 1961-62 School Year

The 505 Chicago public schools opened this fall to the greatest number of students and perhaps to the greatest number of educational innovations in their history.

The record enrollment approximates 492,000, an increase of over 16,000 compared to a similar period last year. Including the students attending the Chicago Teachers College and the Chicago City Junior College branches, the total enrollment reaches 509,088.

Fourteen new elementary schools and five additions were opened in September and another three elementary schools will be in operation in November. These new buildings will provide seats for 18,760 students. In addition, the new Chicago Teachers College North and an addition to Wright Junior College were opened.

19,186 teachers staff these schools, of whom 3,080 are temporary. Temporary teachers are those who are either waiting to take the Board's qualifying examinations, still completing specific requirements, or persons who want to teach only part time. The teacher total represents the largest number in the Board's history.

Innovations introduced for the first time, include the following:

1. The school program is designed so that eventually a bright senior in high school will be able to learn enough in high school to skip the complete college freshman year at institutions which cooperate in such enterprises.

2. The English program from the first grade through high school has been redesigned to bring it up-to-date. This is but the first step in a regular program to revise and modernize all course material every three years.

3. Teaching machines are being introduced on an experimental basis.

4. Space-age mathematics is being extended from honors classes into regular classes.

5. It is estimated that the pupil-teacher ratio will be cut by one — to 33 to 1 in elementary schools and to 24 to 1 in high schools.

6. All pupils in the first, fourth, and fifth grades will be given eye and ear examinations to detect defects that may impede learning.

7. All schools will have television sets on which to tune in educational stations.

8. Airborne TV will start its first regular programming.

9. Electric cooking appliances will be available in home economics courses.

10. There will be no midyear enrollment for kindergarten and first grade.

*"Airborne TV in Operation"*

Article from Chicago Schools Journal, Nov. 1961, pg. 93

cent of the nation's supply of new teachers.

As of February, 1961, teacher-education graduates from these 343 institutions are eligible for automatic certification in the following states: Alabama, Delaware, Florida, Georgia, Illinois, Iowa, Kentucky, Louisiana, Missouri, Nebraska, Oregon, Pennsylvania, Rhode Island, Tennessee, Utah, Vermont, Washington, West Virginia, and Wyoming.

### Airborne TV In Operation

The first full academic year of the Midwest Program of Airborne Television Instruction began September 11, with seventeen courses being broadcast from a four-engine DC-6, carrying two television stations and a 24-foot sending antenna and flying at 23,000 feet over Montpelier, Indiana.

The following courses are being offered at present:

Elementary schools: Arithmetic, grade six; music, grades one to three; music, grades three and four; science, grades five and six; Spanish, grades three to six; French, grades three to six; mathematics for gifted children, grades five and six; English language arts, grades three and four.

Secondary schools: American history; American government; world history and geography; general science for high school.

College: Modern chemistry; modern algebra; biology, beginning Russian.

In addition, two hours of professional assistance in the use of classroom television will be offered teachers each week. It is estimated that more than half a million pupils out of a potential five million in six states are viewing the airborne telecasts this fall.

### Another Look at the School Drop-Out Problem

One out of every three students who entered high school this fall will not graduate three or four years from now. One million boys and girls who should be in high school this fall are not in their classrooms. They decided to drop out, either because they got tired of school or because they wanted or needed to start working.

But here is the sad part of these statistics: The unemployment rate among those who do not finish high school is double that of those who do, and three and one-half times the rate of those who have gone to college. And with the age of automation upon us, the chances of an unskilled person getting a job will diminish greatly.

An all-out effort is under way to keep children in school. The Ford Foundation has allocated a substantial sum to allow half a dozen cities to study ways to keep youngsters in school. And the National Education Association has started a vigorous campaign to acquaint parents and pupils with the importance of a high school education.

How can a parent persuade his child to remain in school? Experts have made extensive studies that might be of some assistance. One such study by the research division of the New York State Department of Education found that students give these reasons, in this order, for dropping out of high school: adverse school experience, desire to go to work, marriage, adverse home circumstances, and poor health.

Among girls, one of the most frequent reasons for quitting school is marriage. Many girls leave to get married at sixteen, seventeen, and eighteen — before they complete high school. And what is more significant, more of the bright girls leave than those with lower IQ's.

*"Airborne TV Adds Courses"*

Article from Chicago Schools Journal, Feb. 1962, pg. 237

need for continued progress in these areas.

Among the Teaching Career Month materials to be available beginning in February will be a theme poster, a fact booklet, program aids, and informational leaflets. Further details can be obtained by writing to the NEA at 1201 16th Street N.W., Washington 6, D.C., or to the Illinois Educational Association.

## U of I Program Aims At Better Articulation

A program designed to bridge the gap between high-school and university work in English is under way at the University of Illinois.

The aim of the program is to have an outstanding high-school teacher educate the English faculty to the problems of high-school teachers, and in turn pass along to his colleagues problems of the college teacher.

Wilmer Lamar, head of the English department at Decatur high school, is visiting lecturer in English at the University of Illinois during the current school year. He is teaching rhetoric and literature courses, is a member of the Freshman Rhetoric Steering Committee, assisting in the in-service training program for new rhetoric teachers, and planning and supervising activities of English teachers who will participate in the School-University Articulation Conferences.

## Airborne TV Adds Courses

With the beginning of the second semester of lesson telecasts on January 29, four courses were added to the Airborne Television program. They are American literature for senior high schools, Spanish for the junior high school, social studies for grades three and four, and primary science for kindergarten through second grade.

With these additions, the Midwest Program of Airborne Television Instruction offers a total of twenty courses telecast each week from an aircraft which circles over Montpelier, Indiana. The four day per week telecast schedule of the first semester is being maintained during the current semester.

Dr. John E. Ivey, MPATI president, has proposed policies by which the 2,000 participating schools could form the nucleus of an organization to take over on a permanent basis the management and financing of the experiment, which is currently financed by foundations and private industry.

Ivey contends that the program can be operated at an estimated $3,750,000 cost annually. Grants from private sources will be sought to offset about half of this cost for next year's operation. With widespread participation, schools can continue the project at a rate of about one dollar per student each year. Within three years, increased enrolment should enable schools to assume complete support of the program at reasonable costs.

School administrators and school board officials are engaged in a series of meetings to determine the steps needed to form the permanent organization.

## State Launches Courses in Education for Survival

More than sixty Illinois schools have launched or are about to commence civil defense adult education classes.

According to George T. Wilkins, superintendent of public instruction, approximately 750 teachers have been

A446

*"Airborne TV Goes on Permanent Footing"*

Article from Chicago Schools Journal, Mar. 1962, pgs. 285-286

full summer's study at a university of the applicant's choice. The other provides specialized seminar training designed particularly for the high school journalism teacher or school newspaper adviser. Both programs carry graduate credits.

More than four hundred teachers in the United States studied under the program last year; the total during the three years the program has operated exceeds 1,000.

Information and application forms for the 1962 Fellowships may be obtained by writing Paul Swensson, Executive Director, The Newspaper Fund, 44 Broad Street, New York 4, N. Y.

## A Look at the Merit Scholarship Program

The National Merit Scholarship Corporation has distributed college scholarships and prizes totaling nearly twenty million dollars since it was established in 1955, according to a report by its president, John M. Stalnaker.

The stipends were received by 4,882 students. The average grant last year was $847, which amounts to nearly $3,400 for a four-year college career. Stalnaker points out that these amounts are about two and one half times the national average of similar awards made by colleges and universities — $340 a year or $1,360 for four years.

Last year 586,813 students from more than 15,000 high schools took the qualifying examination Merit Scholarship administers as part of its process of selecting award winners. About 17,000 of them received offers of financial aid from agencies other than the National Merit Scholarship program largely because of the high grades they earned in the examination.

President Stalnaker said the corporation would continue its attempts to find new means of discovering those who have the potential to become productive in intellectual fields. In 1961 the corporation began an experimental project involving new scholarships for students with exceptional creative ability and other special characteristics and accomplishments. As a result, eighty-five special scholarships were awarded last year.

He described the project as a means of building resistance to enrolment pressures on colleges that can become "tyrannical and pernicious." "If selection favors the compulsive conformer whose only interest is in top grades, it can discourage the independent and creative types," he said. "But selection can also be beneficial in its influences. It can encourage a recognition of the breadth and diversity of talent; it can encourage a variety of types of persons to strive for excellence, each in his own way."

The corporation, which has its offices in Evanston, was founded with grants of twenty million dollars from the Ford Foundation and $500,000 from the Carnegie Corporation of New York. About half of the grants the scholarships agency has made were from funds provided by the foundation; the others were financed by business enterprises, foundations, professional associations, unions, and individuals.

## Airborne TV Instruction Goes on Permanent Footing

Two recent developments have taken place which appear to insure both the future stability and more independent financial status of the Midwest Program of Airborne Television Instruction. One such development involved the incorporating of the program, while the other is a definite plan for income and support.

March, 1962

285

A447

The program is now officially incorporated, being owned and operated by member schools in the six-state area served. The initial sixty-two incorporators include state superintendents of instruction, school superintendents, university presidents, and civic leaders. They will serve as an interim board of directors until member schools in each state elect a new board next fall.

Schools participating in the program at present or other interested school units have until October to become charter members. Such a member school will pay a basic fee of $200 a year plus one dollar per student where the enrolment numbers between 200 and 1,000; or, one dollar per student up to 1,000, then seventy-five cents for each student beyond 1,000. This fee system, supplemented by foundation support during the next four years, is expected to support an annual operating budget of $3,750,000 through 1964-65.

## Codify Responsibility For School Discipline

Recently, pupils of the Chicago Public Schools were given, to take home, a leaflet on who is to do what in order to assure "firm discipline" in classrooms. Responsibilities of parent, pupil, teacher and other school officials are outlined.

In a foreword, General Superintendent Benjamin Willis writes, "This statement with respect to pupil conduct and discipline has been evolved over a period of more than a year in conferences with parents, pupils, teachers, and members of the administrative staff. It is predicated on the firm belief that a well-ordered, friendly atmosphere in the classroom and in the school is essential if each pupil is to achieve at his maximum capacity.

"Neither the words nor the ideas expressed are new, but it is hoped that this analysis will result in greater understanding of this important matter on the part of all."

The following guides and suggestions taken from the leaflet, refer to those sections dealing with the teacher, the pupil, and the parent.

Teaching involves providing a stimulating and effective program of instruction and establishing and maintaining an atmosphere conducive to learning and to the development of sound social attitudes and habits. This is a cooperative effort in which the teacher, with the assistance of the principal, should:

1. Approach his assignment with enthusiasm and regard each pupil as a worthy individual, working with him in mutual endeavor.

2. Plan and conduct a program of instruction which will make each child eager to learn and which will enable each pupil to achieve his full potential.

3. Manage classroom routines so that they contribute to the total instructional program and to the development of civic responsibility on the part of the pupil.

4. Teach the child what is expected of him in terms of conduct in and about the school.

5. Enforce the rules of the Board of Education and of the school courteously, consistently, and justly.

6. Inform parents, in accordance with school procedures, about the academic progress and the general deportment of their children.

7. Distinguish between pupil misconduct which should be handled by the teacher and that which requires the assistance of the principal.

8. Report to the principal any pupil who is defiant, behaves in an immoral manner, uses profane language, is physically violent, or is in possession of a potentially dangerous weapon; or who, in the opinion of the teacher, jeopardizes his own safety, the safety of other pupils or of the teacher; or who seriously interferes with the instructional program of the classroom.

*"Advanced Placement via TV for Gifted Students"*

Article from Chicago Schools Journal, Jan. 1964, pgs. 181-185

# Advanced Placement via TV For Gifted Students

## High School Students Earn College Mathematics Credit

- Hymen M. Chausow
- and James J. Zigerell

Administrators and teachers connected with TV College keep discovering much more about the uses of TV than they set out to discover in the fall of 1956. At that time the General Superintendent of schools and Chicago City Junior College administrators accepted a grant from the Fund for the Advancement of Education to underwrite, in part, an experiment designed to explore the possibilities of offering home viewers, via WTTW — Channel 11, a full junior-college program leading to the Associate in Art (A.A.) degree. After the initial three-year experimental period, upon expiration of the Foundation grant, the Board of Education decided that the success of the project warranted their allocating the entire sum needed to continue the credit television program. TV College is now in its eighth year of continuous operation, enrolling an average of 2,500 to 3,000 credit students each term and an equal number of not-for-credit viewers.

From the earliest days of TV College operations, however, it was obvious that full-credit courses presented on open-circuit television can be used for purposes other than the primary one of bringing a high-quality junior college program to home viewers. A number of "side effects" appeared almost immediately. TV College services, for example, are proving themselves extremely valuable in furthering curriculum development, in improving instructional techniques, and in providing in-service teacher-training opportunities.

---

TV College, a service of the Chicago City Junior College, has, since its beginnings in 1956, attempted to expand its services to those areas for which television education is especially well fitted. Many housewives with young children, employed young adults, invalids, and even prisoners in confinement have earned college credit through TV College. This article reports a recent successful experiment in offering an advanced placement course in college mathematics for high school students. The results reported indicate that television education can perform very well in offering to gifted high school students courses which they might not be able to take at their own schools because of lack of staff or because of small demand for such courses. Dr. Chausow is dean of television instruction for the Chicago City Junior College; Dr. Zigerell is an administrative assistant at TV College.

January, 1964

181

Of all the uses to which the program has been put to date, one of the most promising has been in the area of high school advanced placement. The brief report which follows describes a recent project that had as its objective assessing the value of a program that permitted gifted high school seniors to register in a TV College mathematics course for college credit.

## Math Course Offered For Advanced Placement

The public interest in education, which has been mounting rapidly in the '60's — triggered in part by recent Soviet space achievements — has made it clear that one productive extension of TV College can well be in the direction of supplying enrichment opportunities to gifted high school pupils enrolled in schools without advanced-placement programs. Several years ago, after consultation with District Superintendents, the TV College Dean invited high school principals to allow select seniors in their schools to enroll in a televised college mathematics course. Because of intense interest all over the country in accelerating the progress of mathematically gifted youngsters, this course seemed a good one to begin with.

Principals were to give letters of recommendation to qualified students who expressed willingness to register for the televised mathematics course. Both the principals and counselors, however, were urged to select only those whose records indicated solid academic proficiency. A total of fifty-four students were enrolled at the Bogan, Loop, Southeast, and Wright branches of the junior college for the pilot project, which was to run during the Winter 1963 trimester. The objective was to test the feasibility of using a TV College mathematics course to accelerate the progress of gifted high school students.

## Course Offers College Credit

Students successfully finishing the course were to be eligible to receive both college and high school credit, or college credit only, as the principal concerned deemed advisable. College credit was understood to be transferable for purposes of qualifying the student for advanced placement in the college he planned to attend after his high school graduation. When principals — quite properly — raised the question of what effect this college credit might have on the eligibility of high school students who applied later for college or university scholarships, an opinion was requested from the National Merit Foundation. A Foundation spokesman replied that so long as pupils took advanced placement courses for college credit before high school graduation, they could in no way endanger their standing in college scholarship competition. This opinion removed objections to granting college credit for this advanced-placement work.

The course offered was Mathematics 103, the basic course in college algebra given at the Wright branch of the Chicago City Junior College. The college catalog describes Mathematics 103 as "a standard course in topics of algebra usually taught at the freshman college level." The course had been presented on television in a previous term by the same instructor, a member of the Wright Junior College mathe-



matics department. Before going on the air for the term of the pilot project, the instructor, with his previous experience to guide him, carefully reviewed objectives and content. Thus, these gifted high school pupils were able to view a carefully worked-out course taught by an experienced television teacher at ease with the medium.

### Students Must Fulfill All Requirements

Each of the students reported to a branch of the Chicago City Junior College for registration. At this time he received a copy of the course study guide and the credit information bulletin. Like any other TV student, he was expected to follow the directions laid out in the study guide, submit required assignments, and report for examinations as indicated in the credit student information bulletin.

In addition, all students were informed that they could, if they liked, attend conferences with their TV instructor. They were also given a schedule of times the TV instructor could be reached each week by telephone. (Face-to-face and telephone conferences are scheduled for all TV courses.)

TV College lessons are always telecast during the afternoon hours and repeated on videotape in the evening hours. Since most high school pupils watched the mathematics telecasts at home during the early evening hours, participation in the project in no way disrupted the high school schedule. The evening lesson was aired from 6:00-6:30 p.m., three times a week, in order not to interrupt the study patterns of these gifted young people. Forty-five lessons were telecast in the course of the term.



### Northside Students Attend Supplementary Discussions

To insure satisfactory performance by these gifted youngsters, the thirty-eight students enrolled who came from school districts immediately adjacent to the TV College Office (housed in the Wright Junior College building, 3400 North Austin) were required to report once a week for an extra hour's discussion under the guidance of the TV instructor. To test the value of follow-up discussion, Southside pupils, located on the other side of the city, were restricted to viewing telecasts only and attending the voluntary conferences scheduled for all TV students. Final grades made by gifted pupils were to be compared with those made by mature at-home viewers.

It should be noted that such an arrangement, whereby teenage TV students are given supplemental classroom instruction, is by no means unusual. Early experience with college-age students viewing telecasts in classrooms showed them, for the most part, to be in need of instruction beyond that supplied by the teacher on television. In fact, during the first years of TV College operations, when they were not given extra classroom instruction, their final grades were found to average a half-letter below those of home viewers. Furthermore, the withdrawal rate in these early "TV-in-class" groups was significantly higher than that in conventionally taught classes. Since it was clear that groups of young, non-select students required supplemental instruction from a classroom teacher, it soon became established procedure for Junior College branches offering TV instruction in class to provide an hour's follow-up discussion each week.

### Seventy-two Per Cent Complete Course

All in all, thirty-nine high school students, 72 per cent of those originally enrolled, completed the course; 92 per cent of those completing the course earned A's or B's as final grades. Despite the seeming advantage afforded pupils attending the extra weekly sessions, an analysis of final results showed no significant differences in performance between the Northside group and the Southside group.

The fact that Southside pupils who were not given the supplemental hour's instruction, performed as well as North-

side pupils confirmed what teachers have known for a long time: that is, the gifted youngster is often capable of driving ahead on his own, his enthusiasm sustained and sparked by the excitement of discovery. In this respect he is like the well-motivated student of mature years. The TV instructor reported that only a small part of the discussion carried on in supplemental classroom sessions had to do with requests for clarification of material presented on the air. Rather, these gifted pupils preferred to raise issues of more general mathematical interest, with the result that sessions became lively give-and-take rather than mere supplements to the TV lessons. In brief, the experience demonstrated that follow-up discussions needed be provided only for television students of average ability.

### High School Students Show Superior Performance

The performance of the thirty-nine high school students finishing the course was also compared with that of a like number of home viewers selected at random. The latter group scored 66 per cent A's and B's. The median instructional score of these home viewers was a half letter-grade lower than that made by the gifted high school seniors. This difference takes on meaning when it is recalled, as has already been noted, that home viewers score consistently a half letter-grade higher than average college students on campus.

The project just described leaves no doubt that TV College courses can play an important part in accelerating the progress of the gifted, particularly in schools without well-developed advanced-placement programs of their own. On the basis of the experience with mathematics just described, TV College will make every effort to expand its advanced placement program. Principals will be asked to recommend gifted seniors for enrolment in college credit courses in succeeding trimesters.

Readers may be interested to learn that last summer more than 1,200 secondary schools participated in a program of televised advanced placement courses presented by Channel 13 — WNDT, the New York City ETV station, in cooperation with the Fund for the Advancement of Education, the New York State Education Department, and the College Entrance Examination Board. This development further strengthens our belief in the value of our own program.

In the future, however, to reduce the number of students withdrawing from televised advanced-placement courses, and to guarantee a still higher level of achievement, satisfactory performance on pre-tests will be made obligatory for all high school students recommended for enrolment in TV College courses.