*"New TV Channel for Chicago Education"*

Article from Chicago Schools Journal, Feb. 1964, pgs. 234-235



# News in Education

- Edited by George J. Steiner
  Chicago Teachers College South

## National Science Fair
## To Be Held in Baltimore

The fifteenth annual National Science Fair will be held from May 6 to 9 in Baltimore, Maryland. Students in grades 10, 11, and 12 who are winners in affiliated local science fairs from public, private, or parochial schools may participate in the program.

Winning students from local fairs will be sent to Baltimore by sponsoring organizations. Cash prizes, expense-paid trips, scientific equipment, and certificates and plaques are awarded by medical and scientific societies; government agencies; branches of the armed services; and Science Clubs of America, sponsor for the program.

Suggestions for science projects, handbooks for teacher-sponsors, and other details are available from SCA at 1719 N Street, N. W., Washington, D.C., 20036.

## EPC Urges Free
## Two-Year College for All

The Educational Policies Commission, a group of leading educators, recommended early in January, 1964, that two years of college should be available free of cost to all high school graduates.

In its statement, the Commission said, "Unless opportunity for education beyond the high school can be made available to all, then the American promise of individual dignity and freedom cannot be extended to all." It emphasized that the two years should be directed primarily at intellectual growth, not vocational or technical training.

The Commission is sponsored by the National Education Association and the American Association of School Administrators, and has a membership of twenty leading educators in the United States.

## New TV Channel
## For Chicago Education

The Chicago Educational Television Association is one of the recipients of the first five grants under a federal program designed to encourage establishment of new and improved educational television broadcasting facilities.

The first five grants are aimed in aiding projects costing an estimated $1,292,460 and providing educational television service for the first time or in expanded form to areas with more than 9,000,000 people. Recipients of the grants provide additional funds. These grants were made under the

*Chicago Schools Journal*

A454

Educational Television Facilities Act of 1962 by which Congress authorized appropriation of $32,000,000 in matching funds to encourage state educational television agencies, publicly supported schools and colleges, and non-profit community associations to use TV channels set aside for education by the FCC.

The Chicago Association received $299,619 to establish a new station on Channel 20, contingent upon a construction permit by the Federal Communication Commission. The new station will program thirty hours a week of instructional telecasts to classrooms, relieving the crowded Channel 11 schedules and allowing for a more diversified service.

# Major Educational Events of 1963

As culled by Ben Brodinsky, president of the Educational Press Association of America, the ten major educational events of 1963 are as follows:

1. *The U. S. Supreme Court declared it is unconstitutional for boards of education to require Bible reading and recitation of the Lord's Prayer in classrooms.* The decision came on June 17. In the majority opinion, Justice Tom Clark stated that "In the relationship between man and religion, the state is firmly committed to a position of neutrality."

Some school boards accepted the court's ruling swiftly and totally. Others hedged, stalled, or ignored it temporarily. It was not until the middle of November that the Connecticut states attorney issued an interpretation of the ruling. He reaffirmed that school prayers must be banned, but that teachers may sponsor in their place periods of silent meditation and readings from speeches of great Americans.

2. *Governor George C. Wallace stood in the doorway of the University of Alabama at Tuscaloosa and blocked — temporarily — the enrollment of two Negro students.* Four hours after the governor said "Stop," his state guardsmen were federalized, and he was powerless to halt the integration of the university. That evening President Kennedy made a nation-wide TV broadcast in which he urged the resolution of "our moral crisis" by supporting the Negro cause.

Three months later, Governor Wallace again attempted to halt integration of public schools in Birmingham, Mobile, and Tuskegee. He ordered national guardsmen to bar the entrance of Negro pupils. Again, President Kennedy federalized the soldiers and Governor Wallace capitulated.

3. *Chicago Negroes and whites staged the largest civil demonstration in history, protesting against de facto segregation in public schools.* This event reflected one of the grave issues in American education, school segregation in the North, East, and West. Throughout 1963, Negroes protested racially imbalanced schools in major cities of the United States and demanded improved education for Negro children.

4. *Prince Edward County, Virginia, which had closed its public schools in 1959 to avoid integration, began to offer free public education for whites and Negroes.* However, this education was not provided through the medium of integrated public schools. Instead, individuals distressed by the black-out of public education in an entire county, organized the Free School Association, raised private funds, and hired Superintendent Neil V. Sullivan to direct the instructional program. The heavy-duty chains which had barred the R. R. Morton High School in Farmville, came down. Negro and white pupils sat next to one another in the classrooms. Money and books poured in from all over the land to support Sullivan's work.

5. *President Kennedy prodded America's school system to convince the dropout that he should return to school, and used $250,000 for this purpose.* The money was used to pay the salaries of 600 guidance counselors who launched a door-to-door campaign during August to get dropouts back to school. It was successful in the beginning at least, in that about 75,000 dropouts returned to classrooms in September.

But within weeks, dropouts began to leave school again. They were disappointed to find the same type of courses that had disillusioned them with school in the first place. According to the director of the

A455

*NEIU Press Release*

*Groundbreaking NEIU March 31, 1960*



The ground breaking for Northeastern Illinois University (formerly Chicago Teachers' College-North) occurred on March 31, 1960. Members of the school board at that time, appearing with spades in their hands (from left to right) are Mrs. W. E. Green, Dr. J. L. Reichert, Mr. E. F. Scheffler, and Mrs. J. B. Allen. Architects for the school, Mr. L. Perkins and Dr. B. C. Willis, looked on.

The new school opened its doors in September, 1961. Northeastern has grown from an institution with the sole purpose of training teachers into one with a main campus and three off-campus academic outreach centers offering undergraduate programs in 41 fields of study.

###0###

A456

*__Reminiscences about Northeastern Illinois University__*
*by Jerome Sachs*

(book excerpt) Ch. 1 "The First Year" pages 6, 7, author biography
discussing NEIU history

Reminiscences About
# NORTHEASTERN
# ILLINOIS
# UNIVERSITY

or

## There Must Be a Pony Here Somewhere

by

## Jerome M. Sachs

A457



**Jerome M. Sachs** is president emeritus of Northeastern Illinois University. After devoting more than thirty-six years to higher education, he retired from the university in 1973.

A busy and distinguished academician, Sachs served as a lecturer at Northwestern University, the University of Chicago, and DePaul University. He taught the first experimental mathematics course telecast on WTTW-TV, an in-service training course for teachers on WGN-TV, and a television series in enrichment mathematics for Midwest Program on Airborne Television Instruction.

His first book—*Basic College Mathematics*—was published in 1960, with a second edition issued in 1961. *Exploring Mathematics*, his second book, was published in 1961.

As a well-versed spokesperson in the field of education, Sachs initiated, supported, and participated in the Chicago Consortium of Colleges and Universities, worked with the Illinois Testing Commission, Committee Q – the Illinois Board of Higher Education, the Urban College Committee and Urban Education Subcommittee for the American Association of Colleges for Teacher Education, and the Union of Experimenting Colleges and Universities. Sachs is also well-known in the professional community of the Chicago Metropolitan area. He is currently a vice president of the North River Commission, chairman of the North Park Advisory Council, member of the board of directors for the Center for American Archaeology, and a consultant and project manager for the Executive Service Corps.

A458

for a unique institution to educate teachers of unusual competence and quality and of the man who had been brought to Chicago from Texas to weld all of these dreams and plans into operational reality. Students were to occupy the beautiful new facilities the following September. Dr. Willis invited me to transfer from the old campus in order to be part of this exciting new adventure. He discussed with me the roles I might play in addition to teaching mathematics. He left without making a definitive offer but assured me that I would soon hear from Dean Jervis.

A short time later, I received a letter from Jervis telling me that he would be in California recruiting faculty, and suggesting that we meet. We lunched together; our conversation was less a dialog than a monolog. Roy Jervis was an enthusiast, a true believer, some might say an evangelist. During lunch and for an hour afterward he told me of his plans, hopes and dreams. Before we parted, he suggested that he was considering asking me to come to the new campus as Academic Dean and Professor of Mathematics. I told him that though I was returning to Chicago in late June, I would not be able to take part in the summer planning sessions because I had a contract to complete video tapes for the Midwest Program on Airborne Television Instruction, but I would be available when the campus opened in September. The arrangement was agreed to by Dean Jervis and when I received a written offer to come to the new campus as professor and dean, I accepted.

Back in Chicago, I found that the TV commitment kept me so busy that I was able to have only minimal contact with the planners preparing for the opening of the campus. The people of the planning cadre, faculty, and administrators, were meeting at the Mayfair School a few miles from the campus site. I visited Mayfair once and was aware that the atmosphere was tense and highly charged, but I thought, naively, that this would change when all energy was focussed on the primary business of encouraging students in the learning process.

Just before the fall term began, there was a dinner party for faculty and administration at the Tam O'Shanter Country Club. This event gave me the opportunity to talk to old friends as well as to some of the new faculty recruited by Dean Jervis. The faculty consisted of those who had been at the Sabin Branch of the Teachers College, a satellite of the original main campus; a few of us who had been asked to transfer from the main campus; and a corps of newly recruited people. The featured speaker at the dinner was Harold Lasswell. I knew his reputation as a distinguished scholar and expected a philosophic presentation with sharply delineated principles. I also hoped for practical suggestions for applying those principles. What I heard was a collection of vague generalizations which sounded fuzzy to me and which I was unable to put together into a coherent whole. These seemed unrelated to the tasks we faced in our attempt to create a new and more effective way to educate teachers. Perhaps the lack was in me rather than in the speech.

A459

located near my office and she provided me with secretarial services even though her assigned duties did not include the valuable assistance she gave to me.

Looking backward, I realize that it was naive of me not to wonder if my multiple assignments, my teaching duties (I had three sections of mathematics while many teaching faculty had only two classes as total load), my isolation from the others in administration and my lack of secretary were deliberate, not just the result of thoughtlessness or confusion. There was plenty of both. I will say more about the administrative organization later.

My classes provided me with a great deal of satisfaction. Since I was completing my taping at WTTW, (Chicago's public television station) then housed in the East Wing of the Museum of Science and Industry, I began each day with a disgustingly early television session. (I have never enjoyed rising with or even before the sun.) After the taping, I would drive across the city to the campus, often staying until late in the evening.

The administration of the Division of Communication Skills required much time and effort. I cannot pretend that I was successful in making a coherent whole out of its disparate parts. With my own discipline, I was relatively comfortable, since mathematics can be seen as a symbolic language which is, I believe, closely allied to the humanities. (To see this alliance, you must accept my most nontraditional definition of humanities as encompassing all areas of knowledge, investigation and research entirely or almost entirely conceived in and developed by the human mind, and only these areas. Thus music and art may not qualify as humanities but literature and mathematics do. I would be reluctant to express this opinion in an area of my ignorance, but a term on the Illinois Humanities Council convinced me that a humanist's definition of humanities satisfies no one except the one who wrote it.) It was as difficult to integrate distinct disciplines as it was to seek relationships between languages.

The greatest trials came in English. Faculty dedicated to the development of American English with a linguistic emphasis had goals not shared by those who insisted that as first priority students must be able to write acceptable prose, or must be familiar with literature or must be articulate and capable of making well-organized oral presentations. At times, it was not possible to get some of these antagonists to talk to one another calmly and rationally, much less work together to produce a "new" framework within which to attain the ideals of the planning committees.

Dean Jervis did not help when he designated an unpopular and controversial professor as his linguistics expert. This man, substituting the support of the dean for tact and persuasion, did much to polarize an already divided group. Although this professor frequently assured me that he knew my problems in trying to bring factions together, I learned from Dean Jervis late in the first year that "my friend" had reported that I opposed linguistics and was trying to sabotage the program. In resolving the differences I was successful only in being able, at times, to avert open war.

Another assignment which took much effort was the chairmanship of the Curriculum Council. I gave this task high priority since I felt that students had a right to know, early on, the precise requirements for a degree. The first meeting of the council opened on a sour note of disagreement which shows why we moved so slowly despite acknowledged urgency.

One member opened the meeting with the remark, "We have one advantage;

A460

*__Early Times at Northeastern__*
*by Duke Frederick*

(book excerpt) pages 20, 46, 47 discussing NEIU history



# EARLY TIMES AT NORTHEASTERN

## duke frederick

A461

Now we all began to wonder and speculate: who would be the head of the new college? My own favorite was John Pfau, but he had gone to California, was moving up rapidly in the state college system, and was committed to staying there. Dean Cook presumably wanted to be either dean of the new campus or chancellor of the system, but we all were aware that Ben Willis didn't like him and probably wouldn't appoint him.

Some thought Jerry Sachs might get the job. Many of us knew Jerry. He had been on the South Side faculty, had been dean of Southeast Junior College, and had recently been involved, as the star performer, in an innovative TV teaching program on WTTW, teaching mathematics from an airborne studio flying over the Chicago area. Ben Willis was thought to have a very high opinion of Jerry, but Jerry was on an appointment as visiting professor at Berkeley during the year 1960-61, and may not have been considered for that reason. He would have been a fine choice.

Instead, as we heard in the fall of 1960, Willis picked a man from outside the system, Roy N. Jervis. None of us had ever heard of him, or knew anything about him. About all we could find out before we met him was that he had a Ph.D. in biology from the University of Michigan, that he had been teaching at East Texas State College, at Commerce, Texas, and that he pronounced his name "Jarvis." I'm still not sure how he met Ben Willis and persuaded the president-superintendent to give him the job.

We first met Dean Jervis when he visited Sabin in the fall of 1960, and spoke to the faculty. He was a tall, rather gangling, dark-haired man with a pleasant manner. The meeting was in the auditorium, and Jervis spoke for about an hour. He had a fervent, emotional, almost messianic way of talking, as he laid out his views on what the new college was to be. Like nearly everyone else present, I was bowled over. I found myself agreeing with just about everything he said. Essentially, he took a liberal arts-general education approach to teacher education. We would grant only the B.A. degree, not the B.Ed. He put a heavy emphasis on the social sciences, and indicated there would be a large number of required hours in that area. He also stressed the necessity of training in the humanities, and in foreign languages. He talked about linguistics, and mathematics. He also insisted that proper education in ecology was a requirement in our times, and was one of the earliest advocates, so far as I know, of that field of study. He came out strongly in favor of an interdisciplinary approach, said he didn't like the traditional departmental organization, and indicated that there would be a divisional structure in the new college. He also told us we would have at our disposal all the resources of technology that could be adapted to teacher education: television, a teleprompter system for using audio-visual aids, advanced data-retrieval systems, even a special phone dialing system for dictating letters, memos, and scholarly papers. He also indicated that he intended to see that we got substantial salary increases. Together, we were going to build the most innovative and greatest college in the whole country, maybe the world.

This was heady stuff. Most of us came out of that meeting walking on air. The only exception I recall was Bill Groenier, who remarked, as we walked out, "That sounded like a lot of bullshit to me." But, I thought to myself, Bill was a very nice guy and a very solid man, but still he was an old timer, and unduly suspicious of this bright new order of things. But in a fairly short time it became apparent that he might be at least partly right about it.

20

A462

a state college. Then, we could become a real college, not just a teachers college. If we could only go state the future seemed limitless.

Soon, desire and reality merged. The Board wished, we learned, to shed its responsibility for higher education. Negotiations were under way between the Board of Education, the state legislature, the governor, and the Board of Governors of State Colleges. The city junior colleges were to have their own board. We, along with Chicago Teachers College South, were to become a state college under the control of the Board of Governors; we would be a part of the system that included Eastern and Western State Colleges. Hallelujah!

This momentous change was consummated while I was on leave, in the academic year 1964-65. Those years were euphoric. Edris and I got married, I finished my dissertation (the Ph.D. was awarded in 1966), we became a state college. What more could any man want?

The faculty was assured, in writing, that we would be protected in all the rights we had under the Board of Education, and would now acquire all the rights and privileges of faculty members under the Board of Governors system. The practical meaning of this was that we would have the rank we then held, that those who had acquired tenure under the Board of Education would have tenure under the Board of Governors, and that we would be taken into the Board of Governors retirement system with full protection of the rights we had accumulated under the Board of Education.

The change became official on July 1, 1965. As of that date, Chicago Teachers College North became Illinois Teachers College, Chicago, North. An awkward name. Soon, we were sure, it would be changed to something more euphonious: something like Northeastern Illinois State College.

Once we had become a state college, the big question was who was going to be president. Jerry Sachs had done a fine job as dean. It seemed logical to suppose he would be president under the Board of Governors. The problem was that the Board of Governors had an inflexible policy against promotion to president from within. But to us this didn't seem to be relevant. Jerry was already operating head of the college. Making him president would simply be a change of title, and a well-deserved recognition of a job well done.

As it turned out the Board of Governors agreed with this view of the matter. There was a search and screen committee (with no representation of the faculty). The committee recommended, and the Board agreed, that Jerry Sachs should be the president. It was the first time in the history of the Board that a man already in the system had been made president of one of the Board institutions.

### XXXI.

Those years from around 1962 to around 1966 or '67 were, in retrospect, the Golden Age of the college. We still had our special identity. The essentials of what made us unique were still intact. The quality of the faculty was excellent and improving. The library was growing. Our students were of high quality. The college was still small enough to be comprehensible and manageable. Many of the suspicions and conflicts of the past were being laid to rest. That was a time of accomplishment, of promise, of hope.

In a way, the symbolic high point of the college's history came on a fall day in 1966 when Jerry Sachs was installed as president. Many dignitaries were here. There was a good deal of pomp and academic pageantry. The whole campus seemed to be overflowing with good feelings and good will.

Among those present was the chairman of the Board of Governors, Paul Stone. Mr. Stone was an affable man, a politician, from downstate. I met him, and chatted with him briefly. I uttered some pleasantries about how great it was to be part of the state system, and how we were all looking forward to our future as a state college. In reply he made a remark I found only vaguely disturbing at the time; since, I've come to think of it as a pronouncement of doom. "Now," he said, "you have to grow. Numbers is the name of the game."

The implications of those words only gradually became apparent over the next several years. They were also the years that brought us the "student revolt," the SDS, black power, and a general erosion of the authority of rationality and academic learning. In that time the college was changed, fundamentally and permanently. Those were interesting years, in the sense implied by the ancient Chinese curse: "May you live in interesting times."

But that's another story.

46

47

*A* 463

*"Educational Television Takes Off"*
*Interim, September 22, 1961*

Article from "Interim – Chicago Teachers College-North" Vol. 1, No. 2, pg. 6

"Noise is the most impertinent of all forms of interruption. It is not only an interruption, but also a disruption of thought.
        SCHOPENHAUER

# Interim

Essay Contest
Page 2

Volume 1 — No. 2                    CHICAGO TEACHERS COLLEGE-NORTH                    Friday, September 22, 1961

# Coffee Shop Opens Limited Service

The coffee shop has reached partial completion and opened for limited service to CTC students and faculty September 13, while Mrs. Helen Straz, Luncheon Manager, is preparing to open the cafeteria.

Wrapped sandwiches and packaged snacks were offered in addition to coffee and milk.

The coffee shop will be open from 8 a.m. to 5 p.m. daily and evenaually the cafeteria will be open from 11 a.m. until 2 p.m. Hot and cold lunches will be served daily in the cafeteria.

Although self-operated dispensing machines for hot beverages have not been included in the lunchroom service, early morning arrivals will find sweet rolls and coffee are being offered in the coffee shop. Plans are in the making for complete breakfasts to be served when the cafeteria is completed. No definite date has been set for the opening of the cafeteria.

The cafeteria, which has adequate seating arrangements, is centrally located facing a fish pond and terrace. The faculty dining room, opposite the students dining room, will face a garden.



DR. THOMAS FARR
Chairman of Social Science Division

## Physical Education Solution: Improvisation



MR. GUS ZIAGOS

"Improvisation is what we called it in the Army," remarked Mr. Ziagos explaining the present physical education program. "We have to made do with what we have." However, by January 1, 1962, the physical education facilities will be ready for use, according to Dean Jervis.

At present, the programs in effect are recreational games, health, first aid, Latin American rhythms, and the r e q u i r e d introductory course. All of these require a minimum space and equipment.

In 1962, a five-point plan is hoped to be effected. This will include a regular physical education program to fulfill the required five hours of credit, an intramural program, to be initiated by interested groups, the availability of facilities for individual and group use during leisure time, an outdoor program for classes and extra curricular and the establishmnt of a Men's Athletic Association (MAA) and a Women's A t h l e t i c Association (WAA).

"And what about our swimming pool?" comes a favorite inquiry. A hexagonal, olympic size pool is promised by January also. It should be available for extra-curricular use as well as for classes.

Working on the theory, what is good for the body is good for the mind, activities will be encouraged which will benefit future teachers. Extra curricular activities will be determined by the student's willingness to participate and by what is physically and mentally beneficial.

## Student Govt.

A meeting regarding the formation of a student government will be held Wednesday, October 4, in the Little Theater.

All students interested in organizing a student government are invited to attend.

Dr. Smith and Mr. White will conduct the meeting.

# The Unique Social Science Program

The Social Science Division at Chicago Teachers College has received high praise from influential figures in education. The Interim, in interviews with Dr. Farr, head of the Social Science Division and other members of the division, have attempted to bring out the unique factors which have brought it praise.

The emphasis in the Social Science Division is being placed on the integration of the various courses, through numerous faculty conferences a basic curriculum will be worked out. But within this basic framework there will undoubtedly be divergent opinions on specific subjects.

The Social Science staff will try to supply the student with the necessary tools for intelligent inquiry in the various Social Science fields. It is hoped that these tools coupled with student interest will lead them

to develop an understanding of the world in which they live.

The students should be able to utilize the information gained in each of his classes in the Social Science Division so that it will be of use to him not only in that one particular class but in all of them.

Through this approach students can make use of their full potential in their abilities to think by seeking knowledge through independent study.

Lectures, group discussions and other facilities will be utilized in these programs of independent study and adapting these methods to the purpose of such study.

Although the objectives of the teachers of the different courses are similar and all are concerned with the integration, the interrelationships between courses are more apparent to the students and separate courses will reinforce each other.

A464

Case: 1:10-cv-07003 Document #: 45-26 Filed: 07/06/11 Page 17 of 20 PageID #:791

# Educational Television Takes Off

Twelve years of development and two years of tests brought the Midwest Program on Airborne Television Instruction (MPATI) to 100 school districts in six states (Indiana, Illinois, Kentucky, Michigan, Wisconsin, and Ohio) this month. The present television curriculum, limited by the FCC to broadcasts on two channels, consists of eight one-half hour courses televised Monday through Thursday.

Seven million students in 13,000 classrooms across the six state area are viewing modern algebra, science, arithmetic, Spanish, English, music, world history or American history courses. In the future MPATI may broadcast 40% at the grade school level, 40% at the high school level, and 20% at the college level. Full scale operations will be based on six channels rather than the present two.

The MPATI is reaching rural schools where better personnel and equipment are lacking. Parents at home are able to look in on their children's classes. Shut-in children can keep up with their education. Each MPATI student has TV contact with the best teachers and with otherwise impossible scientific demonstrations. The Educational Testing Service finds that with MPATI, students will make equivalent or better grades than without MPATI.

A television teacher must have a dynamic personality. He must be thoroughly familiar with student behavior and reactions which he can no longer observe first hand. Out of 300 screened applicants, 88 persons were chosen as potential television teachers. At present seventeen TV teachers comprise the MPATI classroom staff which worked two months with television production experts in planning the curriculum for this fall's program. Television teachers spent from twelve to twenty hours in preparing each of the four lessons every week.

With the advent of MPATI the role of the classroom teacher is slightly redefined. Classroom teachers, along with school principals and administrators, attend a five day workshop on the why's and wherefore's of educational television (ETV). The classroom teacher is supplied with a manual on the use of ETV. Publishers and school librarians, kept informed through MPATI, will stock texts, syllabi and other written materials supplementary to MPATI telecasts. The classroom teacher may seek professional and technical aid from area resources. In Illinois area resource leaders are located at Northwestern, De Paul, Northern Illinois, and Illinois Universities. Educational TV may give the classroom teacher more time to work with individual and group situations among his students. In the future non-professional chores may be shifted to assistants and interns. Educational television may even permit salary increases for school faculties.

The cost of MPATI through 1962 will be $7 million. It will cost an additional $2 million for every year of operation after 1962. Industry has subsidized the present MPATI project. These figures, however, do not include the cost of the classroom facilities which are the responsibility of the individual school. The cost of equipment for one classroom located in the middle MPATI receiving zone for instance is about $500. As few as twenty or as many as 700 students could simultaneously use one such set of equipment (TV, antenna, converter, etc.).

A DC-6 circles over Montpelier, Indiana, at an altitude of 23,000 feet. Its 23 foot antenna transmits high frequency waves within a six state area to the TV sets of students who view their 'animated textbooks' for one-half hour intervals. The DC-6 or its identically equipped companion plane, says MPATI, will operate at maximum efficiency, failing only because of unforeseen technical difficulties or adverse weather conditions. Should MPATI prove successful, the nation's school systems may be in for a high flying overhaul through educational television.

# CHICAGO PARENTAL SCHOOL: AN ANSWER FOR PROBLEM CHILDREN

Each child is distinct. Each child has a different set of problems. Some of these problems are so pronounced that education is affected. Children with well-defined differences are often the disrupting force in their fellow students progress in the normal school situation. Because of this, large school districts have special schools for children with unusual difficulties. When the number of students with similar problems requires it, a school is formed to cope with that particular adjustment need.

This is the reason for the existence of Chicago Parental School. The most prominent difficulty, which leads to commitment, is truancy. No child is committed who has been convicted of a crime normally leading to restriction in a penal institution.

It is the only residential type of school in the Chicago Public School System, which makes it quite unique. Its dual organization provides for care of the physical well being of a child as well as his intellectual growth. The residential division is headed by Superintendent Meegan. It's his job to take care of the four cottages and admittance section of the main building. He sees to it that the inmates are well fed and clothed. The live-in family instructors are under his direction and guide the pupils in the actual maintenance of the cottages. The students make their own beds, wash the floors and do whatever other task necessary to keep the buildings livable. Supt. Meegan is constantly pressing the Board of Education for more and better equipment. He says that progress is slow but definite.

The buildings are old, but well built and sound. A cottage contains a refectory, kitchen, recreation room (replete with pool tables, checker boards, ping pong equipment, television and enough else to keep the recreation periods active), washroom with showers and a dormitory with beds, some-what sagging, but clean. What is called a cottage is actually two identical units containing all of this.

The food is cooked in the kitchen of the main building, and while some of the inmates are fetching the food from the main kitchen, others are setting the tables in their cottages. According to Supt. Meegan the food is really fine. He eats there three times a day.

The paint on the walls is badly chipped. Apparently the reason for this is inadequate ventilation, causing the mist and steam from the showers to blister the paint. All of the walls are in need of a new coat of paint. They look as if they have not been painted since the buildings were constructed. This disturbs Supt. Meegan since he believes "that the physical appearance and attraction of the building has much to do with the behavior of the child." Keeping the schools in top notch condition is the job of the Board of Education. All orders for painting and other extraordinary maintenance come from them.

The education division is headed by the school principal, Mr. Henry Tessmer. Mr. Tessmer likes to think of the school as a separate entity. "As far as I'm concerned," he said, "it is as if they are coming from their homes to attend the average school." Of course, he recognizes the special position of these pupils and has made provision for them.

There is a psychologist on the staff and there are always counselors available for the students. There is a Protestant Minister assigned as Chaplain to the school. His salary is paid by a Protestant women's group. The Catholics are cared for by a priest from the local parish. A Catholic Chapel on the third floor is considered an outstation of the parish, and all of the materials belong to the parish Church. There are no other religious denominations represented.

The ideal number of students for the institution is 180. At the present time the number is well under that, because the truants held over from last semester were released at the beginning of this one. By the end of this semester the number will greatly exceed 180.

When a student is admitted he is held for forty hours while the results of his physical and mental tests are compiled. The youngster is then placed in a grade level. The age group at the school is from seven to sixteen, and this, along with his intellectual ability, help decide the grade level into which he will be placed. The intellectual ability is determined by his reading achievement, which according to Mr. Tessmer, has proven satisfactory in most cases.

Because of the quality of the teachers and the special classroom situation statistical evidence has shown that normal grade achievement was doubled in the Parental School instructional setting. The percentage of those returning for a second or third time to the school is 30%. Many of the student have done quite well after leaving the institution.



CHICAGO PARENTAL SCHOOL

A465

*"TV College Films Shown in Theatre"*
*Interim, October 12, 1961*

Article from "Interim – Chicago Teachers College-North" Vol. 1, No. 3, pg. 11

| If they give you lined paper, write sideways.  Teufelsdröckh | *Interim* | Friday, October 13 marks the end of the six weeks period during which students may drop courses without penalty. |

Volume 1 — No. 3   CHICAGO TEACHERS COLLEGE-NORTH   Thursday, October 12, 1961



**DR. JEROME SACHS**
Assistant Dean in Charge of Curriculum

# Student Gov't Gets Under Way

Approximately one-third of the student body convened at the Little Theater for the purpose of organizing a student government, Oct. 4.

Introductory speeches by Dr. E. Smith, Mr. White, and Dr. Jerome Sachs, Assistant Dean, preceded the the election of a temporary chairman.

Mr. White threw the moves for nomination to the floor. Of the 10 nominees Dan Goodwin, freshman, stole the chairmanship with 75 votes; Kathy Kline ran second with 66 votes.

Chairman Goodwin then assumed control of the meeting, opening it to suggestions from the floor.

The Debate-like suggestions centered mainly on the election of officers and writing the constitution. Suggestions followed this pattern: there should be a basic outline for the constitution and election of officers; temporary officers should be elected; hardest working people should be elected to offices; representatives should write up a constitution; a constitution should be drawn up before election of officers; officers should be elected before the constitution, etc.

This continued for more than 30 minutes. Lack of time necessitated the halt and called for a move to organize a constitutional committee. Those wishing to participate on the committee signed a paper before leaving.

Before the election of the chairman Dr. Sachs suggested that several open meetings be held before adoption of the constitution.

In keeping with this comment Dr. Sachs expressed hope that the auditorium would open sometime later this month.

## State Teachers Show Increase

2,500 more students now increase total enrollment to 20,000 at four colleges, reports the Illinois Teachers College Board.

The enrollment increased for the 10th consecutive year at Western Illinois, Northern Illinois, Eastern Illinois, and Illinois State Normal.

Tightening of standards has not slowed increases.

# Neighbors Discuss Parking Problems

A college accommodating hundreds of students presents a heretofore primarily residential neighborhood with many new problems. C.T.C.-North is no exception, as we found out when we interviewed our "across the street" neighbors and the local merchants.

The prime problem facing the residents is that they are being deprived of the parking spaces in front of their homes. This situation is not caused by C.T.C., but rather by individuals, who for some unknown reason, stubbornly refuse to park their automobiles in the amply spaced West Parking Lot that the school has provided for this purpose. The residents maintain that unless this situation corrects itself they will enlist police assistance.

Also, in conjunction with the parking, the residents wished to remind us that there are many young children living in the neighborhood, and that motorists should be extremely cautious — especially those who are in a rush as they arrive at school five minutes before the hour.

The neighborhood citizens are anxiously awaiting the placing of trash receptacles on the campus grounds, as they now find that their lawns are being littered with various debris dropped there by the students who trample across their lawns.

The residents all agreed that there has been considerable dirt and dust, but they suspect that landscaping the campus will eliminate this.

All the people we spoke with commented on the fact that the school lights burn all night, and while this does illuminate the streets, they also agreed that, in their opinions, it was a needless expenditure of their tax dollar. On the brighter side, many of our neighbors are planning to attend C.T.C. North. They feel it will be a fine school, and is a great convenience, being so near their homes.

The local merchants are quite pleased, as C.T.C. has precipitated an increase in trade. However, the restaurant owners have noticed that since the opening of our school cafeteria fewer students have been dining out and they expect this number to decrease still further when the winter weather sets in.

Generally, it can be said that the neighborhood welcomed C.T.C. and that all that is lacking in order to achieve complete rapport with our neighbors is the cooperation of the students.

# Plan Two Years of Math for Teachers

Rochester, Michigan — College mathematics instruction is about to undergo a planned revolution, which will involve prospective elementary and high school teachers of America. According to a recommendation adopted by the Board of Governors of the Mathematical Association of America, every American grade school teacher will take at least two years of college mathematics.

In an effort to wipe out what has been termed a mathematical illiteracy among elementary teachers, plans are being made which would at least triple the average high school teacher's preparation. School superintendents, state education officials and colleges and universities will be urged to adopt as absolute minimum these standards:

1. Elementary teachers should have two years of college preparatory mathematics and four college courses. Total: 12 semester hours.

2. Algebra or geometry teachers in junior high school should have 7 college mathematics courses. Total 21 hours.

3. High school mathematics teachers should have a 33-hour major and a minor in a math using field.

Dr. John Kemeny of Dartmouth College, head of the panel which drew up these minimums, summed up the need for better preparation: "Since an elementary teacher spends 29 to 30 per cent of her time teaching arithmetic, it is not reasonable to have her devote 10 per cent of her college preparation to this subject."

A466

# CTC-North Hosts Swiss School Head

Among the many distinguished visitors to the North Side Branch of Chicago Teachers College has been Dr. Phil P. Ludwig Raber, the head of secondary school masters in Switzerland. He is only one of the many people of different nations who are interested in the school. There have been visitors from South Africa, Sweden, Switzerland and the Southern parts of the United States.

The school system in Switzerland is very well organized under the system of Cantons. These Cantons are similar to our states. There are twenty-two major ones; they outline and prepare the norms of education to be used in Switzerland. All the standardized tests, materials, and teaching methods are developed by these Cantons so that they can be adapted to the school system. Each Canton, or political district, has its own norms, and these are arranged so that they correspond in the various school systems throughout Switzerland.

Dr. Phil P. Ludwig Raber is the executive secretary of all secondary school masters in Switzerland. At the present time, he has taken a six months leave of absence to tour the school systems of such major cities as Chicago, New York, St. Louis, San Francisco and several Canadian cities. In his tour Dr. Raber is placing particular emphasis on the various enrichment courses being offered throughout the United States and Canada.

When he visited Teachers College North, Dr. Raber was shown around by Dr. Frank F. Synder who answered all of his questions concerning the school and its programs for teacher training. Dr. Synder told him about the enrichment courses being offered. They are Comparative World Cultures and Personality Foundations. He also told him how all of the trainees undergo a study of liberal arts. He told Dr. Raber that each prospective teacher was given a sound basis in Science, Mathematics, History, and the Arts. Lastly Dr. Raber was told how each student received education courses totaling thirty hours and was subjected to a period of practice teaching before the certification test could be taken. When Dr .Raber left the school to continue his tour of observation, he was well informed about the way in which Chicago trains her teachers.

# Students Attend Radio Work Shop

Mr. Walker, head of the Drama Department, recently sent three C.T.C. North students, Nancy Murawski—writing, John Keane—technical, and Dayle Rozen—narrating, to station WBEZ at the Board of Education building to audition for the Radio Workshop program. The students were warmly greeted by Mr. Bill Bromfeld who explained the Workshop in detail. Every Tuesday afternoon he meets with different groups in the aspect of radio in which they are interested; i.e. writing, narrating, technical. On the tour of the studio they had an opportunity to see radio production in action.

Actual auditions are very professional. Students waited until the red light shone "On the Air" and then read into the microphone a speech handed to them by Mr. Bromfeld. This tested how the voice recorded.

Workshop consists of students from many colleges and high schools who are interested in radio work and education.

# TV College Films Shown in Theatre

In conjunction with the Television College Education Course, 35411, An Overview of Human Relations Problems, Chicago Teachers College, North, is presenting a series of films followed by group discussions. The programs will be held in the Little Theatre, from 7:30 to 9:30 P.M. The discussions will be led by Mr. Hugh Moorehead, a member of the Chicago Teachers College Staff. There is no charge for this activity and all those who are interested are invited to attend the programs.

The following is a list of the programs:

| Title of Film | Date |
|---|---|
| The City (also) House Village | Oct. 11 |
| The Hunters | Nov. 1 |
| Nomads of the Jungle | Nov. 8 |
| Due Process of Law Denied | Nov. 8 |
| Farribique | Nov. 15 |

## Team Teaching Goes East



Last week Professors Courtney B. Lawson and Ely Liebow teamed up to examine one of the great classics of the Eastern World. Prof. Liebow is shown above going over the great Indian classic, SHAKUNTA-LA, seven-act play by Kalidassa, India's fifth-century "Shake-speare." Mr. Liebow discussed the play before Mr. Lawson's drama class in relation to the Indian theatre and the Hindu concept of Ahtma, the world-soul.

# Chicago's Schools For Blind—cont.

Schools for the blind, by their nature, are different in some respects than other schools; but in one respect, they are alike: the children. Physically, of course, they are handicapped by the loss of sight, either partial or complete, but in many cases this handicap only serves to point up this simple fact: children still retain the wonder of childhood. This remains untouched by blindness or handicap —it is an intangible thing, like laughter.

Seated at the back of the class of blind children, the presence of a visitor is not a thing of sight, but of hearing. There is little in the room to distinguish it from being any room at all. And yet it is different because it can only be imagined by the child; the teacher becomes the voice of one who encourages, instructs . . . and cares.

The schools for the blind are attempting, through specialized instruction, to allow the child to develop as normally as his handicap will allow.

## I-D CARDS

Student identification cards are still available for those who have not yet picked them up.

These cards are necessary for the use of the library facilities and other privileges.

It will be possible to acquire these cards in the Records Office on the second floor of the Student Union Building through October 10.

They may be picked up during the following hours:
11:00-12:00 Tuesday
9:00-10:00 Wednesday
10:00-11:00 Thursday
1:00- 2:00 Friday
3:00- 4:00 Every Day

The cards must be obtained by Friday, October 10. Those which are not will be returned to the Data Processing Center. There it will be decided what further action to take concerning the further distribution of the cards.

# Wechner Sparks MAA, WAA Picnic Plans

Bicycling to Harms Woods, Oct. 15, at 10:30, for a picnic, will launch the first outdoor activity of the new organized athletic group, WAA-MAA.

"Everyone who can pack a lunch and can hit, punch, sock, kick, or carry a ball is invited," stated Sharon Weckner, a member of the planning committee. If there are facilities for a record player, dancing along with soccer, baseball and picnic games will summarize the afternoon activities.

Those not having enough energy to peddle eight miles to Harms and Golf Road can take buses to the end of the line and cars will be waiting to proceed to the picnic area.

Other WAA-MAA planners include Jim Griton, Patsy Hawkinson, Diane Rickert, Donna Parrella, Sharon Klein, Sandra Harris, Forrest Weber, and Melanie Niemiec.

A CORDIAL WELCOME TO FACULTY & STUDENTS

We are ready to serve you with quality lines of drugs, school supplies, cosmetics and sundries.

**Hollywood Park Drug Co.**

Prescription Specialists
3407 Bryn Mawr Ave.
JU 8-3353

A467