**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Rich Whitney, et al.

                                    Plaintiff,

v.                                           Case No.: 1:10−cv−07003
                                               Honorable Robert W. Gettleman

Window to the World Communications, Inc., et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 18, 2011:

       MINUTE entry before Honorable Robert W. Gettleman: Defendants' motion to dismiss [33] plaintifs' first amended complaint is granted. Civil case terminated. Status hearing date of 9/22/2011 is stricken. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.